United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re:    New Page Corporation, et al.,<br>                Debtors | Case No.: 11-12804 (KG)<br>(Jointly Administered) |
| Pirinate Consulting Group LLC, as Litigation Trustee,<br>of the NP Creditor Litigation Trust<br>                Plaintiff<br>v.<br>Bielomatik Jagenberg, Inc.,<br>                Defendant. | Chapter: 11<br><br>Adv. Proc. No.: 13-51467 |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
> 824 Market Street, 3rd Floor
> Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney:<br>**Primary Counsel:**<br>Joseph L. Steinfeld, Jr., DC SBN 297101<br>MN SBN 0266292, VA SBN 18666<br>Kara E. Casteel, MN SBN 0381995<br>ASK LLP<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN 55121<br>**Telephone:** (651) 406-9665 ext. 846<br>**Fax:** (651) 406-9676<br>**E-Mail:** kcasteel@askllp.com | Name and Address of Plaintiff's Attorney:<br>**Co-Counsel:**<br>Frederick B. Rosner (DE 3995)<br>Scott J. Leonhardt (DE 4885)<br>Julia B. Klein (DE 5198)<br>824 Market Street, Suite 810<br>Wilmington, DE 19801<br>Tel.: (302) 777-1111<br>rosner@teamrosner.com<br>leonhardt@teamrosner.com<br>klein@teamrosner.com |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address:<br>  824 North Market Street<br>  Wilmington, DE 19801 | Room: Courtroom No. 3<br>Floor: 6th Floor<br>Date and Time: November 13, 2013 @ 2:00 pm |
|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States Bankruptcy
Court for the District
of Delaware

/s/ David D. Bird
*Clerk of the Bankruptcy Court*

Date: September 13, 2013