## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | **Chapter 11** |
| | **Case No. 11-12804 (KG)** |
| **NEWPAGE CORPORATION,** *et al.,*[1] | **Jointly Administered** |
| **Reorganized Debtors.** | |
| | |
| **PIRINATE CONSULTING GROUP LLC, AS LITIGATION TRUSTEE OF THE NP CREDITOR LITIGATION TRUST,** | |
| **PLAINTIFF,** | |
| **VS.** | |
| **DEFENDANTS LISTED ON <u>EXHIBITS A-1</u> ATTACHED HERETO.** | |

## <u>CERTIFICATE OF SERVICE</u>

I Kara E. Casteel, Esquire, hereby certify that on October 11, 2013 a copy of the *Notice of Agenda of Matters Schedule for Hearing on October 16, 2013, at 2:00 p.m.* was caused to be served on the following via First Class Mail to the persons on the attached service list.

Dated: October 11, 2013

---

1      The Reorganized Debtors in these Chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, as applicable, are: Chillicothe Paper Inc. (6154), Escanaba Paper Company (5598), Luke Paper Company (6265), NewPage Canadian Sales LLC (5384), NewPage Consolidated Papers Inc. (8330), NewPage Corporation (6156), NewPage Energy Services LLC (1838), NewPage Group Inc. (2465), NewPage Holding Corporation (6158), NewPage Port Hawkesbury Holding LLC (8330), NewPage Wisconsin System Inc. (3332), Rumford Paper Company (0427), Upland Resources, Inc. (2996), and Wickliffe Paper Company LLC (8293). The Reorganized Debtors' corporate headquarters is located at 8540 Gander Creek Drive, Miamisburg, OH 45342.

**ASK LLP**

*/s/ Kara E. Casteel*
Joseph L. Steinfeld, Jr.
Gary D. Underdahl
Kara E. Casteel,
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665  ext. 846
Fax: (651) 406-9676
E-Mail: kcasteel@askllp.com

-and-

Edward E. Neiger, Esq.
Brigette G. McGrath, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427

-and-

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
Julia B. Klein (DE 5189)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
E-Mail: rosner@teamrosner.com
E-Mail: leonhardt@teamrosner.com
E-Mail: klein@teamrosner.com

*Co-Counsel To The Litigation Trustee*
*Solely As To Adversary Proceedings Listed*
*On Exhibit A-1*

**EXHIBIT A-1**

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| 3V Inc. | 13-51603 |
| A.M. Express, Inc. | 13-51627 |
| ABB Inc. dba ABB Automation, Inc. | 13-52157 |
| ABB Inc. dba Lorentzen & Wettre USA Inc. | 13-51685 |
| ABB, Inc.; and Cimperman Sales, Inc. | 13-52108 |
| ABR Employment Services | 13-51449 |
| A-C Timber Services, LLC | 13-52062 |
| Accent Packaging, Inc. dba Accent Wire Products | 13-51605 |
| Ad Logix, Inc. | 13-51894 |
| Adam Wallace | 13-52065 |
| Advanced Hydraulics Inc. | 13-51451 |
| Advanced Industrial Resources, LLC aka Advanced Industrial Resources Inc. | 13-51607 |
| Advertisers Display and Exhibit Incorporated | 13-51609 |
| AECOM, Inc. | 13-51611 |
| AFCO Credit Corporation | 13-51613 |
| Aggregate Industries Management, Inc. fka Ennstone Inc. | 13-51837 |
| AGRA Industries, Inc. | 13-51760 |
| AIM Metals & Alloys (U.S.A.) Inc. dba AIM Demolition USA LLC | 13-51899 |
| Air Filter Specialists, LLC | 13-51452 |
| Airgas Safety, Inc. | 13-51411 |
| Airgas, Inc. | 13-51747 |
| AIRIndustries of New England | 13-51761 |
| Alfa Laval Inc. | 13-51901 |
| ALL 4 Inc. | 13-51903 |
| Allied Barton Security Services, LLC | 13-51906 |
| Alpine Machine Co., Inc. | 13-51623 |
| ALS Group USA, Corp. fka ALS USA MI, Corp. | 13-51886 |
| AMEC E & C Services, Inc. | 13-51455 |
| Ameralloy Steel Corporation | 13-51910 |
| American Appraisal Associates, Inc. | 13-51632 |
| American Exchanger Services, Inc. | 13-51763 |
| American Express Travel Related Services Company, Inc. | 13-51633 |
| American Forest & Paper Association, Inc. | 13-51412 |
| American PowerNet Management, L.P. | 13-52068 |
| American Transportation of Wisconsin, Inc. | 13-51913 |
| Ampco-Pittsburgh Corporation dba Aerofin Corporation | 13-51758 |
| Anderson Lubricants, Inc. dba Anderson Fuel & Lubricants | 13-51764 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Andrews Logging, LLC | 13-52072 |
| Aon Reed Stenhouse Inc. | 13-52074 |
| APi Group, Inc. dba Api Construction | 13-51558 |
| Appalachia Coal Sales Company, Inc. dba Massey Industrial Sales | 13-51548 |
| Applied Industrial Technologies, Inc. | 13-51559 |
| Aquilex Corporation fdba Welding Services Inc. | 13-51630 |
| Argo Turboserve Corporation | 13-51637 |
| Arkema, Inc. | 13-51458 |
| Aspirus, Inc. dba Aspirus Occupational Health | 13-51413 |
| AstenJohnson Inc. dba AstenJohnson Advanced Fabrics | 13-51891 |
| AstenJohnson Inc. dba Paperchine Inc. | 13-52117 |
| AT&T Corp. | 13-51418 |
| AT&T Mobility Services, LLC | 13-51415 |
| Atlantic Coated Papers Ltd. | 13-51765 |
| Atlantic Hardchrome Limited | 13-51767 |
| Atlantic Scaffolding Company, LLC | 13-51642 |
| Atlas Copco Compressors, Inc. | 13-51768 |
| Auburndale Recycling Center, Inc. | 13-51646 |
| B & B Electrical Contractors, Inc. | 13-51465 |
| B & B Steel, Inc. | 13-51771 |
| Baker-Bohnert Rubber Co., Inc. dba Baker Global Technology | 13-51650 |
| Ballard Conservation LLC | 13-52075 |
| Bancroft Contracting Corporation | 13-52078 |
| Barker Brothers Waste, Inc. | 13-51462 |
| Barron Fan Technology, Inc. | 13-51653 |
| Barthco International, Inc. | 13-51770 |
| Bastech, LLC | 13-51463 |
| Batteries Plus, LLC | 13-51750 |
| BC Adhesives, LLC | 13-51925 |
| Bearing Distributors, Inc. dba BDI-Bearing Distributors, Inc. | 13-51658 |
| Benny C. Pickett | 13-52041 |
| Berger Freight Company, LLC | 13-51926 |
| Bielomatik Jagenberg, Inc. | 13-51467 |
| Blue Line Logistics, Inc. | 13-51471 |
| BNSF Railway Company fdba Burlington Northern Santa Fe Corporation | 13-52034 |
| BNY Trust Company of Canada | 13-52043 |
| Boise White Paper, L.L.C. dba Boise Cascade Midwest Woodlands | 13-52045 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Bonetti Co., Inc. | 13-51774 |
| Bosk Corporation | 13-51561 |
| Brabazon Pumpe Company, Ltd. | 13-51776 |
| Breeden Transportation, Inc. | 13-51777 |
| Brenntag Mid-South, Inc. | 13-51472 |
| Brightstar Partners, Inc. | 13-51928 |
| Broking's Transport Incorporated | 13-51930 |
| BTG IPI, LLC | 13-51663 |
| Buckman Laboratories, Inc. | 13-51664 |
| Bucks Timber Company | 13-52046 |
| Buechler Forest Products, Inc. | 13-52048 |
| Burns Industrial Equipment, Inc. | 13-51666 |
| Burton Energy, LLC | 13-51780 |
| C.H. Robinson Worldwide, Inc. | 13-52170 |
| Cable Splicing & Testing, Inc. | 13-51781 |
| Caldwell-MacKay Company, Inc. | 13-51782 |
| Calender Technical Services, LLC | 13-51667 |
| Camden Hardwood Products LLC | 13-52049 |
| Canusa Hershman Recycling, LLC | 13-51669 |
| CareerBuilder, LLC | 13-51784 |
| Carl Belt, Inc. | 13-51475 |
| Carmeuse Lime & Stone, Inc. | 13-51670 |
| Carolina Starches, LLC | 13-51477 |
| Carrier Corporation | 13-51562 |
| Cascade Evaporator Company LLC | 13-51478 |
| Castine Energy Services, Inc. | 13-51786 |
| Cbank | 13-51932 |
| CDW Direct, LLC | 13-51788 |
| Cellmark, Inc. dba Cellmark Recycling | 13-51480 |
| CEM Machine, Inc. | 13-51672 |
| Central Maine Power Company | 13-52035 |
| Cenveo Corporation | 13-51483 |
| Ceridian HCM, Inc. | 13-51484 |
| Challenger Motor Freight, Inc. | 13-51486 |
| Chaput Land Surveys LLC | 13-51937 |
| Charles Colburn dba Colburn & Associates | 13-51493 |
| Chemisolv Corp. | 13-51931 |
| ChemTreat, Inc. | 13-52050 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Chisano Marketing Communications, Inc. | 13-51674 |
| Cincinnati Bell Telephone Company LLC | 13-51898 |
| Clariant Corporation | 13-51490 |
| Clarissa M. Kupczak | 13-52052 |
| Clean Harbors Environmental Services, Inc. | 13-51676 |
| Clements & Associates Process Equipment, Inc. | 13-51790 |
| Clinton Lumber Company, L.L.C. | 13-52053 |
| Clise Coal Company, Inc. | 13-52054 |
| Coalesce, Inc. dba Coalesce Marketing & Design | 13-51794 |
| Coastal Chemical Co., L.L.C. | 13-51796 |
| Coatex, Inc. | 13-51677 |
| Cognex Corporation | 13-51564 |
| Cohnreznick LLP dba J.H. Cohn LLP | 13-51978 |
| Coldwater Group, Inc. | 13-51933 |
| Collier Electrical Service, Inc. | 13-51495 |
| Collins Pipe & Supply Co., Inc. | 13-51798 |
| Colonial Chemical Company | 13-51679 |
| Community Energy Co., Inc. and CE Limited Liability Company | 13-51420 |
| Community Insurance Company dba Anthem Blue Cross and Blue Shield | 13-51636 |
| Compass Systems & Sales, Inc. | 13-51803 |
| Competitive Energy Services, LLC | 13-51934 |
| Consolidated Electric Company Inc. dba Consolidated Electric Company of Cumberland | 13-51805 |
| Consolidated Graphics, Inc. | 13-51505 |
| Construction Divers, Inc. | 13-51807 |
| Continental Offices, Ltd. | 13-51936 |
| Continental Recycling Corp. | 13-51809 |
| Contribution Strategies Inc. | 13-51498 |
| Cooper Oil Co., Inc. | 13-51507 |
| Copyright Clearance Center, Inc. | 13-51682 |
| CPI Controls North, Inc. | 13-51509 |
| CPM Colchester LLC | 13-51693 |
| Crane Pro Services dba Konecranes, Inc. | 13-51416 |
| Cranston Print Works Company dba Bercen, Inc. | 13-52042 |
| CSX Transportation, Inc. | 13-51565 |
| Cutsforth, Inc. dba Custforth Products Inc. | 13-51824 |
| CVN Vooner Paper Machinery dba CVN Systems Inc. | 13-51828 |
| D. & G. Machine Products, Inc. | 13-51689 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| D. M. Bowman, Inc. | 13-51835 |
| Dale Dunning dba Circle D Construction | 13-52051 |
| Dale Swift dba Swift Environmental | 13-51476 |
| Dalton Lumber Co., Inc. | 13-52056 |
| Daniel L. Ory | 13-52057 |
| David E. Zwergel | 13-52058 |
| David J. Prystash | 13-51510 |
| Dead River Company dba Dead River Convenience Store | 13-51752 |
| Dean & Allyn, Inc. | 13-51943 |
| Deane Logging Company, Inc. | 13-52059 |
| deBoer Transportation, Inc. | 13-52060 |
| Decatur Industrial Electric, Inc. dba Mt. Vernon Electric, Inc. | 13-51496 |
| Deep South Industrial Services, Inc. (Delaware) | 13-51686 |
| Deering Enterprises, Inc. dba Poweramp Equipment North | 13-51826 |
| DeLack Logging, Inc. | 13-52063 |
| Dennis Danczyk | 13-52064 |
| Deublin Company | 13-51902 |
| Diamond Power International, Inc. | 13-51905 |
| Dingwell's North America dba Dingwell's Mach & Supply Ltd. | 13-51830 |
| Diversified Pump And Compressor aka Diversified Industries, Inc. | 13-51690 |
| Domtar (Canada) Paper Inc. dba Domatar Inc. – Dryden Chinook | 13-51695 |
| Domtar Paper Company, LLC | 13-51698 |
| Dorner Company | 13-52173 |
| Dorshorst Trucking & Excavating, LLC | 13-52066 |
| Dow Dawson Trucking, Inc. | 13-51939 |
| Dresser-Rand Group Inc. dba Dresser Rand Co. | 13-51701 |
| E & R Weartech | 13-51716 |
| E. J. Carrier, Inc. | 13-52067 |
| Eastern Elevator Service and Sales Company | 13-51704 |
| Eaton Corporation | 13-51421 |
| ECC Corrosion, Inc. | 13-51519 |
| Ed Thayer, Inc. | 13-51707 |
| Edwards Transportation Co. | 13-51520 |
| Electroline Data Communications Inc. | 13-51424 |
| Electro-Mec, Inc. | 13-52175 |
| Elite Carriers, LLC | 13-52069 |
| Ellen Swedberg | 13-52070 |
| Emerson Electric Co. dba Instrument & Valve Services Co. | 13-51877 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Entech, Inc. | 13-51710 |
| Enterprise Systems Group LLC | 13-51715 |
| Environmental Resources Management, Inc. | 13-51845 |
| EPG Companies | 13-51847 |
| Ernst & Young LLP | 13-52071 |
| Errol S. Peters & Benjamin T. Peters dba Peters Logging | 13-52121 |
| Escanaba and Lake Superior Railroad Company | 13-52073 |
| Estate of P L Hardy Jr. | 13-52083 |
| Everett J. Prescott, Inc. | 13-51848 |
| Exxon Mobil Corporation | 13-51426 |
| F. W. Webb Company fdba Sev Holding, Inc. and Sevco, Inc. | 13-51494 |
| F. W. Webb Company, dba Kennebec Supply | 13-51526 |
| F.W. Webb Company dba Kentrol Inc. | 13-51524 |
| Fasken Martineau Dumoulin | 13-52085 |
| Fastenal Company | 13-51428 |
| FastLane Americas | 13-51568 |
| FCC Environmental, LLC | 13-51523 |
| FCX Performance, Inc. | 13-51525 |
| FedEx Corporation dba Federal Express | 13-51527 |
| Ferguson Enterprises, Inc. | 13-51530 |
| Ferguson Enterprises, Inc. | 13-51569 |
| Ferrellgas, Inc. | 13-51849 |
| Ferrellgas, L.P. | 13-51907 |
| Field System Machining, Inc. | 13-51718 |
| Fire Pro, Inc. | 13-51850 |
| Fisher International, Inc. | 13-52087 |
| FLSmidth International, Inc. | 13-51954 |
| Fluid Process Equipment, Inc. | 13-51956 |
| Fluid System Components, Inc. | 13-51909 |
| Forest Pharmaceuticals, Inc. | 13-51535 |
| Forestweb, Inc. | 13-51720 |
| Formosa Plastics Corporation, U.S.A. | 13-51533 |
| Fox Valley Fittings and Controls, Inc. | 13-51957 |
| FP-Pigments, Inc. | 13-51536 |
| Frank L. Sosnin | 13-51722 |
| Franklin Forest Products, Inc. | 13-52091 |
| Franklin Freight Brokerage, Inc. | 13-51724 |
| Froeter Design Company, Inc. | 13-51725 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Fryeburg Water Company dba Hastings and Hastings | 13-52107 |
| Futurewood Corp. | 13-52094 |
| G W S Supply, Inc. | 13-51863 |
| Gardner Denver Nash LLC | 13-51570 |
| Garland Lumber Company, Inc. | 13-52097 |
| Garrett County Commissioners Board | 13-51727 |
| Gary D. Kitzmiller | 13-52101 |
| GATX Corporation | 13-51853 |
| General Electric International, Inc. | 13-51571 |
| General Mill Supply Company | 13-51855 |
| General Supply & Services Inc. dba GEXPRO | 13-51572 |
| Genesys Conferencing, Inc. | 13-51857 |
| Genscape, Inc. fka Envapower Inc. | 13-51843 |
| GL&V USA Inc. | 13-51573 |
| Global Petroleum Corp. | 13-51729 |
| Gonzalez Saggio & Harlan LLP | 13-51540 |
| Gooch Thermal Systems, Inc. | 13-51959 |
| Google Inc. | 13-51542 |
| GPM, Inc. | 13-51961 |
| GRAPHICA, LLC | 13-52178 |
| Graybar Electric Company, Inc. | 13-51911 |
| Graymont Western Lime, Inc. | 13-51731 |
| Great Expectations, LLC | 13-51858 |
| Greer Industries, Inc. dba Greer Lime Company | 13-51543 |
| GTL Transportation, Inc. | 13-51732 |
| Gunville Trucking, Inc. | 13-51862 |
| Gustavo Preston Company, Inc. | 13-51733 |
| H T Safety Shoe Service, Inc. dba Hy Test Safety Shoe Service Inc. | 13-51872 |
| H. L. Lawson & Son, Incorporated | 13-51869 |
| Haessly & Haessly, Inc. | 13-51962 |
| Hall Away Trucking Inc. | 13-51865 |
| Hamon Custodis, Inc. | 13-52160 |
| Hanjin Shipping Co., Ltd. | 13-51734 |
| Hankins Forest Products, Inc. | 13-52104 |
| Haza Mechanical, Inc. | 13-51550 |
| Henry A. Petter Supply Company LLC dba Petter Supply Co. LLC | 13-51922 |
| HeplerBroom, LLC | 13-51735 |
| Here To Help, LLC dba Here To Help Inc. | 13-51737 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Herff Jones, Inc. | 13-51549 |
| Heritage-Crystal Clean, LLC | 13-51963 |
| Hess Corporation fka Amerada Hess Corp. | 13-51629 |
| Hewlett-Packard Company | 13-51742 |
| Hick's Logging, LLC | 13-52110 |
| Honeywell International Inc. dba Honeywell Inc. | 13-51576 |
| Hooper Hardwoods, LLC | 13-52115 |
| Hooper Sawmill, LLC | 13-52118 |
| Horizon Solutions LLC and supplyFORCE | 13-51593 |
| Hydraulic Component Services, Inc. | 13-51745 |
| Hydroblasters, Inc. | 13-51544 |
| IFM Efector Inc. | 13-51875 |
| IHS, Inc. dba Dolphin Software Inc. | 13-51692 |
| Illinois Central Railroad Company | 13-51876 |
| Illinois Tool Works, Inc. dba Allegheny Industrial Associates, Inc. | 13-51762 |
| Imerys Canada Inc. | 13-52123 |
| Imerys Pigments, Inc. | 13-52126 |
| IMERYS Talc America, Inc. | 13-52131 |
| Imerys Talc Canada Inc. | 13-52135 |
| Industrial Process Equipment Company dba Industrial Process Equipment Group | 13-51746 |
| Industrial Pump Services LLC | 13-51966 |
| Industrial Pump Services of North Carolina, Inc. | 13-51743 |
| Industrial Solutions Management USA, Inc. | 13-51878 |
| Industrial Vibration Consultants, Inc. | 13-51967 |
| Ingredion, Inc. | 13-51539 |
| IntelliTrans, LLC | 13-51879 |
| International Business Machines Corporation dba IBM | 13-51541 |
| International Dunnage, LLC | 13-51741 |
| Invensys Systems, Inc. | 13-51537 |
| IP Leanware Ltd. dba IP Leanware Inc. | 13-51972 |
| IPFS Corporation fka Premium Financing Specialists, Inc. | 13-52044 |
| Ircon Drying Systems AB | 13-51975 |
| Irow Waste Services, LLC dba Industrial Recyclers of WI | 13-51740 |
| Irving Forest Products, Inc. | 13-52137 |
| ITT Corporation dba ITT Standard | 13-51739 |
| IWCO Direct North Carolina, Inc. | 13-51534 |
| J. & L. Lumber Company, Inc. | 13-52140 |
| J. J. Plank Corporation dba Spencer Johnston Company | 13-51580 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| J.S. Barry Industries, Inc. | 13-51529 |
| Jackson Lewis LLP | 13-51881 |
| James Kanerva Forest Products | 13-52139 |
| James R. Robertson | 13-52142 |
| Jansen Combustion and Boiler Technologies, Inc. | 13-51882 |
| Jeff Foster Trucking, Inc. | 13-51578 |
| Jeffrey Fisher aka Jeff Fisher | 13-52179 |
| Jeffrey Rader Corporation | 13-51738 |
| Jeremy Lindgren | 13-52145 |
| Jerich USA, Inc. | 13-51736 |
| JMB Logistics, Inc. dba JMB Pallet & Spotting Service | 13-51531 |
| John Calvitti Company dba John Calvitti Co. Inc. | 13-51730 |
| John K. Wetzel LLC | 13-51883 |
| Johnny Sisk & Sons Inc. | 13-52144 |
| Johnson Packings & Industrial Products, Inc. | 13-51728 |
| Jud Corporation | 13-51726 |
| Jupp Norhausen | 13-51723 |
| K. T. & L. Timber Company, Inc. | 13-52153 |
| Kaman Industrial Technologies Corporation | 13-52036 |
| Kautza Corporation | 13-52146 |
| Keene's Transfer, Inc. | 13-51889 |
| Kenco Logistic Service, LLC | 13-51893 |
| Kennametal Inc. | 13-51581 |
| Kenneth Little dba Little Logging | 13-52092 |
| Kentucky Community and Technical College System | 13-51896 |
| Kenway Corp. | 13-51721 |
| Kingsway Transport of America dba Kingsway Bulk Transport | 13-51900 |
| Kirby Sawmill, Inc. | 13-52149 |
| KN Rubber, LLC fdba National Rubber Technologies Corporation | 13-51675 |
| Knight Transportation, Inc. | 13-51521 |
| Kolo Trucking & Excavating, Inc. | 13-51981 |
| Kuhlmann-Leavitt, Inc. | 13-51983 |
| L & M Logging | 13-52095 |
| L & S Electric, Inc. | 13-51584 |
| L.T. Black Construction, Inc. | 13-51941 |
| Lawson Products, Inc. | 13-51915 |
| Leap Technologies, Inc. | 13-51904 |
| Ledvina Forest Products Co. | 13-52088 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Lewis-Goetz and Company, Inc. | 13-51917 |
| Liaison Technologies, Inc. | 13-51938 |
| Lilly Trucking of Virginia, Inc. | 13-51940 |
| Lindberg Logging, Inc. | 13-52090 |
| Livingston International, Inc. | 13-52093 |
| London Economics International LLC | 13-51914 |
| Lunne Marketing Group, Inc. | 13-51918 |
| Lynch Logistics, Inc. dba Central Maine Transport | 13-51935 |
| M.A. Olson Co., Inc. dba M.A. Olson Supply | 13-51713 |
| M.L. Smith, Jr., L.L.C. fka M.L. Smith, Jr., Inc. | 13-51499 |
| M.R.O. Tech, Inc. | 13-51804 |
| Main Freight, Inc. | 13-51942 |
| Maine Conveyor, Inc. | 13-51719 |
| Maine Industrial Repair Service, Inc. | 13-51945 |
| Maine Labpack, Inc. | 13-51921 |
| Mainstream Commercial Divers, Inc. | 13-51717 |
| Maritect Investigations & Security Ltd. | 13-52096 |
| Mark Knutson Logging, Inc. | 13-52098 |
| Marsden, Inc. | 13-51711 |
| Marston Industrial Services, Inc. | 13-51708 |
| Martin Engineering Company | 13-51706 |
| Martin-Love, LLC fka Martin Tire Operations LLC | 13-51789 |
| Mathy Construction Company dba Milestone Construction | 13-51513 |
| Mccollum Timber Company | 13-52099 |
| McGraw Hill Financial, Inc. fdba The McGraw-Hill Companies, Inc. | 13-51518 |
| McKevitt Trucking Ltd. | 13-51947 |
| MeadWestvaco Corporation | 13-52037 |
| Mechanical Services, LLC | 13-51948 |
| Meridian Leasing Corp. | 13-51949 |
| Metro Canada Logistics, Inc. | 13-52038 |
| Metro Fire Protection, Inc. | 13-51951 |
| Metso Automation USA, Inc. | 13-52182 |
| Metso Minerals Industries, Inc. | 13-51700 |
| MH Equipment Corporation | 13-51953 |
| M-I L.L.C. dba Sweco Inc. | 13-51440 |
| Michael Brown dba Mike Brown Trucking | 13-51793 |
| Mid-America Paper Recycling Co., Inc. | 13-51958 |
| Mid-State Technical College | 13-51792 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Midwest Converting, Inc. | 13-51696 |
| Midwest Hardwood Corporation | 13-52039 |
| Mielke Electric Works, Incorporated | 13-51694 |
| Mihalko Land and Logging Co., Inc. | 13-52214 |
| Mike Gibson and Sons Logging Inc. | 13-52102 |
| Mike Rychlock dba KT Enterprises | 13-52086 |
| Milan Lumber Company, LLC | 13-52103 |
| Millennium Power Services, Inc. | 13-51506 |
| Miller Auto Parts & Supply Company, Inc. | 13-51795 |
| Miller Mechanical Services, Inc. | 13-51501 |
| Millis Transfer, Inc. | 13-52105 |
| Milport Enterprises, Inc. | 13-51691 |
| Miron Construction Co., Inc. | 13-52109 |
| Mitsui O S K Lines, Inc. | 13-51687 |
| MLI ILG, dba Miller Logistics | 13-51511 |
| Mode Transportation, LLC | 13-51429 |
| Monarch Welding & Engineering, Inc. | 13-51684 |
| Monson Companies, Inc. | 13-51683 |
| Morrison Metalweld Process Corporation | 13-51799 |
| Motion Industries, Inc. | 13-51431 |
| Mott's Bp & Bulk Plant dba Motts Bp Service Station | 13-51586 |
| Murphy Warehouse Company | 13-51960 |
| National Council for Air and Stream Improvement, Inc. dba NCASI | 13-51601 |
| National Fiber Supply L.L.C. | 13-51423 |
| National Hydraulics, Inc. | 13-51433 |
| Nationwide Magazine Recycling, Inc. | 13-51806 |
| Neil E. Schallock Trucking, L.L.C. | 13-52040 |
| Nekoosa Corporation | 13-51439 |
| NES Rentals Holdings, Inc. dba Cormier Equipment Co. | 13-51815 |
| New England Ropes Corp. | 13-51810 |
| Newman & Shepard | 13-52112 |
| Nextera Energy Resources, LLC aka Gulf Island Pond Oxygenation | 13-51551 |
| Nidec Avtron Automation Corporation fka Avtron Industrial Automation, Inc. | 13-51769 |
| NMHG Financial Services, Inc. | 13-51589 |
| Nordic Construction Services, LLC | 13-51616 |
| Nordstrong Equipment Limited | 13-51964 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| NorFalco, Inc. | 13-51454 |
| Norfolk Southern Railway Company | 13-51965 |
| Northern Machining & Repair, Inc. | 13-51468 |
| Northland Industrial Truck Co., Inc. | 13-51968 |
| NorthStar Environmental Testing LLC | 13-51969 |
| Novaspect Holdings, Inc. fdba Able Technology and Field Services | 13-51557 |
| Novaspect, Inc. | 13-51591 |
| Novo Nordisk, Inc. | 13-51474 |
| NWL Transformers Company dba CE Power Solutions of Florida | 13-51668 |
| O. C. Tanner Recognition Company | 13-51971 |
| Oasis Alignment Services, Inc. | 13-51619 |
| Oester Trucking, Inc. | 13-51974 |
| Olin Corporation dba Olin Chlor Alkali Products | 13-52114 |
| Orlandi, Inc. | 13-51481 |
| Ossipee Chipping, Inc. | 13-52116 |
| Otis Elevator Company | 13-52216 |
| Ovalstrapping, Incorporated dba Oval International | 13-51625 |
| Packaging Incorporated | 13-51977 |
| Papertech Inc. | 13-51816 |
| Paprima Industries Inc. | 13-51920 |
| Paragon Micro Inc. | 13-51822 |
| Pascale Industries, Inc. fka National Wire Fabric Corporation | 13-51671 |
| Paschall Truck Lines, Inc. | 13-51631 |
| Paul Brandt Trucking | 13-51634 |
| Pentair Vales & Controls US LP fdba Tyco Vales & Controls LP | 13-51844 |
| Per Mar Security and Research Corp. dba Per Mar Security Services | 13-51979 |
| Perficient, Inc. | 13-51640 |
| Peterson Industrial Scaffolding, Inc. | 13-51500 |
| Phasor Engineering Services, LLC | 13-51502 |
| Phenix Services Corporation | 13-51821 |
| Pieper Electric, Inc. dba System Technologies | 13-51598 |
| Piping Specialties Inc. | 13-51980 |
| Pitney Bowes Inc. | 13-51434 |
| Pomp's Tire Service, Inc. | 13-51982 |
| Port Elizabeth Terminal & Warehouse Corp. | 13-51645 |
| Pottle's Transportation, LLC | 13-51594 |
| Praxair, Inc. | 13-51755 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| PRC Acquisition Company, Inc. dba PRC Industrial Supply Inc. | 13-51656 |
| Precision Husky Corporation | 13-51504 |
| Precision Printing Products, Inc. | 13-51831 |
| Precision Roll Grinders, Inc. | 13-51660 |
| Precision Tanks, Inc. | 13-51833 |
| Priem Forest Products | 13-52124 |
| Prime Electric Motors, Inc. | 13-51836 |
| Prime Printing, Inc. | 13-51852 |
| Priority Express Transportation | 13-51508 |
| PRM Corporation | 13-51984 |
| ProAct Safety, Inc. | 13-51985 |
| Process Control Services, Inc. | 13-51987 |
| Process Controls International, Inc. dba Automation Service | 13-51919 |
| Progress Rail Services Corporation | 13-51665 |
| Progressive Converting, Inc. | 13-51988 |
| PROS, Inc. and PROS Revenue Management, L.P. | 13-51545 |
| PSC Industrial Outsourcing, Inc. | 13-51517 |
| Pyle & Piontek, LLC | 13-51990 |
| Quality Supplier | 13-51522 |
| Quarterback Transportation Inc. | 13-51861 |
| Quickdraft, Inc. | 13-51864 |
| R & J Transport, Inc. | 13-51705 |
| R and R Shamion Trucking Inc. | 13-52141 |
| R. C. McLucas Trucking, Inc. | 13-52125 |
| R. P. Adams Co. Inc. | 13-51787 |
| R.V. Forest Products, LLC | 13-52147 |
| R2 Logistics, Inc. | 13-51528 |
| Racine Flame Spray Inc. | 13-51993 |
| Redford Truck Line, Inc. | 13-51546 |
| Reliability Equipment, LLC | 13-51766 |
| Reliable Parts Specialist, LLC | 13-51697 |
| Rencor Controls, Inc. | 13-51995 |
| Renewal Compounds, Inc. | 13-51775 |
| Resource One International, LLC | 13-51552 |
| Resources Global Professionals | 13-51997 |
| Retirement Insurance Fund | 13-51702 |
| Revenu Quebec | 13-51779 |
| Richard Dupuis Logging Inc. | 13-52128 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Richard Gauger | 13-52129 |
| Richard Patterson Logging dba Patterson Logging | 13-52120 |
| Richard Riendeau | 13-52100 |
| Richard T. Young, Trustee | 13-52113 |
| Rick Thompson | 13-52119 |
| Ritchie-Lakeland Oil Co., Inc. | 13-51783 |
| Road Machinery & Supplies Co. | 13-51998 |
| Robert Half International, Inc. dba Robert Half Management Resources | 13-51756 |
| Robert Taylor | 13-52130 |
| Robert Transport | 13-51709 |
| Rochester Institute of Technology | 13-52000 |
| Rodney Hix Forest Products | 13-52132 |
| Roehl Transport, Inc. | 13-52133 |
| Ron Olynick, LLC dba Ronald Olynick LLC | 13-52136 |
| Ronald J. Zerr | 13-52134 |
| Rose Marie, Incorporated | 13-51553 |
| Rosemount Inc. | 13-51924 |
| Roy Fulkerson | 13-52138 |
| Rumford Falls Hydro LLC | 13-51712 |
| Russel Metals Williams Bahcall Inc. | 13-51801 |
| Russell Riendeau & Sons, Inc. | 13-52143 |
| S. J. Forest Products Inc. | 13-52151 |
| S.A.L.T. Payroll Consultants, Inc. | 13-51811 |
| S.D.I. Inc. | 13-52005 |
| Same Day Transportation, Inc. | 13-52004 |
| Sanabe & Associates, LLC | 13-51714 |
| Savcor Forest Inc. | 13-51574 |
| Sedgwick Claims Management Services, Inc. | 13-51555 |
| Sekisui Specialty Chemicals America, LLC | 13-51556 |
| Service Equipment & Repair Company, L.L.C. dba SERCO | 13-51575 |
| SGT 2000 Inc. | 13-51577 |
| Shaw Environmental & Infrastructure International, LLC fdba Shaw Environmental & Infrastructure International, Inc. dba Shaw E&I Inc. | 13-52007 |
| Shell Energy North America (US), L.P. dba Shell Energy North America LP | 13-52150 |
| Shindler Tire Recycling LLC | 13-52008 |
| Shopko Stores, Inc. | 13-51757 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Siemens Industry, Inc. | 13-51596 |
| Simpson Thacher & Bartlett LLP | 13-51819 |
| SKF USA Inc. dba SKF Reliability Systems | 13-51927 |
| SMD Metal Fabrication | 13-51820 |
| Smp Resources Inc. | 13-52152 |
| Solarus | 13-52010 |
| Southern Maintenance Contractor, LLC | 13-51582 |
| Southern Specialty Services, Inc. | 13-51583 |
| Southern Specialty Services, Inc. | 13-51823 |
| Specialty Minerals Inc. | 13-52047 |
| Specialty Promotions, Inc. dba Specialty Print Communications | 13-51489 |
| SPX Corporation dba Lightnin Mixers | 13-51929 |
| St. Hilaire Contractors, Inc. | 13-52015 |
| Standard Electric Supply Co. | 13-52011 |
| Stanley Elevator Company, Inc. | 13-52012 |
| Stantec Consulting Services Inc. | 13-51585 |
| Staples, Inc. dba Staples National Advantage | 13-52013 |
| Steam-Path Solutions, Inc. | 13-51825 |
| Stein Services | 13-51827 |
| Stikeman Elliott, LLP | 13-52156 |
| Stowe Woodward LLC | 13-52061 |
| Strategic Analysts, LLC | 13-52016 |
| Subsurface Exploration Services, LLC | 13-51482 |
| Sullivan and Merritt Constructors, Inc. | 13-51830 |
| Sullivan Consolidation, Inc. | 13-51588 |
| Sulzer Process Pumps (US) Inc. | 13-51590 |
| Sun Machinery Co., Inc. | 13-51479 |
| SupplyFORCE.com, LLC; and State Electric Supply Company | 13-51873 |
| T & A Industrial, Ltd. Dba T & A Industrial Distributors | 13-51989 |
| T Square of North America, Inc. dba T Square, Inc. | 13-51614 |
| T.R. Dillon Logging, Inc. | 13-52169 |
| T.T. Dunphy, Inc. | 13-51456 |
| Take Care Health Systems, Inc. | 13-51992 |
| Tall Timber Logging Inc. | 13-52158 |
| Target Corporation | 13-52161 |
| Team Industrial Services, Inc. | 13-51885 |
| Technology Service Professionals, Inc. fdba Advanced Service Providers | 13-51897 |
| Ted Berry Company, Inc. | 13-51469 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Teksystems, Inc. (Maryland) dba Teksystems | 13-51466 |
| Telstar Technical Service, Inc. dba Telstar Tech Inc. | 13-51996 |
| Temco, Inc. | 13-51832 |
| Terminal Transport, Inc. | 13-51999 |
| Terrasource Global Corporaiton dba Gundlach Equipment Corporation fka T J Gundlach Machine Company | 13-51839 |
| Terry Palecek, Inc. | 13-52001 |
| Tesa Tape, Inc. | 13-52006 |
| Texpar Energy, L.L.C. | 13-51461 |
| The Aikawa Group dba Advanced Fiber Technologies (AFT) | 13-51615 |
| The Ayco Company, L.P. | 13-51460 |
| The Babcock & Wilcox Company | 13-51560 |
| The Dayton Power and Light Company | 13-52215 |
| The Dow Chemical Company | 13-51566 |
| The Fitch Company, Inc. | 13-51888 |
| The Hope Group, LLC dba The Leen Company | 13-51986 |
| The Print Council | 13-51834 |
| The Sinclair Group, Ltd. | 13-51597 |
| The Snow Owl Outdoor Club | 13-52154 |
| Thermal Equipment Sales, Inc. | 13-52009 |
| Thermo Fisher Scientific Inc. | 13-51890 |
| Thomas N & E Jean Richards dba Thomas N. Richards & Son Logging | 13-52166 |
| ThyssenKrupp Elevator Corporation | 13-51759 |
| Timco Products, Inc. | 13-52014 |
| Timothy J. Chick | 13-52167 |
| Tom Joy and Son, Inc. | 13-52018 |
| Tomar, Inc. | 13-51459 |
| Total Quality Logistics, Inc. | 13-51840 |
| Towers Watson Delaware Inc. | 13-51604 |
| Tranport STCH dba STCH | 13-51587 |
| Transport Besner Inc. | 13-51606 |
| Transport Link Corporation | 13-52020 |
| Trask-Decrow Machinery, Inc. | 13-51608 |
| Triangle Enterprises, Inc. | 13-51612 |
| Trico Mechanical Contractors, Inc. | 13-51457 |
| Tri-State Industrial Solutions, Inc. | 13-51841 |
| Tritz Forest Products LLC | 13-52171 |
| Turbogen Consultants, Inc. | 13-51617 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Tushaus Computer Services LLC aka Tushaus Computer Services Inc. | 13-51600 |
| TW Telecom Inc. | 13-52022 |
| Two-Way Radio Service, Inc. dba TWR Communications | 13-52021 |
| TWTG-WMW, Inc. dba Atlantic Distribution Services | 13-51916 |
| U. S. Blades, LLC | 13-51846 |
| U.S. Security Associates, Inc. | 13-51453 |
| Ullrich Logging, LLC | 13-52174 |
| Ultimate Industrial Solutions LLC | 13-52023 |
| United Parcel Service, Inc. | 13-51443 |
| United States Cellular Corporation dba U.S. Cellular | 13-51618 |
| Univar USA Inc. | 13-52193 |
| Valencia Tree LLC | 13-52076 |
| Valley Roller Company, Inc. | 13-51620 |
| Valley Trucking, LLC | 13-51450 |
| Van Bergen and Markson, Inc. | 13-51622 |
| Veolia Environmental Services North America LLC | 13-51445 |
| Verizon Wireless, Inc. | 13-51447 |
| Versitech, Inc. | 13-52025 |
| Viking Electric Supply, Inc. and Hagemeyer North America, Inc. | 13-51748 |
| Village of Biron, Wisconsin | 13-51773 |
| Vision Service Plan | 13-51448 |
| VisionTech Automation LLC | 13-51624 |
| Volk Packaging Corporation | 13-52194 |
| Volkmann Railroad Builders, Inc. | 13-51851 |
| Von Mehl Company, Inc. dba Denross New England | 13-51512 |
| W. Gravois, LLC | 13-51643 |
| W.M. Wagner Sales Co., Inc. | 13-51868 |
| Walker Industrial Services Inc. | 13-52026 |
| Walter N. Yoder & Sons, Inc. | 13-51446 |
| Walter Pilhofer Trucking, Inc. | 13-52077 |
| Waste Management of Minnesota, Inc. dba Waste Management of Northern MN | 13-51444 |
| Waugh's Mountain View Electric Inc. | 13-52027 |
| Wausau Hydraulics and Machine, Inc. | 13-52028 |
| Wayne Transportation, LLC | 13-51441 |
| Webcrafters, Inc. | 13-51438 |
| Wells Fargo Securities, LLC | 13-51635 |
| West Fraser Timber Co. Ltd. | 13-51638 |

| Defendant Name(s) | Adv. Pro. Number |
|---|---|
| Westaff (USA), Inc. | 13-52029 |
| Western Express, Inc. | 13-51641 |
| Western Michigan University | 13-51854 |
| Wetend Technologies Ltd. | 13-51867 |
| Whertec, Inc. | 13-51647 |
| White Oak Stave, Inc. | 13-52080 |
| William Kenyon & Sons Inc. | 13-52030 |
| William L. McDonough | 13-52081 |
| William T. Gardner & Sons, Inc. aka W. T. Gardner & Sons, Inc. | 13-52082 |
| Williams & Jensen, PLLC | 13-51648 |
| Williams Parts & Supply Co. | 13-51652 |
| Williams Patent Crusher and Pulverizer Company | 13-52031 |
| Wilmer Cutler Pickering Hale and Dorr, LLP | 13-51435 |
| Winstead PC | 13-51654 |
| Wisconsin Central Ltd. | 13-51432 |
| Wisconsin Energy Corporation dba WE Energies | 13-51628 |
| Wolters Kluwer Financial Services, Inc. | 13-51602 |
| World Data Products, Inc. | 13-51661 |
| Wow Logistics Company | 13-51425 |
| Wright Express Financial Services Corporation | 13-51422 |
| WTG-TTS, LLC dba WTG Logistics-USD | 13-51419 |
| WTNN, Inc. dba West Tennessee Railroad Corp. | 13-52079 |
| Xerium Technologies, Inc. dba Mount Hope Machinery Co. | 13-51678 |
| Xerox Corporation | 13-52033 |
| Xylem, Inc. fdba ITT Flygt Corporation | 13-51880 |
| YRC Inc. | 13-51871 |
| Z & R Electric Service, Inc. | 13-51662 |
| Zampell Refractories, Inc. | 13-51417 |

* 663 Adversaries

**SERVICE LIST**

Enrique Santacana, President
**ABB Inc. dba ABB Automation, Inc.**
12040 Regency Parkway
Cary, NC 27518

George Spathis
Horwood Marcus & Berk Chartered
500 West Madison Suite 3700
Chicago, IL 60661
(Counsel for **Novaspect Holdings, Inc. fdba Able Technology and Field Services**)

Kathleen Miller, Esq.
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, 10th Floor
Wilmington, DE 19899
(Counsel for **Airgas, Inc.**)

Kathleen Miller, Esq.
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, 10th Floor
Wilmington, DE 19899
(Counsel for **Airgas Safety, Inc.**)

Gregory F. Kilmister, President
**ALS Group USA, Corp. fka ALS USA MI, Corp.**
1045 Stancliff Rd., Suite 210
Houston, TX 77099-4338

Donna Harman, President
**American Forest & Paper Association, Inc.**
1111 Nineteenteh St. NW, Suite 800
Washington, DC 20036

Ryan Murphy
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
(Counsel for **APi Group, Inc. dba APi Construction**)

Neil Schrimsher, Chief Executive Officer
**Applied Industrial Technologies, Inc.**
1 Applied Plaza
Cleveland, OH 44115

Duane L. Erwin, President
**Aspirus, Inc. dba Aspirus Occupational Health**
425 Pine Ridge Blvd.
Wausau, WI 54401

Dan Cappell, President
**AstenJohnson Inc. dba AstenJohnson Advanced Fabrics**
4399 Corporate Rd.
Charleston, SC 29405

Joshua Raymond, Esq.
Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C.
347 Mount Pleasant Ave. Suite 300
West Orange, NJ 07052
(Counsel for **AT&T Mobility Services, LLC**)

Joshua Raymond, Esq.
Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C.
347 Mount Pleasant Ave. Suite 300
West Orange, NJ 07052
(Counsel for **AT&T Corp.**)

E. James Ferland, Chief Executive Officer
**The Babcock & Wilcox Company**
13024 Ballantyne Corporate Place, Suite 700
Charlotte, NC 28277

Russ Reynolds, Principal
**Batteries Plus, LLC**
925 Walnut Ridge Drive
Hartland, WI 53029

Robert Bosk, Jr., President
**Bosk Corporation**
2020 North 19th Street
Escanaba, MI 49829

Evelyn Meltzer, Esq.
Pepper Hamilton LLP
1313 N. Market St. Ste 5100
Wilmington, DE 19801
(Local Counsel for **BNSF Railway Company
fdba Burlington Northern Santa Fe
Corporation**)

Edward Toole, Jr.
Pepper Hamilton LLP
3000 Two Logan Square
Philadelphia, PA 19103
(Counsel for **BNSF Railway Company fdba
Burlington Northern Santa Fe
Corporation**)

Geraud Darnis, President
**Carrier Corporation**
One Carrier Place
Farmington, CT 06032

Ryan Kelley
Pierce Atwood LLP
254 Commercial Street
Portland, ME 04101
(Counsel for **Central Maine Power
Company**)

John F. Cassidy, President
**Cincinnati Bell Telephone Company LLC**
201 E. 4th Street, 102-1050
Cincinnati, OH 45202

Robert Willett, President
**Cognex Corporation**
One Vision Drive
Natick, MA 01760

Joseph Huston, Esq.
Stevens & Lee, P.C.
1105 North Market Street, Suite 700
Wilmington, DE 19801
(Local Counsel for **Community Energy Co.,
Inc. and CE Limited Liability Company**)

Thomas Carey, Esq.
Carey & Associates, PA
114 Congress Street; P.O. Box 100
Rumford, ME 04276
(Counsel for **Community Energy Co., Inc.
and CE Limited Liability Company**)

Michael J. Ward, Chief Executive Officer
**CSX Transportation, Inc.**
500 Water St.
Jacksonville, FL 32202

Robert Moore, President
**Dead River Company dba Dead River
Convenience Store**
2 Monument Square
Portland, ME 04101

Ron Kelner, President
**Deublin Company**
2050 Norman Dr. W.
Waukegan, IL 60085

Maurice J. Barr, President
**Diamond Power International, Inc.**
2600 E. Main St.
Lancaster, OH 43130

Scott Freedman, Esq.
Dilworth Paxson LLP
457 Haddonfield Road, Libertyview-Suite 700
Cherry Hill, NJ 08002
(Counsel for **The Dow Chemical Company**)

Alexander M. Cutler, Chief Executive Officer
**Eaton Corporation**
1000 Eaton Boulevard
Cleveland, OH 44122

Charles Koehler
Herrling Clark Law Firm Ltd.
800 North Lynndale Drive
Appleton, WI 54914
(Counsel for **Electroline Data
Communications Inc.**)

Jeffrey Kuhn
Exxon Mobil Corporation
800 Bell Street, Room 1533I
Houston, TX  77002
(Counsel for **Exxon Mobil Corporation**)

Williard D. Oberton, Chief Executive Officer
**Fastenal Company**
2001 Theurer Blvd.
Winona, MN  55987

Fernando Levi, President
**FastLane Americas**
310-1350 Mazurette Street  CANADA
Montreal, QB  H4N 1H2

Frank Roach, President
**Ferguson Enterprises, Inc.**
12500 Jefferson Avenue
Newport News, VA  23602

Stephen L. Wambold, Chief Executive Officer
**Ferrellgas, L.P.**
7500 College Blvd.
Overland Park, KS  66210

Randy Thostenson, Vice President
**Fluid System Components, Inc.**
1700 Suburban Drive
De Pere, WI  54115

Andrew Cashman
Schmiedeskamp, Robertson, Neu & Mitchell
LLP
525 Jersey Street, P.O. Box 1069
Quincy, IL  62306
(Counsel for **Gardner Denver Nash LLC**)

Glenn Reisman, Esq.
Glenn Reisman, Esq.
2 Corporate Drive, Suite 234
Shelton, CT  06484
(Counsel for **General Electric International, Inc.**)

Officer, Managing Agent, Or General Agent
**General Supply & Services Inc. dba**
**GEXPRO**
1800 Cliff Road E, Suite 2
Burnsville, MN  55337

Ingrid Palermo, Esq.
Bond, Schoeneck and King, PLLC
350 Linden Oaks, Suite 310
Rochester, NY  14625
(Counsel for **GL&V USA Inc.**)

Charles Sikes, Principal
**Graybar Electric Company, Inc.**
2110 North Fares Avenue
Evansville, IN  47711

Matthew Summers
Ballard Spahr LLP
919 N. Market St. 11th Floor
Wilmington, De  19801
(Counsel for **Hamon Custodis, Inc.**)

David Cote, Chief Executive Officer
**Honeywell International Inc. dba**
**Honeywell Inc.**
101 Columbia Road
Morristown, NJ  07962

Jeff Foster, Chief Executive Officer
**Jeff Foster Trucking, Inc.**
313 Winter St.
Superior, WI  54880

Steven Cerasoli
McCarty Law LLP
2401 East Enterprise Avenue
Appleton, WI  54913
(Counsel for **J. J. Plank Corporation dba**
**Spencer Johnston Company**)

Sharyn Zuch, Esq.
Wiggin & Dana, LLP
185 Asylum Street
Hartford, CT  06103
(Counsel for **Kaman Industrial**
**Technologies Corporation**)

Luke Sizemore
Reed Smith LLP
225 Fifth Avenue, Reed Smith Centre
Pittsburgh, PA  15222
(Counsel for **Kennametal Inc.**)

Tom Sothard, President
**Crane Pro Services dba Konecranes, Inc.**
4401 Gateway Boulevard
Springfield, OH  45502

Harry Lane, Owner
**L & S Electric, Inc.**
5101 Mesker St.
Schofield, WI  54476

Michael G. DeCata, President
**Lawson Products, Inc.**
8770 W. Bryn Mawr Avenue
Chicago, IL  60631

Jeffrey T. Crane, President
**Lewis-Goetz and Company, Inc.**
650 Washington Rd., Suite 210
Pittsburgh, PA  15228

James A. Buzzard, President
**MeadWestvaco Corporation**
501 South 5th St.
Richmond, VA  23219

Hanif Nanji, President
**Metro Canada Logistics, Inc.**
1002 Sherbrooke Street West, Suite 2000
Montreal, QC  H3A 3L6

Michael D. Flynn, Chief Executive Officer
**Midwest Hardwood Corporation**
9540 83rd Ave. N.
Maple Grove, MN  55369

Greg Terzinski, RegAgt/Officer
**Mihalko Land and Logging Co., Inc.**
3915 Hwy 55 South
Crandon, WI  54520

Robert Cope, Esq.
Grove, Jaskiewicz and Cobert
1101 17th Street NW
Washington, DC  20036
(Counsel for **Mode Transportation, LLC**)

Kimberly Robinson, Esq.
Barack Ferrazzano Kirschbaum & Nagelberg
LLP
200 West Madison St., Suite 3900
Chicago, IL  60606
(Counsel for **Motion Industries, Inc.**)

Jimmy Mott, Owner
**Mott's Bp & Bulk Plant dba Motts Bp
Service Station**
690 Elm St.
Bardwell, KY  42023

Neil Eric Schallock, RegAgt/Officer
**Neil E. Schallock Trucking, L.L.C.**
2518 Hwy 55
Crandon, WI  54520

Jonathan Kipp, Vice President
**NMHG Financial Services, Inc.**
201 Merritt 7
Norwalk, CT  06851

Terry Voigt, President
**Novaspect, Inc.**
1124 Tower Rd.
Schaumburg, IL  60173

Pedro Sainz de Baranda y Riva, President
**Otis Elevator Company**
10 Farm Springs Road
Farmington, CT  06032

Denis Smits, Chief Executive Officer
**Paprima Industries Inc.**
75 Guthrie
Dorval (Montreal), QC  H9P 2P1

Bruce A. Wilcox, Principal
**Henry A. Petter Supply Company LLC**
**dba Petter Supply Co. LLC**
5110 Charter Oak Dr.
Paducah, KY  42002

Marc Lauten, President
**Pitney Bowes Inc.**
One Elmcroft Road
Stamford, CT  06926

Barry Pottle, President
**Pottle's Transportation, LLC**
15 Page Road West
Hermon, ME  04401

Stephen Angel, President
**Praxair, Inc.**
39 Old Ridgebury Road
Danbury, CT  06810

Michael Gallagher, President
**IPFS Corporation fka Premium Financing**
**Specialists, Inc.**
1055 Broadway Bouelvard, 11th Floor
Kansas City, MO  64105

Harold M. Messmer, Jr., Chief Executive
Officer
**Robert Half International, Inc. dba Robert**
**Half Management Resources**
2884 Sand Hill Rd.
Menlo Park, CA  94025

Michael Fielding, Esq.
Husch Blackwell Sanders LLP
4801 Main Street, Suite 1000
Kansas City, MO  64112
(Counsel for **Rosemount Inc.**)

Mike Bettiga, Principal
**Shopko Stores, Inc.**
700 Pilgrim Way
Green Bay, WI  54307

Daryl L. Dulaney, President
**Siemens Industry, Inc.**
170 Wood Ave. South
Iselin, NJ  08830

Poul Jeppesen, President
**SKF USA Inc. dba SKF Reliability Systems**
890 Forty Foot Rd.
Lansdale, PA  19446

Michael Cipolla, Vice President
**Specialty Minerals Inc.**
622 Third Avenue, 38th Floor
New York, NY  10017

Christopher J. Kearney, Chief Executive
Officer
**SPX Corporation dba Lightnin Mixers**
13515 Ballantyne Corporate Pl.
Charlotte, NC  28277

Theodore D. Orban, Officer
**Stowe Woodward LLC**
8537 Six Forks Road, Suite 300
Raleigh, NC  27615

Officer, Managing Agent, Or General Agent
**M-I L.L.C. dba Sweco Inc.**
8029 Dixie Highway
Florence, KY  41042

Mike Michaels, President
**Pieper Electric, Inc. dba System**
**Technologies**
5070 N. 35th Street
Milwaukee, WI  53209

Philip Hawk, Chief Executive Officer
**Team Industrial Services, Inc.**
1301 E. Linden Avenue
Linden, NJ  07036

Anthony Pellegrini, Esq.
Rudman & Winchell
84 Harlow Street, P.O. Box 1401
Bangor, ME  04402
(Counsel for **The Fitch Company, Inc.**)

Jillian Nolan Snider, Esq.
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA  15222
(Counsel for **Thermo Fisher Scientific Inc.**)

Richard T. Hussey, Chief Executive Officer
**ThyssenKrupp Elevator Corporation**
2500 Northwinds Pkwy, Suite 375
Alpharetta, GA  30009

Dorothy Dey
Beck, Chaet, Bamberger & Polsky, S.C.
Two Plaza East, Ste 1085; 330 E. Kilbourn
Ave
Milwaukee, WI  53202
(Counsel for **Tushaus Computer Services
LLC aka Tushaus Computer Services Inc.**)

Kelli Bohuslav-Kail, Esq.
Receivable Management Services
307 International Circle, Ste 270
Hunt Valley, MD  21030
(Counsel for **United Parcel Service, Inc.**)

Dale Barney, Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ  07102
(Counsel for **Veolia Environmental Services
North America LLC**)

Darryl Laddin, Esq.
Arnall Golden Gregory LLP
2800 One Atlantic Center, 1201 W Peachtree
St
Atlanta, GA  30309
(Counsel for **Verizon Wireless, Inc.**)

Greg Hames, President
**Viking Electric Supply, Inc. and
Hagemeyer North America, Inc.**
451 Industrial Boulevard NE
Minneapolis, MN  55413

Kevin Schneider
Neal, Gerber & Eisenberg
Two North LaSalle Street, Suite 1700
Chicago, IL  60602
(Counsel for **Wolters Kluwer Financial
Services, Inc.**)

John Centioni, President
**3V Inc.**
888 Woodstock Street
Georgetown, SC  29440

Enrique Santacana, President
**ABB, Inc.; and Cimperman Sales, Inc.**
12040 Regency Parkway
Cary, NC  27518

Roger Sage
Law Office of Roger Sage
30 W. Mifflin Street, Suite 1001
Madison, WI  53703
(Counsel for **ABR Employment Services**)

William P. Sims, President
**Accent Packaging, Inc. dba Accent Wire
Products**
10131 FM 2920
Tomball, TX  77375

Conrad G. Waniger, RegAgt/Principal
**A-C Timber Services, LLC**
W6722 Curt Black Rd.
Shawano, WI  54166

Officer, Managing Agent, Or General Agent
**Adam Wallace**
452 Wyatt Hollow Rd.
Big Rock, TN  37023

Dale A. Hemmerich, RegAgt/President
**Ad Logix, Inc.**
119 Circle Dr.
Paducah, KY  42003

Joseph D. Qualey, RegAgt/Principal
**Advanced Hydraulics Inc.**
3 Axtell Dr.
Oakland, ME  04963

Evan Altman
Law Office of Evan M. Altman
8325 Dunwoody Place, Building 2
Atlanta, GA  30350
(Counsel for **Advanced Industrial
Resources, LLC aka Advanced Industrial
Resources Inc.**)

Rick L. Skaggs, RegAgt/President
**Technology Service Professionals, Inc. fdba
Advanced Service Providers**
17177 Preston Road, Suite 320
Dallas, TX  75248-1254

Jason Crooke, Vice President
**Advertisers Display and Exhibit
Incorporated**
15 Canterbury Dr.
St. Peters, MO  63376

R. Grant Dick, IV, Esq.
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
Wilmington, DE  19899
(Counsel for **AECOM, Inc.**)

Robert A. Paul, Chief Executive Officer
**Ampco-Pittsburgh Corporation dba
Aerofin Corporation**
600 Grant St., Suite 4600
Pittsburgh, PA  15219

Daryl Zupan, Chief Executive Officer
**AFCO Credit Corporation**
14 Wall Street, Suite 8A-19
New York, NY  10005

Masaki Aikawa, President
**The Aikawa Group dba Advanced Fiber
Technologies (AFT)**
72 Rue Queen
Lennoxville, QB  J1M 2C3

Jeremy Welch
Ruder Ware, L.L.S.C.
500 First Street, Suite 8000
Wausau, WI  54402
(Counsel for **AGRA Industries, Inc.**)

Heather Byrd Asher
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA  30309
(Counsel for **AIM Metals & Alloys (U.S.A.)
Inc. dba AIM Demolition USA LLC**)

John P. Benbow, Jr., RegAgt/Principal
**Air Filter Specialists, LLC**
5720 Schroeder Drive
Wisconsin Rapids, WI  54494

Michael Traister
Murray, Plump & Murray
75 Pearl St.
Portland, ME  04104
(Counsel for **AIRIndustries of New
England**)

Brian Anderson
Nexsen Pruet Adams Kleemeier
701 Green Valley Road, Suite 100
Greensboro, NC  27408
(Counsel for **Alfa Laval Inc.**)

Benjamin PIcker
McCausland Keen & Buckman
259 N. Radnor-Chester Road, Suite 160
Radnor, PA  19087
(Counsel for **ALL 4 Inc.**)

Randy Scheuneman, Vice President
**Illinois Tool Works, Inc. dba Allegheny
Industrial Associates, Inc.**
3600 West Lake Avenue
Glenview, IL  60025

Francis Lawall, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100, 1313 Market St.
Wilmington, DE  19801
(Counsel for **Allied Barton Security
Services, LLC**)

Raymond L. LaBrecque, RegAgt/Principal
**Alpine Machine Co., Inc.**
355 Goebel St.
Berlin, NH  03570

Patrick A. Barron, RegAgt/President
**A.M. Express, Inc.**
1401 N. 26th St.
Escanaba, MI  49829

Timothy P. Gelbar, Chief Executive Officer
**AMEC E & C Services, Inc.**
1979 Lakeside Pkwy, Suite 400
Tucker, GA  30084

Steven White
Stradley Ronon Stevens & Young, LLP
2005 Market St. Suite 2600
Philadelphia, PA  19103
(Counsel for **Hess Corporation fka
Amerada Hess Corp.**)

Richard D. Steele, President
**Ameralloy Steel Corporation**
7848 N. Merrimac Ave.
Morton Grove, IL  60053

Joseph Zvesper, Chief Executive Officer
**American Appraisal Associates, Inc.**
411 E. Wisconsin Ave., Ste. 1900
Milwaukee, WI  53202

Tom Muldoon, President
**American Exchanger Services, Inc.**
1950 Innovation Way
Hartford, WI  53027

Darryl Laddin, Esq.
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA  30363
(Local Counsel for **American Express
Travel Related Services Company, Inc.**)

Janis LeMieux
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA  30363
(Counsel for **American Express Travel
Related Services Company, Inc.**)

eden Bucher
Leisawitz, Heller, Abramowitch, Phillips,
P.C.
2755 Century Boulevard
Wyomissing, PA  19610
(Counsel for **American PowerNet
Management, L.P.**)

Amanda Keitel
Van Lieshout Law Office
122 East Main Street, P.O. box 186
Little Chute, WI  54140
(Counsel for **American Transportation of
Wisconsin, Inc.**)

Robert M. Anderson, President
**Anderson Lubricants, Inc. dba Anderson
Fuel & Lubricants**
3301 James Day Avenue
Superior, WI  54880

Thomas Smith
Law Offices of Thomas F. Smith, P.A.
Nineteen Main Street
Harrison, ME  04040
(Counsel for **Andrews Logging, LLC**)

Erin Hoeflinger, President
**Community Insurance Company dba
Anthem Blue Cross and Blue Shield**
1351 William Howard Taft Road, MD2-828
Cincinnati, OH  45206

Stephen P. McGill, Chief Executive Officer
**Aon Reed Stenhouse Inc.**
20 Bay Street
Toronto, ON  M5J 2N9

Russell Burnside
Greenberg Dauber
One Gateway Center, Suite 600
Newark, NJ  07102
(Counsel for **Argo Turboserve Corporation**)

Bernard Roche, President
**Arkema, Inc.**
900 1st Avenue
King of Prussia, PA  19406-1308

David Granovsky, President
**Atlantic Coated Papers Ltd.**
780 Tapscott Rd.
Toronto, ON  M1X 1A3

James LaMontagne, Esq.
Sheehan Phinney Bass & Green
1000 Elm Street, PO Box 3701
Manchester, NH  03105
(Counsel for **TWTG-WMW, Inc. dba
Atlantic Distribution Services**)

Anthony Pellegrini, Esq.
Rudman & Winchell
84 Harlow Street, P.O. Box 1401
Bangor, ME  04402
(Counsel for **Atlantic Hardchrome Limited**)

Cassandra Sepanik
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX  75201
(Counsel for **Atlantic Scaffolding Company,
LLC**)

Alan R. Heggie, President
**Atlas Copco Compressors, Inc.**
94 North Elm Stret
Westfield, MA  01085

David Jacoboski, Officer
**Auburndale Recycling Center, Inc.**
10453 S. George Ave.
Auburndale, WI  54412

Roderick H. Barnett, RegAgt/Principal
**Process Controls International, Inc. dba
Automation Service**
13871 Parks Steed Dr.
Earth City, MO  63045

Patrick Murphy, Principal
**Nidec Avtron Automation Corporation fka
Avtron Industrial Automation, Inc.**
7555 E. Pleasant Valley Rd.
Independence, OH  44131

Timothy D. O'Hara, President
**The Ayco Company, L.P.**
321 Broadway
Saratoga Springs, NY  12866-4110

James Fine
James L. Fine, Attorney, PLLC
4175 Westport Road, Unit 106
Louisville, KY  40207
(Counsel for **Baker-Bohnert Rubber Co.,
Inc. dba Baker Global Technology**)

Daniel Thomas
Law Offices of Daniel C. Thomas
153 North 4th Street
Wickliffe, KY  42087
(Counsel for **Ballard Conservation LLC**)

Mark Bancroft, President
**Bancroft Contracting Corporation**
23 Phillips Rd.
South Paris, ME  04281

Nicolas Hoskins, Esq.
Fennemore Craig, PC
2394 East Camelback Road, Suite 600
Phoenix, AZ  85016
(Counsel for **Barker Brothers Waste, Inc.**)

Jeremy Carlson
Christian & Small
505 North 20th Street, Suite 1800
Birmingham, AL  35203
(Counsel for **Barron Fan Technology, Inc.**)

Paul Jennings, Esq.
Bass, Berry & Sims PLC
150 3rd Avenue South, Suite 2800
Nashville, TN  37201
(Counsel for **Barthco International, Inc.**)

Robert W. Closs, President
**Bastech, LLC**
3035 Power Avenue, Suite 3
Jacksonville, FL  32207-8033

Daniel McGarry, Esq.
Whyte Hirschboeck Dudek S.C.
P.O. Box 1379
Madison, WI  53701
(Counsel for **B & B Electrical Contractors, Inc.**)

James Krave
Law Office of James H. Krave
103 East Oak Street, P.O. Box 304
Glenwood City, WI  54013
(Counsel for **B & B Steel, Inc.**)

Edward Brozynski, RegAgt/Owner
**BC Adhesives, LLC**
4655 W. Oakwood Park Drive
Franklin, WI  53132

Carl G. James, President
**Bearing Distributors, Inc. dba
BDI-Bearing Distributors, Inc.**
8000 Hub Parkway
Cleveland, OH  44125

Officer, Managing Agent, Or General Agent
**Benny C. Pickett**
508 J C Pickett Drive
Finger, TN  38334

Steven McInnis
Law Office of Steven M. McInnis
38 Bellevue Avenue
Newport, RI  02840
(Counsel for **Cranston Print Works
Company dba Bercen, Inc.**)

Charles Hertel
Dempsey Law Firm, LLP
US Bank Plaza, P.O. Box 886
Oshkosh, WI  54903
(Counsel for **Berger Freight Company,
LLC**)

John McKinney, Chief Executive Officer
**Best Oil Co.**
30 N. 8th Street
Cloquet, MN  55720

Denise Polivy, Esq.
Baker O'Sullivan & Bliss PC
100 Great Meadow Road
Wethersfield, CT  06109
(Counsel for **Bielomatik Jagenberg, Inc.**)

Jeremy Welch
Ruder Ware, L.L.S.C.
500 First Street, Suite 8000
Wausau, WI  54402
(Counsel for **Village of Biron, Wisconsin**)

Ryan Sienko, Chief Executive Officer
**Blue Line Logistics, Inc.**
3485 Willow Lake Boulevard, Suite 200
Vadnais Heights, MN  55110

Dan T. Gosselin, Chief Executive Officer
**BNY Trust Company of Canada**
320 Bay Street, 10th Floor
Toronto, ON  M5H 4A6

Steve Frinsko
Boise Inc.
1111 West Jefferson Street, Suite 200
Boise, ID  83799
(Counsel for **Boise White Paper, L.L.C. dba
Boise Cascade Midwest Woodlands**)

John Bonetti, President
**Bonetti Co., Inc.**
14100 Grandview Parkway West
Sturtevant, WI  53177

Heath Brabazon, RegAgt/President
**Brabazon Pumpe Company, Ltd.**
2484 Century Road
Green Bay, WI  54303

Charles Breeden, RegAgt/Owner
**Breeden Transportation, Inc.**
443 Western Drive
Sikeston, MO  63801

Joel R. Hopper, President
**Brenntag Mid-South, Inc.**
1405 Highway 136 West
Henderson, KY  42420

Raymond Sadowski, President
**Brightstar Partners, Inc.**
1701 W. Golf Road, Suite 3-60
Rolling Meadows, IL  60008

Robert Broking, Chief Executive Officer
**Broking's Transport Incorporated**
32079 Victory Lane
Grand Rapids, MN  55744

Duncan Gooding, Officer
**BTG IPI, LLC**
1375 Plane Site Boulevard
De Pere, WI  54115

Paul Hage
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, MI  48034-8214
(Counsel for **Bucks Timber Company**)

Steven Douglass, Esq.
Harris Shelton Hanover Walsh, PLLC
2700 One Commerce Square
Memphis, TN  38103
(Counsel for **Buckman Laboratories, Inc.**)

Rose M. Buechler, RegAgt/Owner
**Buechler Forest Products, Inc.**
N9896 U.S. Highway 141
Wausaukee, WI  54177

Jill Bradley, Esq.
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA  15222
(Counsel for **Burns Industrial Equipment, Inc.**)

William Root, President
**Burton Energy, LLC**
39 Orchard Drive
New Canaan, CT  06840

Alfred Shepherd, President
**Cable Splicing & Testing, Inc.**
22 Woburn Street, Suite 3
Reading, MA  01867

L. Graves Stiff, III
Starnes Davis Florie LLP
P.O. Box 598512
Birmingham, AL  35259
(Counsel for **Caldwell-MacKay Company, Inc.**)

Michael A. Fletcher, RegAgt/Owner
**Calender Technical Services, LLC**
511 West Main Street
Hilbert, WI  54129

John Hubbard, Owner
**Camden Hardwood Products LLC**
145 Cole Road
Camden, TN  38320

Jonathan Sloan, President
**Canusa Hershman Recycling, LLC**
45 Northeast Industrial Road
Branford, CT  06405

Ryan Fitts, Esq.
CareerBuilder.com
200 North LaSalle Street
Chicago, IL 60601
(Counsel for **CareerBuilder, LLC**)

Carl O. Belt, RegAgt/Officer
**Carl Belt, Inc.**
11521 Milnor Avenue SW
Cumberland, MD 21501-1210

Thomas Buck, President
**Carmeuse Lime & Stone, Inc.**
11 Stanwix Street, 21st Floor
Pittsburgh, PA 15222

Robert Cheatham, Principal
**Carolina Starches, LLC**
7675 Southrail Road
North Charleston, SC 29420-9001

Officer, Managing Agent, Or General Agent
**Cascade Evaporator Company LLC**
P.O. Box 1783
Lexington, SC 29071

John Trinwar, President
**Castine Energy Services, Inc.**
117 Silver Street
Waterville, ME 04901

R. Dean Meiszer, RegAgt/Officer
**CBank**
30 W. Third Street, Suite 5000
Cincinnati, OH 45202

Thomas E. Richards, Chief Executive Officer
**CDW Direct, LLC**
200 N. Milwaukee Ave.
Vernon Hills, IL 60061

Hans Kling, President
**Cellmark, Inc. dba Cellmark Recycling**
80 Washington Street
Norwalk, CT 06854

Jeffrey Dove, Esq.
Menter, Rudin & Trivelpiece, PC
308 Maltbie Street, Suite 200
Syracuse, NY 13204
(Counsel for **CEM Machine, Inc.**)

Ray Lynch, President
**Lynch Logistics, Inc. dba Central Maine Transport**
78 Rice Street
Bangor, ME 04401

Ethan Minkin, Esq.
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
(Counsel for **Cenveo Corporation**)

David Ossip, Chief Executive Officer
**Ceridian HCM, Inc.**
3311 East Old Shakopee Road
Bloomington, MN 55425

Brad Bebbington, Vice President
**Challenger Motor Freight, Inc.**
300 Maple Grove Road
Cambridge, ON N3E 1B7

Gary Thompson
Thompson Law Offices, S.C.
808 N. Third Street, Suite 406
Milwaukee, WI 53203
(Counsel for **Chaput Land Surveys LLC**)

William Corbett, President
**Chemisolv Corp.**
2808 Rolling View Drive
Waukesha, WI 53188

Steven Hire, President
**ChemTreat, Inc.**
4461 Cox Road
Glen Allen, VA 23060

Ira Thomsen
Law Offices of Ira H. Thomsen
140 North Main Street, Suite A
Springboro, OH 45066
(Counsel for **Chisano Marketing
Communications, Inc.**)

John Wiehoff, Chief Executive Officer
**C.H. Robinson Worldwide, Inc.**
14701 Charlson Road, Suite 1400
Eden Prairie, MN 55347

B. Todd Wetzel
Law Office of B. Todd Wetzel
108 East Court Square
Princeton, KY 42445
(Counsel for **Dale Dunning dba Circle D
Construction**)

Kenneth L. Golder, President
**Clariant Corporation**
4000 Monroe Road
Charlotte, NC 28205-7706

Officer, Managing Agent, Or General Agent
**Clarissa M. Kupczak**
4231 Sunset Road
Rhinelander, WI 54501

Alan S. McKim, Chief Executive Officer
**Clean Harbors Environmental Services,
Inc.**
42 Longwater Drive
Norwell, MA 02061

Fred T. Rand, RegAgt/Owner
**Clements & Associates Process Equipment,
Inc.**
7876 Stage Hills Rd., Ste. 107
Bartlett, TN 38133

Gary Clinton, Officer
**Clinton Lumber Company, L.LC.**
1040 Shelton Drive
Cabool, MO 65689

Charles Clise, Owner
**Clise Coal Company, Inc.**
12304 Upper Georges Creek Road SW
Frostburg, MD 21532

Lisa Piikkila, RegAgt/Owner
**Coalesce, Inc. dba Coalesce Marketing &
Design**
4321 W. College Avenue, Suite 250
Appleton, WI 54914

Randy King, President
**Coastal Chemical Co., L.L.C.**
3520 Veterans Memorial Drive
Abbeville, LA 70510

John Mithcell, President
**Coatex, Inc.**
547 Ecology Lane
Chester, SC 29706

Charles Colburn, Owner
**Charles Colburn dba Colburn &
Associates**
26 Club Drive
Chillicothe, OH 45601

David Withers, Chief Executive Officer
**Coldwater Group, Inc.**
1396 Chattahoochee Avenue NW
Atlanta, GA 30318

Kevin Collins
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801
(Counsel for **Collier Electrical Service, Inc.**)

Brian Tuohey, President
**Collins Pipe & Supply Co., Inc.**
11 Thompson Road
East Windsor, CT 06088

Jim Spooner, Vice President
**Colonial Chemical Company**
78 Carranza Road
Tabernacle, NJ 08088

Robert Sherrod, President
**Compass Systems & Sales, Inc.**
5185 New Haven Circle NW
Baberton, OH  44203

Mark Isaacson, Chairman of the Board
**Competitive Energy Services, LLC**
148 Middle Street, Suite 506
Portland, ME  04101

Robert Boyle, President
**Consolidated Electric Company Inc. dba**
**Consolidated Electric Company of**
**Cumberland**
900 W. Industrial Blvd.
Cumberland, MD  21502

Kirk Boyd, President
**Construction Divers, Inc.**
690C Stroudwater St.
Westbrook, ME  04092

Ronald Stearney, Jr.
Law Offices of Ronald A. Stearney &
Associates
211 West Wacker Drive, Suite 500
Chicago, IL  60606
(Counsel for **Continental Offices, Ltd.**)

James S. Ennis, President
**Continental Recycling Corp.**
6438 West Quaker St.
Orchard Park, NY  14127

Pamela Bruns, Principal
**Contribution Strategies Inc.**
101 Blue Gate Circle, Apt. 3
Dayton, OH  45429

Evelyn Breithaupt
Thompson & Knight LLP
333 Clay Street, Suite 3300
Houston, TX  77002
(Counsel for **Consolidated Graphics, Inc.**)

Robert Konkol
Anderson O'Brien
1257 Main Street, P.O. Box 228
Stevens Point, WI  54481
(Counsel for **Cooper Oil Co., Inc.**)

David Litvack
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
(Counsel for **Copyright Clearance Center,**
**Inc.**)

Andrew P. Studdert, President
**NES Rentals Holdings, Inc. dba Cormier**
**Equipment Co.**
8420 W. Bryn Mawr, Suite 310
Chicago, IL  60631

Peter Rotelli
Law Office of Peter J. Rotelli
2224 Pawtucket Avenue, Suite 2
East Providence, RI  02914
(Counsel for **CPI Controls North, Inc.**)

Dave Cutsforth, President
**Cutsforth, Inc. dba Custforth Products Inc.**
37837 Rock Haven Rd.
Cohasset, MN  55721-8912

David Grogan
Shumaker, Loop & Kendrick, LLP
128 South Tryon Street
Charlotte, NC  28202
(Counsel for **CVN Vooner Paper Machinery**
**dba CVN Systems Inc.**)

Tommy H. Dalton, RegAgt/Owner
**Dalton Lumber Co., Inc.**
RR 9 Box 1135
Gatewood, MO  63942

John Cirilli
Cirilli Law Offices, S.C
116 E. Davenport Street
Rhinelander, WI  54501
(Counsel for **Daniel L. Ory**)

Officer, Managing Agent, Or General Agent
**David E. Zwergel**
N7460 S. 4 Rd.
Stephenson, MI  49887-8188

Caroline Reckler, Esq.
Latham & Watkins LLP
140 Scott Dr.
Menlo Park, CA  94025
(Counsel for **David J. Prystash**)

Margaret Dawson, RegAgt/Officer
**Dow Dawson Trucking, Inc.**
6704 N. 75 Drive
Escanaba, MI  49829

Timothy G. Rice, RegAgt/Officer
**The Dayton Power and Light Company**
1065 Woodman Dr.
Dayton, OH  45432

Daniel Cummings
Norman, Hanson & DeTroy, LLC
415 Congress Street, P.O. Box 4600
Portland, ME  04112
(Counsel for **Dean & Allyn, Inc.**)

Robert Smith, Esq.
Robert B. Smith, III. P.C.
1500 Forest Ave., Suite 217
Richmond, VA  23229
(Counsel for **Deane Logging Company, Inc.**)

Gregory Ostendorf, Esq.
Scopelitis, Garvin, Light, Hanson & Feary,
P.C.
10 W. Market Street, Suite 1500
Indianapolis, IN  46204
(Counsel for **deBoer Transportation, Inc.**)

Brian Jackiw, Esq.
Freeborn & Peters LLP
311 South Wacker Dr., Suite 3000
Chicago, IL  60606
(Counsel for **Deep South Industrial
Services, Inc. (Delaware)**)

Neil DeLack, President
**DeLack Logging, Inc.**
1029 Laurel Street
Littlefork, MN  56653

Officer, Managing Agent, Or General Agent
**Dennis Danczyk**
2600 Willow Springs Dr.
Stevens Point, WI  54482-9460

Joseph Huston, Esq.
Stevens & Lee, P.C.
1105 North Market Street, Suite 700
Wilmington, DE  19801
(Local Counsel for **Von Mehl Company, Inc.
dba Denross New England**)

Ted Small
Isaacson & Raymond, P.A.
75 Park Street, P.O. Box 891
Lewiston, ME  04243
(Counsel for **Von Mehl Company, Inc. dba
Denross New England**)

Charlie Tarling, President
**D. & G. Machine Products, Inc.**
50 Eisenhower Dr.
Westbrook, ME  04092

Robert C. Bell, President
**Dingwell's North America dba Dingwell's
Mach & Supply Ltd.**
963 Alloy Drive
Thunder Bay, ON  P7B 5Z8

Edmond Ford
Ford & Associates, P.A.
10 Pleasant Street, Suite 400
Portsmouth, Nh  03801
(Counsel for **Diversified Pump And
Compressor aka Diversified Industries,
Inc.**)

Richard Costella, Esq.
Miles & Stockbridge P.C.
10 Light Street
Baltimore, MD 21202
(Counsel for **D. M. Bowman, Inc.**)

Jerre L. Stead, Chief Executive Officer
**IHS, Inc. dba Dolphin Software Inc.**
321 Inverness Drive South
Englewood, CO 80112

Michael Murav
Lazarus & Lazarus
240 Madison Avenue
New York, NY 10018
(Counsel for **Domtar (Canada) Paper Inc.
dba Domatar Inc. - Dryden Chinook**)

Michael Murav
Lazarus & Lazarus
240 Madison Avenue
New York, NY 10018
(Counsel for **Domtar Paper Company,
LLC**)

Robert Pyzyk
Niebler, Pyzyk, Roth & Carrig LLP
N94 W17900 Appleton Avenue
Menomonee Falls, WI 53052
(Counsel for **Dorner Company**)

Thomas J. Dorshorst, RegAgt/Owner
**Dorshorst Trucking & Excavating, LLC**
6272 Main St.
Auburndale, WI 54412

Vincent R. Volpe, Jr., President
**Dresser-Rand Group Inc. dba Dresser
Rand Co.**
10205 Westheimer Rd.; West8 Tower Suite
1000
Houston, TX 77042

Daniel Hogan, Esq.
Attorney at Law
1311 Delaware Avenue
Wilmington, DE 19806
(Counsel for **Eastern Elevator Service and
Sales Company**)

Jamie L. Mancl, RegAgt/Officer
**ECC Corrosion, Inc.**
4400 Commerce Drive
Wisconsin Rapids, WI 54494-7467

Anthony Pellegrini, Esq.
Rudman & Winchell
84 Harlow Street, P.O. Box 1401
Bangor, ME 04402
(Counsel for **Ed Thayer, Inc.**)

Ann Kashishian
Cousins Chipman & Brown, LLP
1007 North Orange Street, Suite 1110
Wilmington, DE 19801
(Local Counsel for **Edwards Transportation
Co.**)

Tabatha Johnson Thurman
Law Office of Tabatha Johnson Thurman
113 Court Street
Charleston, MO 63834
(Counsel for **Edwards Transportation Co.**)

Anthony Pellegrini, Esq.
Rudman & Winchell
84 Harlow Street, P.O. Box 1401
Bangor, ME 04402
(Counsel for **E. J. Carrier, Inc.**)

John Grube, Chief Executive Officer
**Electro-Mec, Inc.**
4470 Lucerne Rd.
Indiana, PA 15701-9498

Jeremy Welch
Ruder Ware, L.L.S.C.
500 First Street, Suite 8000
Wausau, WI 54402
(Counsel for **Elite Carriers, LLC**)

Officer, Managing Agent, Or General Agent
**Ellen Swedberg**
N6167 Cypress Rd.
Shawano, WI  54166-6297

Filiberto Ruiz, President
**Aggregate Industries Management, Inc. fka
Ennstone Inc.**
201 Jones Rd.
Waltham, MA  02451

David Swihart
Yoder, Ainlay, Ulmer & Buckingham, LLP
PO Box 575, 130 North Main Street
Goshen, IN  46527
(Counsel for **Entech, Inc.**)

Roy Vande Hey, President
**Enterprise Systems Group LLC**
2305 Kelbe Dr.
Little Chute, WI  54140

Matthew Burkley, Chief Executive Officer
**Genscape, Inc. fka Envapower Inc.**
445 East Market St., Suite 200
Louisville, KY  40202

Kimberly Robinson, Esq.
Barack Ferrazzano Kirschbaum & Nagelberg
LLP
200 West Madison St., Suite 3900
Chicago, IL  60606
(Counsel for **Environmental Resources
Management, Inc.**)

John Hasslen, RegAgt/Officer
**EPG Companies**
19900 County Road 81
Maple Grove, MN  55311

Elizabeth Pillon
Stikeman Elliott LLP
5300 Commerce Court West
Toronto, ON  M5L 1B9
(Counsel for **Ernst & Young LLP**)

Robert A. Wilks, RegAgt/President
**E & R Weartech**
1462 Greenfield Rd.
Greenfield, ME  04418

Richard Salmen, Esq.
Felhaber Larson Fenlon & Vogt
220 South Sixth Street, Ste. 2200
Minneapolis, MN  55402
(Counsel for **Escanaba and Lake Superior
Railroad Company**)

Officer, Managing Agent, Or General Agent
**Estate of P L Hardy Jr.**
764 Dunluce Rd.
King William, VA  23086

Roma Desai
Bernstein Shur
100 Middle Street
Portland, ME  04104
(Counsel for **Everett J. Prescott, Inc.**)

Aubrey Kauffman
Fasken Martineau
333 Bay Street, Suite 2400
Toronto, ON  M5H 2T6
(Counsel for **Fasken Martineau Dumoulin**)

Paul Taylor, Chief Executive Officer
**FCC Environmental, LLC**
523 Sam Houston Parkway East
Houston, TX  77060

Charles Simon, Chief Executive Officer
**FCX Performance, Inc.**
100 South 5th Street, Suite 1075
Minneapolis, MN  55402

Frederick Smith, President
**FedEx Corporation dba Federal Express**
942 S. Shady Grove Road
Memphis, TN  38120

Frank W. Roach, President
**Ferguson Enterprises, Inc.**
12500 Jefferson Ave.
Newport News, VA 23602

James E. Ferrell, Chairman of the Board
**Ferrellgas, Inc.**
7500 College Blvd., Suite 1000
Overland Park, KS 66210

Desen Radokovic, President
**Field System Machining, Inc.**
720 Schneider Dr.
South Elgin, IL 60177

Stanton Thomas
Mallery & Zimmerman, S.C.
4941 Kirschling Court, Suite 1
Stevens Point, WI 54481
(Counsel for **Fire Pro, Inc.**)

Jonathan Hawkins
Thompson Hine LLP
10050 Innovation Drive Suite 400
Dayton, OH 45342
(Counsel for **Fisher International, Inc.**)

Thomas Schulz, Chief Executive Officer
**FLSmidth International, Inc.**
7158 South FLSmidth Drive
Midvale, UT 84047-5559

D. Glyn Lake, RegAgt/Principal
**Fluid Process Equipment, Inc.**
4797 Campus Drive
Kalamazoo, MI 49008

Michael Cella, President
**Fore River Warehousing & Storage Co.,
Inc. dba Fore River Distribution Center**
140 Rodman Road
Auburn, ME 04210-3832

Rami Ghandour, RegAgt/Officer
**Forestweb, Inc.**
1801 Avenue of the Stars, Suite 520
Los Angeles, CA 90067

Y.T. Wang, Principal
**Formosa Plastics Corporation, U.S.A.**
9 Peach Tree Hill Road
Livingston, NJ 07039

W. Patrick Downes
Dornbush Schaeffer Strongin & Venaglia,
LLP
747 Third Avenue
New York, Ny 10017
(Counsel for **Forest Pharmaceuticals, Inc.**)

Adam Skarie
Silton, Seifert, Carlson S.C.
331 East Washington Street
Appleton, WI 54911
(Counsel for **Fox Valley Fittings and
Controls, Inc.**)

Gerhard Scherer, Secretary
**FP-Pigments, Inc.**
3 Southern Industrial Boulevard
Rome, GA 30165

Officer, Managing Agent, Or General Agent
**Frank L. Sosnin**
919 Heard Avenue
Augusta, GA 30904

Lisa Landry
Perkins, Townsend, Shay & Talbot, P.A.
48 Court Street
Skowhegan, ME 04976
(Counsel for **Franklin Forest Products, Inc.**)

Kate Deringer Sallie
Rhoads & Sinon LLP
One S. Market Sq., 12th Floor
Harrisburg, PA 17101
(Counsel for **Franklin Freight Brokerage,
Inc.**)

Chris Froeter, President
**Froeter Design Company, Inc.**
954 West Washington, 5th Floor
Chicago, IL 60607

William B. Johnson, RegAgt/President
**Futurewood Corp.**
9676 North Kruger Road
Hayward, WI  54843-7189

Roger L. Garland, Jr., RegAgt/Principal
**Garland Lumber Company, Inc.**
636 E. Conway Rd.
North Conway, NH  03860

Robert Glen Gatto, Principal
**Garrett County Commissioners Board**
203 South 4th Street, Room 107
Oakland, MD  21550-1535

Officer, Managing Agent, Or General Agent
**Gary D. Kitzmiller**
P. O. Box 92
Mount Storm, WV  26739-0092

Walter Gouldsbury, III
Jeffer, Mangels, Butler & Mitchell LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA  94111
(Counsel for **GATX Corporation**)

Robert Rotenberg, RegAgt/Principal
**General Mill Supply Company**
50690 General Mill Drive
Wixom, MI  48393

Margie Medalle, Principal
**Genesys Conferencing, Inc.**
9139 South Ridgeline Boulevard
Highlands Ranch, CO  80129

Kelly Conlan, Esq.
Connolly Bove Lodge & Hutz, LLP
1007 N. Orange Street, 8th Floor
Wilmington, DE  19801
(Counsel for **Global Petroleum Corp.**)

James Hays
Gonzalez Saggio & Harlan LLP
3353 Peachtree Road, NE, Suite 920 North
Atlanta, GA  30326
(Counsel for **Gonzalez Saggio & Harlan LLP**)

Officer, Managing Agent, Or General Agent
**Gooch Thermal Systems, Inc.**
1221 Route 22 East
Lebanon, NJ  08833

Larry Page, Chief Executive Officer
**Google Inc.**
1600 Amphitheatre Parkway
Mountain View, CA  94043

Peter L. Gemuenden, Sr., President
**GPM, Inc.**
4432 Venture Avenue
Duluth, MN  55811-5706

Patricia Friesinger
Coolidge Wall Co., L.P.A.
33 West First St., Suite 600
Dayton, OH  45402
(Counsel for **GRAPHICA, LLC**)

Officer, Managing Agent, Or General Agent
**Graymont Western Lime, Inc.**
206 North 6th Avenue
Westbend, WI  53095-0057

Amy Scheide, RegAgt/Principal
**Great Expectations, LLC**
3551 Plover Road
Wisconsin Rapids, WI  54494

John R. Raese, President
**Greer Industries, Inc. dba Greer Lime Company**
570 Canyon Road
Morgantown, WV  26508

Ron Clowes, President
**GTL Transportation, Inc.**
115 Trider Circle
Dartmouth, NS  B3B 1V6

James L. Robo, President
**Nextera Energy Resources, LLC aka Gulf Island Pond Oxygenation**
700 Universe Boulevard
Juno Beach, FL  33408

Robert Gunville, Jr., RegAgt/President
**Gunville Trucking, Inc.**
1050 Washington Avenue
Niagara, WI  54151

David Pellegrini, RegAgt/President
**Gustavo Preston Company, Inc.**
23 Industrial Avenue
Chelmsford, MA  01824

Matthew Resch
Wagner, Falconer & Judd, LTD
1700 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
(Counsel for **G W S Supply, Inc.**)

Bob Zimmerman
Mallery & Zimmerman, S.C.
500 Third Street, Suite 800
Wausau, WI  54402
(Counsel for **Haessly & Haessly, Inc.**)

John Hall, RegAgt/Officer
**Hall Away Trucking Inc.**
2105 Yndestad Rd.
Carlton, MN  55718

Rick Steinberg, Esq.
Nowell Amoroso Klein Bierman, P.A.
155 Polify Road
Hackensack, NJ  07601
(Counsel for **Hanjin Shipping Co., Ltd.**)

David L. Hankins, President
**Hankins Forest Products, Inc.**
15881 Hwy 4 East
Ripley, MS  38663

Peter Hastings
Hastings Law Office, P.A.
376 Main Street, P.o. Box 290
Fyeburg, ME  04037
(Counsel for **Fryeburg Water Company dba Hastings and Hastings**)

Patrick Daly, RegAgt/President
**Haza Mechanical, Inc.**
1910 32nd Street North
Wisconsin Rapids, WI  54494

David Groce
HeplerBroom, LLC
211 North Broadway, Suite 2700
St. Louis, MO  63102
(Counsel for **HeplerBroom, LLC**)

Robert Paye
Geppert, McMullen, Paye & Getty
21 Prospect Square
Cumberland, MD  21502
(Counsel for **Here To Help, LLC dba Here To Help Inc.**)

Gregory P. Ray, Principal
**Heritage-Crystal Clean, LLC**
2175 Point Blvd., Suite 375
Elgin, IL  60123-9211

David Powlen, Esq.
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE  19801
(Counsel for **Herff Jones, Inc.**)

Ayala Hassell
Hewlett-Packard Company
5400 Legacy Drive
Plano, TX  75024
(Counsel for **Hewlett-Packard Company**)

Forrest P. Hicks, II, RegAgt/Principal
**Hick's Logging, LLC**
756 Presidential Highway
Jefferson, NH  03583

Gregory Ostendorf, Esq.
Scopelitis, Garvin, Light, Hanson & Feary,
P.C.
10 W. Market Street, Suite 1500
Indianapolis, IN  46204
(Counsel for **H. L. Lawson & Son,
Incorporated**)

Larry R. Hooper, RegAgt/Owner
**Hooper Hardwoods, LLC**
444 W. Powell St.
Brownsville, TN  38012-3311

Tony Hooper, President
**Hooper Sawmill, LLC**
3445 Highway 138
Toone, TN  38381-8077

John L. Greenwood, RegAgt/President
**Hydraulic Component Services, Inc.**
1760 S. Springdale Rd.
New Berlin, WI  53146

Michael Menghini
Herrling Clark Law Firm Ltd.
800 North Lynndale Drive
Appleton, WI  54914
(Counsel for **Hydroblasters, Inc.**)

Michael Bennett, Esq.
Lichtsinn & Haensel, S.C.
111 East Wisconsin Avenue, Suite 1800
Milwaukee, WI  53202
(Counsel for **H T Safety Shoe Service, Inc.
dba Hy Test Safety Shoe Service Inc.**)

Mark Fraze, Esq.
IBM Corporation; Office of Counsel, U.S.
Western Region
425 Market Street, 19th Floor
San Francisco, CA  94105
(Counsel for **International Business
Machines Corporation dba IBM**)

Joseph T. Kelly, President
**IFM Efector Inc.**
782 Springdale Dr.
Exton, PA  19341

Michael Barron, Esq.
Fletcher & Sippel
29 North Wacker Drive
Chicago, IL  60606
(Counsel for **Illinois Central Railroad
Company**)

Joanne Lamoureux, Officer
**Imerys Canada Inc.**
3450 Boul Gene-H Kruger Bureau 210
Trois-Rivieres, QC  G9A 4M3

Richard Ryan, Chief Executive Officer
**Imerys Pigments, Inc.**
100 Mansell Court East, Suite 300
Roswell, GA  30076

Jeffrey C. Hicks, Officer
**IMERYS Talc America, Inc.**
100 Mansell Court East, Suite 300
Roswell, GA  30076

Mike Francoeur, Officer
**Imerys Talc Canada Inc.**
100 Water Tower Road
Timmins, ON  P4N 7J5

Philip Derrow, President
**Industrial Process Equipment Company
dba Industrial Process Equipment Group**
2800 Locust St.
Saint Louis, MO  63103-1397

Billy Seguin, President
**Industrial Pump Services of North Carolina, Inc.**
1980 Wood Treatment Rd.
Leland, NC  28451

Jeremy Welch
Ruder Ware, L.L.S.C.
500 First Street, Suite 8000
Wausau, WI  54402
(Counsel for **Irow Waste Services, LLC dba Industrial Recyclers of WI**)

David Duval, RegAgt/President
**Industrial Solutions Management USA, Inc.**
330 2nd St.
Port Edwards, WI  54469

Jerry Matiyow, President
**Industrial Vibration Consultants, Inc.**
210 S. West St.
Lebanon, OH  45036

Ilene Gordon, President
**Ingredion, Inc.**
5 Westbrook Corporate Center
Westchester, IL  60154

Michael Fielding, Esq.
Husch Blackwell Sanders LLP
4801 Main Street, Suite 1000
Kansas City, MO  64112
(Counsel for **Emerson Electric Co. dba Instrument & Valve Services Co.**)

Richard M. Gerstein, President
**IntelliTrans, LLC**
230 Peachtree St., Suite 300
Atlanta, GA  30303

Jeffrey Medio
Archer & Greiner
One Centennial Square
Haddonfield, NJ  08033
(Counsel for **International Dunnage, LLC**)

Kevin Collins
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE  19801
(Counsel for **Invensys Systems, Inc.**)

Dave Miller, RegAgt/Officer
**IP Leanware Ltd. dba IP Leanware Inc.**
N3609 23rd Ave.
Wild Rose, WI  54984

Jurgen Socha, Chief Executive Officer
**Ircon Drying Systems AB**
Svetsargatan 8
Vanersborg, Sw  S-462 56

Jim Irving, President
**Irving Forest Products, Inc.**
24 Hall Hill Rd.
Dixfield, ME  04224-9571

Gretchen W. McClain, Chief Executive Officer
**Xylem, Inc. fdba ITT Flygt Corporation**
1133 Westchester Ave., #N200
White Plaines, NY  10604

Steven R. Loranger, President
**ITT Corporation dba ITT Standard**
1133 Westchester Ave.
White Plains, NY  10604

Erik Detlefsen
Dorsey & Whitney LLP
50 South 6th Street, Ste 1500
Minneapolis, MN  55402
(Counsel for **IWCO Direct North Carolina, Inc.**)

Joseph A. Saccomano, Jr., Managing Partner
**Jackson Lewis LLP**
1 North Broadway, 15th Floor
White Plains, NY  10601

Officer, Managing Agent, Or General Agent
**James Kanerva Forest Products**
N1466 US Highway 41
Trenary, MI  49891

Officer, Managing Agent, Or General Agent
**James R. Robertson**
1267 Hurley Schoolhouse Rd.
Ramer, TN  38367

John La Fond, President
**Jansen Combustion and Boiler
Technologies, Inc.**
11335 NE 122nd Way, Suite 275
Kirkland, WA  98034

Officer, Managing Agent, Or General Agent
**Jeffrey Fisher aka Jeff Fisher**
W7097 County Road CC
Tomahawk, WI  54487

Tony Lubiani, President
**Jeffrey Rader Corporation**
215 Parkway East, Suite A
Duncan, SC  29334

Officer, Managing Agent, Or General Agent
**Jeremy Lindgren**
RR 2 - Box 2276
Sedgewickville, MO  63781

Herbert Jerich, Chief Executive Officer
**Jerich USA, Inc.**
1 Industrial Rd., Ste. 102
Dayton, NJ  08810

Thomas Marino, RegAgt/Officer
**Cohnreznick LLP dba J.H. Cohn LLP**
4 Becker Farm Rd.
Roseland, NJ  07068

Jerry Wayne Smith, RegAgt/President
**J. & L. Lumber Company, Inc.**
321 Silver Beach Rd.
Hartford, KY  42347

Alan Gorzlancyk, RegAgt/Principal
**JMB Logistics, Inc. dba JMB Pallet &
Spotting Service**
11440 Johnson Ave.
Plover, WI  54467

Richard B. Calvitti, President
**John Calvitti Company dba John Calvitti
Co. Inc.**
3200 Scotts Lane
Philadelphia, PA  19129

John K. Wetzel, RegAgt/Owner
**John K. Wetzel LLC**
6821 US Hwy 23
Chillicothe, OH  45601

Johnny Sisk, President
**Johnny Sisk & Sons Inc.**
1097 Leon Rd.
Culpeper, VA  22701

Jeffrey S. Barry, Chief Executive Officer
**J.S. Barry Industries, Inc.**
236 Andover Street
Wilmington, MA  01887

Klaus Bartelmuss, President
**Jud Corporation**
3732 Profit Way
Chesapeake, VA  23323

David Ostrander
Ostrander Law Office
36 Service Center Road, P.O. Box 1237
Northampton, MA  01061
(Counsel for **Jupp Norhausen**)

Terrence Byrne
Byrne & Krautkramer Law Office
115 Forest Street, P. O. Box 1566
Wausau, WI  54402
(Counsel for **Kautza Corporation**)

Kerry R. Keene, President
**Keene's Transfer, Inc.**
909 Townline Rd.
Tomah, WI 54660

Jane Kennedy-Greene, Chief Executive
Officer
**Kenco Logistic Service, LLC**
2001 Riverside Drive
Chattanooga, TN 37406

Robert Diettrich, Esq.
Davis, Malm & D'Agostine, P.C.
1 Boston Place
Boston, MA 02108
(Counsel for **F. W. Webb Company, dba
Kennebec Supply**)

Jeffrey Pope, President
**F.W. Webb Company dba Kentrol Inc.**
160 Middlesex Turnpike
Bedford, MA 01730

Stephen Barnes
Walther, Roark & Gay, PLC
163 East Main Street, Suite 200
Lexington, KY 40588
(Counsel for **Kentucky Community and
Technical College System**)

Kenneth Priest, President
**Kenway Corp.**
681 Riverside Dr.
Augusta, ME 04330

Russ Watterson
TransForce, Inc.
6143 South Willow Drive, Suite 320
Greenwood Village, CO 80111
(Counsel for **Kingsway Transport of
America dba Kingsway Bulk Transport**)

Robert Kirby, Owner
**Kirby Sawmill, Inc.**
Highway 160 E
Doniphan, MO 63935

Bradley Cosman, Esq.
Squire, Sanders & Dempsey (US) LLP
1 East Washington Street, Suite 2700
Phoenix, AZ 85004
(Counsel for **Knight Transportation, Inc.**)

Gregory Jerabek
Nash Law Group
170 Third Street North, PO Box 997
Wisconsin Rapids, WI 54495
(Counsel for **Kolo Trucking & Excavating,
Inc.**)

Clarence Kenny Williams, Owner
**K. T. & L. Timber Company, Inc.**
1622 Highway 124
Greenfield, TN 38230-3608

Mike Rychlock, Principal
**Mike Rychlock dba KT Enterprises**
6500 Javen Road
Three Lakes, WI 54562

Deanna Kuhlmann -Leavit, President
**Kuhlmann-Leavit, Inc.**
7400 Pershing Ave.
St. Louis, MO 63130

Rick Tucci, President
**Leap Technologies, Inc.**
2290 University Dr.
Naperville, IL 60565

Richard Ledvina, President
**Ledvina Forest Products Co.**
W6602 State Hwy 180
Wausaukee, WI 54177

Tony Cantone, President
**The Hope Group, LLC dba The Leen
Company**
70 Bearfoot Road
Northboro, MA 01532

Robert Renner, Chief Executive Officer
**Liaison Technologies, Inc.**
3157 Royal Dr., Suite 200
Alpharetta, GA 30022

Dennis C. Lilly, President
**Lilly Trucking of Virginia, Inc.**
2507 Front Royal Pike
Winchester, VA 22602

Steven L. Lindberg, RegAgt/Principal
**Lindberg Logging, Inc.**
2890 Hwy 217
Ray, MN 56669

Kenneth Little, Owner
**Kenneth Little dba Little Logging**
5049 Industrial Avenue
Littlefork, MN 56653

Peter Luit, President
**Livingston International, Inc.**
150 Pierce Rd., Suite 500
Itasca, IL 60143-1222

Murdo Limlaw, Owner
**L & M Logging**
6576 Route 5 S
Newbury, VT 05051

Michael Day
Torres, Scammon & Day, LLP
35 India Street
Boston, MA 02110
(Counsel for **London Economics International LLC**)

Tillas Lance Black, RegAgt/President
**L.T. Black Construction, Inc.**
2440 US Highway 51 North
Bardwell, KY 42023

Doug Lunne, Managing Partner
**Lunne Marketing Group, Inc.**
123 Webster St.
Dayton, OH 45402

Linda Cammack, Principal
**Main Freight, Inc.**
859 Isle Point
Sanford, FL 32771

Nathaniel Hull
Verrill Dana LLP
One Portland Square
Portland, ME 04112-0586
(Counsel for **Maine Conveyor, Inc.**)

Charles Davis, Owner
**Maine Industrial Repair Service, Inc.**
60 Darin Dr.
Augusta, ME 04330

Marilyn Mistretta
Marcus, Clegg & Mistretta, P.A.
One Canal Plaza, Suite 600
Portland, ME 04101
(Counsel for **Maine Labpack, Inc.**)

Craig Fortenbery, RegAgt/Principal
**Mainstream Commercial Divers, Inc.**
322 C.C. Lowry Dr.
Murray, KY 42071

Bill Sullivan, President
**M.A. Olson Co., Inc. dba M.A. Olson Supply**
461 Boston Street, Unit E2
Topsfield, MA 01983

Paul W. Jamieson, President
**Maritect Investigations & Security Ltd.**
134 Charlotte St.
Sydney, NS B1P 1C3

Adam Kruppstadt
Adam L. Kruppstadt, PC
220 East Ludington Street
Iron Mountain, MI 49801
(Counsel for **Mark Knutson Logging, Inc.**)

Albert Ciardi, III, Esq.
Ciardi Ciardi & Astin
One Commerce Square, Suite 1930
Philadelphia, PA  19103
(Counsel for **Marsden, Inc.**)

Jim Marston, President
**Marston Industrial Services, Inc.**
109 Ridge Rd.
Fairfield, ME  04937

Scott Hutter, President
**Martin Engineering Company**
One Martin Place
Neponset, IL  61345

Ricahrd Love, RegAgt/Principal
**Martin-Love, LLC fka Martin Tire
Operations LLC**
270 Barnes Blvd.
Rockledge, FL  32955

Billy Mccollum, Principal
**Mccollum Timber Company**
306 Midland St.
Gleason, TN  38229

Erika Thomas-Yuille, Esq.
The McGraw-Hill Companies, Inc.
1221 Avenue of the Americas
New York, NY  10020
(Counsel for **McGraw Hill Financial, Inc.
fdba The McGraw-Hill Companies, Inc.**)

John M. McKevitt, Owner
**McKevitt Trucking Ltd.**
1200 Carrick St.
Thunder Bay, ON  P7B 5P9

Charles D. Rudd, President
**Mechanical Services, LLC**
9 Lewis Circle
Wilmington, DE  19804

Brad Ihlenfeld, President
**Meridian Leasing Corp.**
Nine Parkway North, Suite 500
Deerfield, IL  60015

Officer, Managing Agent, Or General Agent
**Metro Fire Protection, Inc.**
1415 West Street
Wausau, WI  54401

John Quinlivan, Chief Executive Officer
**Metso Automation USA, Inc.**
44 Bowditch Drive
Shrewsbury, MA  01545

Isaac Gabriel
Quarles & Brady Streich Lang LLP
Two North Central Avenue
Phoenix, AZ  85004
(Counsel for **Metso Minerals Industries,
Inc.**)

John Wieland, President
**MH Equipment Corporation**
2011 E. Hartman Road
Chillicothe, IL  61523

Susan Budjac, President
**Mid-State Technical College**
500 32nd St. N.
Wisconsin Rapids, WI  54494

Donald E. Gaines, RegAgt/President
**Mid-America Paper Recycling Co., Inc.**
3885 W. 41st St.
Chicago, IL  60632

Robert Srebalus, President
**Midwest Converting, Inc.**
6634 W. 68th St.
Bedford Park, IL  60638

Warren F. Mielke, Chief Executive Officer
**Mielke Electric Works, Incorporated**
2606 W. Michigan St.
Duluth, MN  55806

Mike Gibson, Principal
**Mike Gibson and Sons Logging Inc.**
847 Shilo Rd.
King and Queen Court, VA  23085

Jeremy Fischer
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME  04101
(Counsel for **Milan Lumber Company, LLC**)

Scott Mathy, President
**Mathy Construction Company dba Milestone Construction**
920 - 10th Avenue North
Onalaska, WI  54650

Michael Pellegrini, Principal
**Millennium Power Services, Inc.**
80 Mainline Drive
Westfield, MA  01085

Clayton Davidson, Esq.
McNees, Wallace & Nurick LLC
100 Pine Street
Harrisburg, PA  17108
(Counsel for **Miller Auto Parts & Supply Company, Inc.**)

Kevin Maloney, Esq.
Law Office of Kevin M. Maloney
22 East Gay Street, Suite 401
Columbus, OH  43215
(Counsel for **MLI ILG, dba Miller Logistics**)

Elizabeth Miller, Chief Executive Officer
**Miller Mechanical Services, Inc.**
51 Walnut Street
Glens Falls, NY  12801

Eric Ristau
Eustice, Laffey, Sebranek & Auby, S.C.
100 Wilburn Road, Suite 202
Sun Prairie, WI  53590
(Counsel for **Millis Transfer, Inc.**)

Warren A. Greisch, RegAgt/President
**Milport Enterprises, Inc.**
2829 S. 5th Ct.
Milwaukee, WI  53207

Denis Bartell, Esq.
DeWitt, Ross & Stevens S.C.
Two East Mifflin Street
Madison, WI  53703
(Counsel for **Miron Construction Co., Inc.**)

Grace Hae Woen Bae
MOL (America) Inc.
10 Woodbridge Center Drive, Suite 900
Woodbridge, NJ  07095
(Counsel for **Mitsui O S K Lines, Inc.**)

Stephanie S. Smith, RegAgt/Principal
**M.L. Smith, Jr., L.L.C. fka M.L. Smith, Jr., Inc.**
2338 Highway 33
Ruston, LA  71270

Jerry Ellis, Esq.
Couzens, Lansky, Fealk, Ellis, P.C.
39395 West Twelve Mile Road, Suite 200
Farmington Hill, MI  48331
(Counsel for **Monarch Welding & Engineering, Inc.**)

Stephen P. Barney, President
**Monson Companies, Inc.**
154 Pioneer Drive
Leominster, MA  01453-3474

Anthony Siciliano
Siciliano & Gallitto, PLL
1045 Tiffany South, Suite 2
Youngstown, OH  44514
(Counsel for **Morrison Metalweld Process Corporation**)

Harold Bevis, Chief Executive Officer
**Xerium Technologies, Inc. dba Mount Hope Machinery Co.**
8537 Six Forks Road, Suite 300
Raleigh, NC  27615

Charles H. Kimball, RegAgt/President
**M.R.O. Tech, Inc.**
5503 Country Lane
Wausau, WI 54401

P. Trent Thompson, RegAgt/President
**Decatur Industrial Electric, Inc. dba Mt.
Vernon Electric, Inc.**
1650 East Garfield Avenue
Decatur, IL 62526

Richard Murphy, Jr., Chief Executive Officer
**Murphy Warehouse Company**
701 24th Avenue SE
Minneapolis, MN 55414

Robert E. Rosenblum, Principal
**National Fiber Supply L.L.C.**
303 W. Madison St., Suite 1650
Chicago, IL 60606

Frank Bruch, President
**National Hydraulics, Inc.**
1000 Water Street
Scottdale, PA 15683

Jeff Dorner, Owner
**KN Rubber, LLC fdba National Rubber
Technologies Corporation**
35 Cawthra Ave.
Toronto, ON M6N 5B3

Frank Falkner
Rose Law Firm
120 East Fourth Street
Little Rock, AR 72201
(Counsel for **Pascale Industries, Inc. fka
National Wire Fabric Corporation**)

Ben Madill, RegAgt/President
**Nationwide Magazine Recycling, Inc.**
3000 E. Grauwyler Rd.
Irving, TX 75061

Ronald A. Yeske, RegAgt/Principal
**National Council for Air and Stream
Improvement, Inc. dba NCASI**
79 Alexander Dr., Bldg. 4401
Research Triangle Pa, NC 27709

Terrence Byrne
Byrne & Krautkramer Law Office
115 Forest Street, P. O. Box 1566
Wausau, WI 54402
(Counsel for **Nekoosa Corporation**)

Christopher T. Lavin, President
**New England Ropes Corp.**
848 Airport Rd.
Fall River, MA 02720

Officer, Managing Agent, Or General Agent
**Newman & Shepard**
14225 Shepard Ln.
Ullin, IL 62992

Christopher J. Hansen, RegAgt/Officer
**Nordic Construction Services, LLC**
10 Seventh Ave.
Berlin, NH 03570

Rick Campbell, Principal
**Nordstrong Equipment Limited**
5 Chester Ave.
Winnipeg, MB R2L 1W5

Paul Shaw, President
**NorFalco, Inc.**
6000 Lombardo Center, The Genesis Bldg.,
Suite 650
Seven Hills, OH 44131

Charles Moorman, Chief Executive Officer
**Norfolk Southern Railway Company**
Three Commercial Place
Norfolk, VA 23510

Jon Liss, RegAgt/Principal
**Northern Machining & Repair, Inc.**
1701 North 26th Street
Escanaba, MI 49829

Stephen O'Leary, RegAgt/President
**Northland Industrial Truck Co., Inc.**
6 Jonspin Road
Wilmington, MA  01887

David Barrett, RegAgt/Owner
**NorthStar Environmental Testing LLC**
817 Oak Ridge Rd.
Mosinee, WI  54455

Jerzy Gruhn, President
**Novo Nordisk, Inc.**
100 College Road West
Princeton, NJ  08540

Raymond Masse, President
**Oasis Alignment Services, Inc.**
255 Pickering Rd.
Rochester, NH  03867

Elaine Monson
Ray, Quinney & Nebeker
36 South State Street, Ste 1400
Salt Lake City, UT  84145
(Counsel for **O. C. Tanner Recognition
Company**)

William H. Oester, President
**Oester Trucking, Inc.**
10268 Mason Dixon Hwy
Salisbury, PA  15558

Joseph D. Rupp, President
**Olin Corporation dba Olin Chlor Alkali
Products**
190 Carondelet Plaza, Suite 1530
Clayton, MO  63105

Debra Cohen, Esq.
Halperin Battaglia Raicht, LLP
40 Wall Street, 37th Floor
New York, NY  10005
(Counsel for **Orlandi, Inc.**)

J. Patrick Kennedy, Principal
**Osisoft, Inc.**
777 Davis Street, Suite 250
San Leandro, CA  94577

Marco Carrier, President
**Ossipee Chipping, Inc.**
400 Route 25
Center Ossipee, NH  03814

Jack White, President
**Ovalstrapping, Incorporated dba Oval
International**
206 Firman St.
Hoquiam, WA  98550

James Horn, Chief Executive Officer
**Packaging Incorporated**
6775 Shady Oak Rd.
Eden Prairie, MN  55344

Laurie Wicks, President
**AstenJohnson Inc. dba Paperchine Inc.**
1155 Prairie Hill Rd.
Rockton, IL  61072

Kari Hilden, President
**Papertech Inc.**
#108 - 245 Fell Ave.
North Vancouver, BC  V7P 2K1

Jeff Reimer, President
**Paragon Micro Inc.**
2 Corporate Dr., Suite 105
Lake Zurich, IL  60047

Randall A. Waller, Sr., President
**Paschall Truck Lines, Inc.**
3443 Highway 641 South
Murray, KY  42071

Richard Patterson, Owner
**Richard Patterson Logging dba Patterson
Logging**
455 Saunders Ave.
Park Falls, WI  54552

Kerry Brandt, Chief Executive Officer
**Paul Brandt Trucking**
226 Station St. S.
Morris, MB  R0G 1K0

Mike Duffy, President
**Per Mar Security and Research Corp. dba**
**Per Mar Security Services**
1910 E. Kimberly Rd.
Davenport, IA  52808

Jeffrey Davis, President
**Perficient, Inc.**
520 Maryville Centre Drive, Suite 400
Saint Louis, MO  63141

Michael ransmeier
Law Office of Michael M. Ransmeier, P.C.
76 Main Street
Littleton, NH  03561
(Counsel for **Errol S. Peters & Benjamin T.**
**Peters dba Peters Logging**)

Victor Essen, II
Rynearson, Suess, Schnurbusch & Champion,
L.L.C.
500 N. Broadway, Suite 1550
St. Louis, MO  63102
(Counsel for **Peterson Industrial**
**Scaffolding, Inc.**)

Timothy Miltenberger, Esq.
Coan, Lewendon, Gulliver & Miltenberger,
LLC
495 Orange St.
New Haven, CT  06511
(Counsel for **Phasor Engineering Services,**
**LLC**)

Donna Schulte, President
**Phenix Services Corporation**
407 York Place
Cumberland, MD  21502

Michael T. Alt, RegAgt/President
**Piping Specialties Inc.**
36 Rainmaker Dr.
Portland, ME  04103

Jim Wochinske, RegAgt/President
**Pomp's Tire Service, Inc.**
1122 Cedar St.
Green Bay, WI  54301

Patrick Wynne, President
**Port Elizabeth Terminal & Warehouse**
**Corp.**
201 A Export St.
Port Newark, NJ  07114

Gregory G. Deering, RegAgt/Owner
**Deering Enterprises, Inc. dba Poweramp**
**Equipment North**
3146 Market St.
Green Bay, WI  54304

Richard Hall, President
**PRC Acquisition Company, Inc. dba PRC**
**Industrial Supply Inc.**
21 W. Commercial St.
Portland, ME  04112

Robert Shields, III
TannerGuinCrowell LLC
3021 Lorna Road, Suite 301
Birmingham, AL
(Counsel for **Precision Husky Corporation**)

Brian Hudacek, President
**Precision Printing Products, Inc.**
6004 Tower Ave.
Superior, WI  54880

Douglas Smillie
Fitzpatrick Lentz & Bubba, P.C.
4001 Schoolhouse Lane
Center Valley, PA  18034
(Counsel for **Precision Roll Grinders, Inc.**)

Tony Couture, President
**Precision Tanks, Inc.**
41 Masterman Rd.
Jay, ME  04239

Nathan Cockerham
Maki, Ledin, Bick & Olson, S.C.
1109 Tower Avenue
Superior, WI  54880
(Counsel for **Priem Forest Products**)

Benjamin Marcus
Drummon Woodsum, Attorneys at Law
874 Marginal Way, Suite 600
Portland, ME  04101
(Counsel for **Prime Electric Motors, Inc.**)

Gary Smith, President
**Prime Printing, Inc.**
8929 Kingsridge Dr.
Dayton, OH  45458

Tim Parks, Owner
**Priority Express Transportation**
1515 S. Breiel Boulevard #B
Middletown, OH  45044-6710

Mary E. Maynard, President
**PRM Corporation**
17228 Lancaster Highway, Suite 212
Charlotte, NC  28277

Terry Mathis, President
**ProAct Safety, Inc.**
16753 Donwick Dr., #1
Conroe, TX  77385

Ronald R. Borgman, RegAgt/President
**Process Control Services, Inc.**
401 Industrial Dr.
Plymouth, MI  48170

William P. Ainsworth, President
**Progress Rail Services Corporation**
1600 Progress Dr.
Albertville, AL  35950

Dan Curtin, RegAgt/President
**Progressive Converting, Inc.**
2430 E. Glendale Ave.
Appleton, WI  54911

Andres D. Reiner, President
**PROS, Inc. and PROS Revenue
Management, L.P.**
3100 Main Street, Suite 900
Houston, TX  77002

R. Dwane Ruiz, President
**PSC Industrial Outsourcing, Inc.**
5151 San Felipe, Suite 1600
Houston, TX  77056

Michael Piontek, RegAgt/Principal
**Pyle & Piontek, LLC**
221 N. LaSalle St., Suite 1212
Chicago, IL  60601

Rick Amoruso, President
**Quality Supplier**
Old Waxler Road
Keyser, WV  26726

Mark D. Moness, President
**Quarterback Transportation Inc.**
1210 Sheppard Ave. E., Suite 114
Toronto, ON  M2K 1E3

Chris Freeman
Christopher J. Freeman, Attorney at Law LLC
PO Box 4396
Copley, OH  44321
(Counsel for **Quickdraft, Inc.**)

Bruno Diekmann, RegAgt/President
**Racine Flame Spray Inc.**
1810 William St.
Racine, WI  53404

Jeremy Fischer
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME  04101
(Counsel for **R. C. McLucas Trucking, Inc.**)

Richard Westley
Westley Law Office
7633 Ganswer Way, Suite 100
Madison, WI  53719
(Counsel for **Redford Truck Line, Inc.**)

J. David Seitz, President
**NWL Transformers Company dba CE
Power Solutions of Florida**
312 Rising Sun Road
Bordentown, NJ  08505

Brian D. Sullivan, President
**Appalachia Coal Sales Company, Inc. dba
Massey Industrial Sales**
One Alpha Place, P. O. Box 16429
Bristol, VA  24202

Enrique Santacana, President
**ABB Inc. dba Lorentzen & Wettre USA
Inc.**
12040 Regency Pkwy
Cary, NC  27518

Patricia C. Hayn, RegAgt/Principal
**CPM Colchester LLC**
31 Sashel Lane
Colchester, CT  06415

David A. Jacobucci, RegAgt/Officer
**Reliability Equipment, LLC**
4539 Crooked Creek Ln.
Oneida, WI  54155

Michael S. Wilquet, RegAgt/Owner
**Reliable Parts Specialist, LLC**
W3152 Krueger Rd.
Seymour, WI  54165

Patrick F. Herlihy, Chief Executive Officer
**Rencor Controls, Inc.**
21 Sullivan Pkwy
Fort Edward, NY  12828

Dean Popish, RegAgt/President
**Renewal Compounds, Inc.**
1099 Brown St., Suite 107
Wauconda, IL  60084

Thomas Sonntag, Officer
**Resource One International, LLC**
2225 Bohm Drive
Little Chute, WI  54140

Vicki Nash, Esq.
North & Nash, LLP
2 Park Plaza, Suite 1020
Irvine, CA  92614
(Counsel for **Resources Global
Professionals**)

Officer, Managing Agent, Or General Agent
**Retirement Insurance Fund**
1205 Ludington St.
Escanaba, MI  49829

Jean St-Gelais, President
**Revenu Quebec**
3800, rue de Marly
Sainte-Foy, QC  G1X 4A5

Jeremy Fischer
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME  04101
(Counsel for **Richard Carrier Trucking,
Inc.**)

Richard Dupuis, President
**Richard Dupuis Logging Inc.**
107 Thompson Rd.
Groveton, NH  03582

Officer, Managing Agent, Or General Agent
**Richard Gauger**
827 4th Ave. NE
Waseca, MN  56093

Robert Gensburg
Gensburg, Atwell and Greaves
P.O. Box 248
St. Johnsbury, VT  05819
(Counsel for **Richard Riendeau**)

Nicholas Kennedy
McGuire Woods LLP
901 East Cary Street
Richmond, VA  23219
(Counsel for **Richard T. Young, Trustee**)

Officer, Managing Agent, Or General Agent
**Rick Thompson**
N20913 County Road D
Ettrick, WI  54627

Nancy L. Ritchie, RegAgt/Principal
**Ritchie-Lakeland Oil Co., Inc.**
8783 Hansen Rd.
Minocqua, WI  54548

Michael Lambert
Kummer, Lambert, Fox & Glandt, LLP
927-A South 8th Street
Manitowoc, WI 54221
(Counsel for **R & J Transport, Inc.**)

Amy Baudler
Purdue Awsumb & Baudler P.A.
4700 West 77th Street, Suite 240
Minneapolis, MN  55435
(Counsel for **Road Machinery & Supplies Co.**)

John Cirilli
Cirilli Law Offices, S.C
116 E. Davenport Street
Rhinelander, WI 54501
(Counsel for **Robert Taylor**)

Claude Robert, President
**Robert Transport**
cp 39
Rougemont, QC  J0L 1M0

William W. Destler, President
**Rochester Institute of Technology**
1 Lamb Memorial Dr.
Rochester, NY  14623

Ms. Rodney Hix, Owner
**Rodney Hix Forest Products**
324 Freiburger Ave.
Antigo, WI 54409

Craig Helmreich, Esq.
Scopelitis, Garvin, Light, Hanson & Feary
10 W. Market Street, Ste 1500
Indianapolis, IN 46204
(Counsel for **Roehl Transport, Inc.**)

Officer, Managing Agent, Or General Agent
**Ronald J. Zerr**
787 Hackamore Ln.
Berkeley Springs, WV 25411

Tanya Bruder
Spangler Nodolf Bruder & Klinkhammer, LLC
4410 Golf Terrace, Suite 120
Eau Claire, WI  54702
(Counsel for **Ron Olynick, LLC dba Ronald Olynick LLC**)

Marcie Lee Solum, RegAgt/Principal
**Rose Marie, Incorporated**
7404 Wall Street
Schofield, WI 54476

Officer, Managing Agent, Or General Agent
**Roy Fulkerson**
876 Rochester Rd.
Beaver Dam, KY 42320

Richard Adams, Officer
**R. P. Adams Co. Inc.**
225 E. Park Drive
Buffalo, NY  14240

Ron Shamion, Sr., President
**R and R Shamion Trucking Inc.**
653 Sunset Lake Road
Iron River, MI  49935

Regan Haines
Curtis Thaxter
One Canal Plaza, Suite 1000
Portland, ME  04112
(Counsel for **Rumford Falls Hydro LLC**)

Brian Hedges, President
**Russel Metals Williams Bahcall Inc.**
999 West Armour Avenue
Milwaukee, WI  53221

Russell Riendeau, RegAgt/President
**Russell Riendeau & Sons, Inc.**
60 Town Farm Rd.
Lyndonville, VT  05851

Julie Vetort, Principal
**R.V. Forest Products, LLC**
N307 Hood St.
Stephenson, MI  49887

Kevin Cappock, Chief Executive Officer
**S.A.L.T. Payroll Consultants, Inc.**
4300 W. Cypress St., Suite 350
Tampa, FL  33607

Daniel Bradford
Law Office of Daniel W. Bradford
4911 East 56th Street
Indianapolis, IN  46220
(Counsel for **Same Day Transportation, Inc.**)

Jonathan I. Mishkin, Partner
**Sanabe & Associates, LLC**
1120 Avenue of the Americas, 4th Floor
New York, NY  10036

Officer, Managing Agent, Or General Agent
**Savcor Forest Inc.**
102-18940 94th Ave.
Surrey, BC  V4N 4X5

Joyce Leary Clark
Scarborough Legal Center
153 US Route One, Suite 14
Scarborough, ME  04070
(Counsel for **S.D.I. Inc.**)

David A. North, President
**Sedgwick Claims Management Services, Inc.**
1100 Ridgeway Loop Road, 2nd Floor
Memphis, TN  38120-4053

Tsuyoshi Okano, President
**Sekisui Specialty Chemicals America, LLC**
1501 Lyndon B. Johnson Freeway, Suite 520
Dallas, TX  75234

Robert W. Brown, Principal
**Service Equipment & Repair Company, L.L.C. dba SERCO**
2122 Flanacher Rd.
Zachary, LA  70791

Jeffrey Pope, President
**F. W. Webb Company fdba Sev Holding, Inc. and Sevco, Inc.**
160 Middlesex Turnpike
Bedford, MA  01730

Martin Leavitt
Sullivan & Leavitt, P.C.
22375 Haggerty Road
Novi, MI  48375
(Counsel for **SGT 2000 Inc.**)

Ronald W. Oakley, President
**Shaw Environmental & Infrastructure International, LLC fdba Shaw Environmental & Infrastructure International, Inc. dba Shaw E&I Inc.**
4171 Essen Lane
Baton Rouge, LA  70809

Mark Hanafin, Chief Executive Officer
**Shell Energy North America (US), L.P. dba**
**Shell Energy North America LP**
910 Louisiana Street, Suite 259
Houston, TX  77002

Jeffrey Lopez, Principal
**Shindler Tire Recycling LLC**
2836 N. 32nd St.
Milwaukee, WI 53215

Peter Pantaleo
Simpson, Thacher & Bartlett
425 Lexington Avenue, 12th Floor
New York, NY  10017
(Counsel for **Simpson Thacher & Bartlett**
**LLP**)

Sona Jakubowski, Owner
**S. J. Forest Products Inc.**
1415 16th Ave.
Arkdale, WI 54613

Steven Dumont, President
**SMD Metal Fabrication**
12 Winterbrook Road
Mechanic Falls, ME  04256

Dan Bowes, Principal
**Smp Resources Inc.**
75 Huron St.
Sault Ste Marie, ON  P6A 5P4

Gary Ginnard, RegAgt/Officer
**The Snow Owl Outdoor Club**
157 Mornington Court
Canton, MI  48188

Kelly Stohr
Bell Moore & Richter, SC
44 East Mifflin Street, Suite 1000
Madison, WI  53703
(Counsel for **Solarus**)

Roger Harper, Officer
**Southern Maintenance Contractor, LLC**
1240 Carver Road
Griffin, GA  30224

Officer, Managing Agent, Or General Agent
**Southern Specialty Services, Inc.**
P.O. Box 217
Star City, AR  71667

Edward James, Chief Executive Officer
**Southern Specialty Services, Inc.**
8424 Wallace Tatum Road
Cumming, GA  30028

Adam M. Lefebvre, President
**Specialty Promotions, Inc. dba Specialty**
**Print Communications**
100 Longmeadow Road
Winnetka, IL  60093

Lawrence A. Stern, RegAgt/President
**Standard Electric Supply Co.**
222 North Emmber Lane
Milwaukee, WI  53233

Richard Stanley, President
**Stanley Elevator Company, Inc.**
9 Henry Clay Drive
Merrimack, NH  03054

William Edwards
Stantec Consulting Services, Inc.
5 Dartmouth Drive, Suite 1
Auburn, NH  03032
(Counsel for **Stantec Consulting Services**
**Inc.**)

Ronald L. Sargent, Chief Executive Officer
**Staples, Inc. dba Staples National**
**Advantage**
500 Staples Drive
Framingham, MA  01702

Daniel Guay
Guay & Associates
582 rue Principale
Lachute, QU  J8H 1Y7
(Counsel for **Transport STCH dba STCH**)

Bethany Reichard
Holbrook Akel Cold Stiefel & Ray, P.A.
One Independent Dr. Suite 2301
Jacksonville, FL  32202
(Counsel for **Steam-Path Solutions, Inc.**)

Lynnette St. John-Stein, Officer
**Stein Services**
W1235 County Road 400
Bark River, MI  49807

Maria Sawczuk
Stevens & Lee, P.C.
1105 North Market Street, Suite 700
Wilmington, DE  19801
(Local Counsel for **St. Hilaire Contractors, Inc.**)

Ted Small
Isaacson & Raymond, P.A.
75 Park Street, P.O. Box 891
Lewiston, ME  04243
(Counsel for **St. Hilaire Contractors, Inc.**)

Jean Anne McLeod, Principal
**Stikeman Elliott, LLP**
5300 Commerce Court West, 199 Bay Street
Toronto, ON  M5L 1B9

Michael Marziale, Principal
**Strategic Analysts, LLC**
251 W. Central Avenue, #301
Springboro, OH  45066

Vladimir Wojnar, Principal
**Subsurface Exploration Services, LLC**
2900 Lowell Drive
Green Bay, WI  54311-8305

Kelly McDonald
Murray, Plump & Murray
75 Pearl St.
Portland, ME  04104
(Counsel for **Sullivan and Merritt Constructors, Inc.**)

Angelina Pargoff Staffor
Doherty, Wallace, Pillsbury and Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA  01144
(Counsel for **Sullivan Consolidation, Inc.**)

Richard Bernard
Foley & Lardner LLP
90 Park Ave.
New York, NY  10016
(Counsel for **Sulzer Process Pumps (US) Inc.**)

David Gray, President
**Sun Machinery Co., Inc.**
206 2 Notch Road
Lexington, SC  29073

John Mueller, Esq.
Harter Secrest & Emery LLP
12 Fountain Plaza, Suite 400
Buffalo, NY  14202
(Counsel for **Horizon Solutions LLC and supplyFORCE**)

John Eggleton, President
**SupplyFORCE.com, LLC; and State Electric Supply Company**
650 Park Avenue, Suite 200
King of Prussia, PA  19406

Dale Swift, Owner
**Dale Swift dba Swift Environmental**
1176 Spring Road
Almo, KY  42020

Jim Ketter, Chief Executive Officer
**T & A Industrial, Ltd. dba T & A**
**Industrial Distributors**
12550 Robin Lane
Brookfield, WI  53005

Raymond Fabius, President
**Take Care Health Systems, Inc.**
205 Miller Springs Court
Kingfield, TN  37064

Karen Nichols, Owner
**Tall Timber Logging Inc.**
6035 Lunds Road
Fence, WI  54120

Gregg Steinhafel, President
**Target Corporation**
1000 Nicollet Mall
Minneapolis, MN  55403

Peter Cary
MittelAsen, LLC
85 Exchange Street
Portland, ME  04101
(Counsel for **Ted Berry Company, Inc.**)

Stephen Dexter, Esq.
Lathrop & Gage LLP
950 17th Street, Suite 2400
Denver, CO  80202
(Counsel for **Teksystems, Inc. (Maryland)**
**dba Teksystems**)

Rob Graham, Principal
**Telstar Technical Service, Inc. dba Telstar**
**Tech Inc.**
440 Mountainside Dr.
Turner, ME  04282

Cara Hurak
Graydon Head & Ritchey LLP
1900 Fifth Third Center, 511 Walnut Street
Cincinnati, OH  45202
(Counsel for **Temco, Inc.**)

Brent M. Coatney, Chief Executive Officer
**Terminal Transport, Inc.**
2982 Cleveland Ave. N.
Roseville, MN  55113

Patricia Palecek, President
**Terry Palecek, Inc.**
83005 County Road F
Butternut, WI  54514

Daniel Germain, President
**Tesa Tape, Inc.**
5825 Carnegie Blvd.
Charlotte, NC  28209

Robert Ploetz, Vice President
**Texpar Energy, L.L.C.**
920 10th Avenue North
Onalaska, WI  54650

Ben Cooper, Principal
**The Print Council**
701 8th St. NW, Ste. 500
Washington, DC  20001

Annie Catmull
Hoover Slovacek LLP
5847 San Felipe, Suite 2200
Houston, TX  77057
(Counsel for **The Sinclair Group, Ltd.**)

Mary Fullington, Esq.
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, KY  40507
(Counsel for **Thermal Equipment Sales,**
**Inc.**)

Joshua Dow
Pearce & Dow, LLC
Two Monument Square, Suite 901
Portland, ME  04112
(Counsel for **Thomas N & E Jean Richards**
**dba Thomas N. Richards & Son Logging**)

Tim Robinson
Dinsmore & Shohl LLP
191 West Nationwide Road, Suite 300
Columbus, OH  43215
(Counsel for **Timco Products, Inc.**)

Officer, Managing Agent, Or General Agent
**Timothy J. Chick**
260 Libby Ave.
Gorham, ME  04038

Mark Kohler, President
**Terrasource Global Corporaiton dba
Gundlach Equipment Corporation fka T J
Gundlach Machine Company**
1 Batesville Boulevard
Batesville, IN  47006

Daryl Joy, RegAgt/Owner
**Tom Joy and Son, Inc.**
970 Frontage Road
Peshtigo, WI  54157

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1105 N. Market Street, Suite 1050
Wilmington, DE  19899
(Counsel for **Tomar, Inc.**)

Ken Oaks, Chief Executive Officer
**Total Quality Logistics, Inc.**
4289 Ivy Pointe Blvd.
Cincinnati, OH  45245

Jacob Thomson
Towers Watson
Centre Square East, 1500 Market Street
Philadelphia, PA  19102
(Counsel for **Towers Watson Delaware Inc.**)

Russ Watterson
TransForce, Inc.
6143 South Willow Drive, Suite 320
Greenwood Village, CO  80111
(Counsel for **Transport Besner Inc.**)

Cecil Lucy
Law Office of Cecil B. Lucy
400 East Randolph Street, Suite 705
Chicago, IL  60601
(Counsel for **Transport Link Corporation**)

Charles Decrow, Chief Executive Officer
**Trask-Decrow Machinery, Inc.**
52 US Route 1
Scarborough, ME  04074

Dean Beaupain
Law Offices of Dean A. Beaupain, LLC
780 Central Street - P.O. Box 480
Millinocket, ME  04462
(Counsel for **T.R. Dillon Logging, Inc.**)

Brian Meldrum
Stites & Harbison
400 West Market Street, Suite 1800
Louisville, KY  40202
(Counsel for **Triangle Enterprises, Inc.**)

Mike Hodgins
Bernstein Shur
100 Middle Street
Portland, ME  04104
(Counsel for **Trico Mechanical Contractors,
Inc.**)

Bill Singer, President
**Tri-State Industrial Solutions, Inc.**
2701 Beale Ave.
Altoona, PA  16601

Terrence Byrne
Byrne & Krautkramer Law Office
115 Forest Street, P. O. Box 1566
Wausau, WI  54402
(Counsel for **Tritz Forest Products LLC**)

Thomas Duffy, RegAgt/President
**T Square of North America, Inc. dba T
Square, Inc.**
8334 Pineville Mathews Road, Suite 103-201
Charlotte, NC  28226

Troy Dunphy, President
**T.T. Dunphy, Inc.**
56 Hannahs Way
North Anson, ME  04958

Alan G. Gauvain, President
**Turbogen Consultants, Inc.**
78 S. Trooper Rd.
Norristown, PA  19403

Jason Potter
Wright, Constable & Skeen, LLP
100 North Charles Street, 16th Floor
Baltimore, MD  21201
(Counsel for **Two-Way Radio Service, Inc. dba TWR Communications**)

Lucas Hammonds
Sills Cummis & Gross, P.C.
One Riverfront Plaza
Newark, New Jersey, NJ  07102
(Counsel for **TW Telecom Inc.**)

Randall J. Hogan, Chief Executive Officer
**Pentair Vales & Controls US LP fdba Tyco Vales & Controls LP**
10707 Clay Rd., Suite 200
Houston, TX  77041

David M. Ullrich, RegAgt/Principal
**Ullrich Logging, LLC**
14919 Hatchery Lane
Lakewood, WI  54138

Corey Holloway, Managing Partner
**Ultimate Industrial Solutions LLC**
17 Hamill Ave.
Bloomington, MD  21523

Merrilee MacLean, Esq.
Hanson Baker
2229 112th Avenue NE, Suite 200
Bellevue, WA  98004
(Counsel for **Univar USA Inc.**)

John W. Tyner, RegAgt/Owner
**U. S. Blades, LLC**
2205 Enterprise Dr.
Florence, SC  29501

Kenneth R. Meyers, President
**United States Cellular Corporation dba U.S. Cellular**
8410 W. Bryn Mawr, Suite 700
Chicago, IL  60631-3486

Michael Levin, Esq.
Barger & Wolen LLP
10 East, 40th Street, 40th Floor
New York, NY  10016
(Counsel for **U.S. Security Associates, Inc.**)

David Cranshaw, Esq.
Morris, Manning & Martin, LLP
3343 Peachtree Road, N.E.
Atlanta, GA  30326
(Counsel for **Valencia Tree LLC**)

Mike Chase, President
**Valley Roller Company, Inc.**
N257 Stoney Brook Rd.
Appleton, WI  54915

David Fenlon
Hanaway Ross, S.C.
345 South Jefferson Street
Green Bay, WI  54301
(Counsel for **Valley Trucking, LLC**)

Orville Pebley, Chief Executive Officer
**Van Bergen and Markson, Inc.**
8814 7th Avenue North
Minneapolis, MN  55427

Thomas Weiers, Jr.
Thomas E. Weiers Jr. Attorney at Law
4848 Route 8
Pittsburgh, PA  15101
(Counsel for **Versitech, Inc.**)

Nicole Wasylkiw, Esq.
Vision Service Plan
3333 Quality Drive
Rancho Cordova, CA  95670
(Counsel for **Vision Service Plan**)

Rakesh Mohan, RegAgt/Officer
**VisionTech Automation LLC**
6682 Weston Circle West
Dublin, OH  43016

Derek Volk, President
**Volk Packaging Corporation**
11 Morin Street
Biddeford, ME  04005

Rick Volkmann, President
**Volkmann Railroad Builders, Inc.**
14625 W. Kaul Avenue
Menomonee Falls, WI  53051

Mike Walker, President
**Walker Industrial Services Inc.**
29 Pennell Street
Skowhegan, ME  04976

John W. Yoder, RegAgt/President
**Walter N. Yoder & Sons, Inc.**
McMullen Highway, P. O. Box 1337
Cumberland, MD  21502

Leila Pilhofer, President
**Walter Pilhofer Trucking, Inc.**
14743 West 1st Avenue
Gleason, WI  54435

Michael E. Fleming, Chief Executive Officer
**Waste Management of Minnesota, Inc. dba
Waste Management of Northern MN**
1001 Fannin, Suite 4000
Houston, TX  77002-9711

Bruce Waugh, Officer
**Waugh's Mountain View Electric Inc.**
246 Roxbury Road
Mexico, ME  04257

Vern L. McElhaney, RegAgt/President
**Wausau Hydraulics and Machine, Inc.**
500 Western Road
Schofield, WI  54476

Wayne Tracy, Principal
**Wayne Transportation, LLC**
4457 Menominee Street
Wisconsin Rapids, WI  54494

Carla Andres
Godfrey & Kahn, S.C.
200 South Washington Street, Suite 100
Green Bay, WI  54301
(Counsel for **Webcrafters, Inc.**)

Gale E. Klappa, President
**Wisconsin Energy Corporation dba WE
Energies**
231 W. Michigan Street, P240
Milwaukee, WI  53203

W. Warner, Chief Executive Officer
**Aquilex Corporation fdba Welding
Services Inc.**
3344 Peachtree Road N.E., Suite 2100
Atlanta, GA  30326

Ryan Zanin, Officer
**Wells Fargo Securities, LLC**
One Wachovia Center, 301 S. College Street
Charlotte, NC  28202

Sara Nasseri
Blakeley & Blakeley
2 Park Plaza Suite 400
Irvine, CA  92614
(Counsel for **West Fraser Timber Co. Ltd.**)

Henry Hohorst, Officer
**WTNN, Inc. dba West Tennessee Railroad
Corp.**
11 East Church Street
Sea Bright, NJ  07760

D. Stephen Sorensen, Chief Executive Officer
**Westaff (USA), Inc.**
3820 State Street
Santa Barbara, CA  93105

Paul Wieck, President
**Western Express, Inc.**
7135 Centennial Place
Nashville, TN  37209

John M. Dunn, President
**Western Michigan University**
4601 Campus Drive, Suite A217
Kalamazoo, MI  49008

Jouni Matula, Chief Executive Officer
**Wetend Technologies Ltd.**
Kaartilantie 7, FIN-57230, Savonlinna,
FINLAND
,

Walter L. Gravois, Jr., RegAgt/Officer
**W. Gravois, LLC**
37438 Prairie Drive
Prairieville, LA  70769

Pete Castiglione, Chief Executive Officer
**Whertec, Inc.**
1543 Kingsley Avenue, Building #6
Orange Park, FL  32073

Russel Burgin
Law Office of Russel W. Burgin
1249 South Main Street, Suite 3
London, KY  40743
(Counsel for **White Oak Stave, Inc.)**

Piers Kenyon, President
**William Kenyon & Sons Inc.**
90 Ethel Road West
Piscataway, NJ  08854

Officer, Managing Agent, Or General Agent
**William L. McDonough**
123 Glenwood Drive
Bangor, ME  04401

David Franasiak, Principal
**Williams & Jensen, PLLC**
701 8th Street NW, Suite 500
Washington, DC  20001

Don Niemela, President
**Williams Parts & Supply Co.**
720 Lake Linden Avenue
Laurium, MI  49913

Carl Rehmer, President
**Williams Patent Crusher and Pulverizer Company**
2701 North Broadway
Saint Louis, MO  63102

Karlene Aiken
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(Counsel for **Wilmer Cutler Pickering Hale and Dorr, LLP)**

Brandon Tittle
Winstead PC
500 Winstead Building, 2728 N. Harwood Street
Dallas, TX  75201
(Counsel for **Winstead PC)**

Michael Barron, Esq.
Fletcher & Sippel
29 North Wacker Drive
Chicago, IL  60606
(Counsel for **Wisconsin Central Ltd.)**

Jeffrey Musser, President
**W.M. Wagner Sales Co., Inc.**
1723 Westbranch Highway
Winfield, PA  17889

Neil Vill, President
**World Data Products, Inc.**
121 Cheshire Lane, Suite 100
Minnetonka, MN  55305

Howard Kamerer, President
**Wow Logistics Company**
3040 W. Wisconsin Avenue
Appleton, WI  54914

Kirk Weiler, President
**Wright Express Financial Services
Corporation**
97 Darling Avenue South
South Portland, ME  04105

William Gardner, President
**William T. Gardner & Sons, Inc. aka W. T.
Gardner & Sons, Inc.**
I95 Access Road
Lincoln, ME  04457

James LaMontagne, Esq.
Sheehan Phinney Bass & Green
1000 Elm Street, PO Box 3701
Manchester, NH  03105
(Counsel for **WTG-TTS, LLC dba WTG
Logistics-USD)**

Mark Ralston
Estes Okon Thorne & Carr PLLC
3500 Maple Avenue, Suite 1100
Dallas, TX  75219
(Counsel for **Xerox Corporation**)

John Kostelnik, Esq.
Frantz Ward, LLP
2500 Key Center, 127 Public Square
Cleveland, OH  44114
(Counsel for **YRC Inc.**)

James C. Zampell, RegAgt/President
**Zampell Refractories, Inc.**
3 Stanley Tucker Drive
Newburyport, MA  01950

Dane Bays, Esq.
Bays Law Offices, P.C.
109 East Prospect Street
Marquette, MI  49855
(Counsel for **Z & R Electric Service, Inc.**)