IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| NEWPAGE CORPORATION, et al., | : Case No. 11-12804 (KG) |
| | : Jointly Administered |
| Reorganized Debtors.[1] | : Related Docket No. 4390 |

## AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 16, 2013, AT 2:00 P.M.

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

## CONTINUED MATTERS:

1.  Debtors' Fourteenth Omnibus Objection, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to Certain (I) Overstated Claims and (II) Overstated Claims Filed Against the Wrong Debtor (Substantive) (Docket No. 2137, 08/10/12).

    Response Deadline: September 4, 2012, at 4:00 p.m.

    Responses:

    A.  James E. Mott's Response to Debtors' Fourteenth Omnibus Objection to Certain Claims (Docket No. 2242, 09/4/12).

    Related Documents:

    A.  Notice of Submission of Proofs of Claim in Connection with Debtors' Fourteenth and Fifteenth Omnibus Objection to Claims (Substantive) (Docket No. 2223, 08/28/12).

    B.  [Signed] Order Granting Debtors' Fourteenth Omnibus Objection and Modifying and Allowing Certain (I) Overstated Claims and (II) Overstated Wrong Debtor Claims (Substantive) (Docket No. 2322, 09/13/12).

---

[1] The Reorganized Debtors are: Chillicothe Paper Inc. (6154), Escanaba Paper Company (5598), Luke Paper Company (6265), NewPage Consolidated Papers Inc. (8330), NewPage Corporation (6156), NewPage Energy Services LLC (1838), NewPage Wisconsin System Inc. (3332), Rumford Paper Company (0427), Upland Resources, Inc. (2996), and Wickliffe Paper Company LLC (8293). The Reorganized Debtors' corporate headquarters is located at 8540 Gander Creek Drive, Miamisburg, OH 45342.

    C.    [Second] Order Granting Debtors' Fourteenth Omnibus Objection and Modifying and Allowing Certain (I) Overstated Claims and (II) Overstated Wrong Debtor Claims (Substantive) (Docket No. 2510, 10/19/12).

    D.    Notice of Rescheduled Hearing From May 7, 2013, at 3:00 p.m. to May 10, 2013, at 2:00 p.m. (Docket No. 3322, 04/12/13).

<u>Status:</u> The requested relief has previously been entered except with respect to respondent James E. Mott. With respect to response A. and James E. Mott, this matter will be continued to the omnibus hearing scheduled for November 13, 2013, at 2:00 p.m.

2.    Debtors Fifteenth Omnibus Objection, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to Certain (I) No Liability Claims, (II) Duplicative Debt Claims, (III) Misclassified Claims, and (IV) Misclassified Claims Filed Against the Wrong Debtor (Substantive). (Docket No. 2138, 08/10/12).

<u>Response Deadline:</u> September 4, 2012, at 4:00 p.m. Extended to September 6, 2012, at 4:00 p.m. for Weyerhaeuser Company (Claim 2282). Extended to November 20, 2012, at 4:00 p.m. for Terry Vanden Berg (Claim 2370).

<u>Responses:</u> None to date.

<u>Related Documents:</u>

    A.    Notice of Submission of Proofs of Claim in Connection with Debtors' Fourteenth and Fifteenth Omnibus Objection to Claims (Substantive) (Docket No. 2223, 08/28/12).

    B.    Notice of Corrected Schedules (Docket No. 2244, 09/04/12).

    C.    [Signed] Order Granting Debtors' Fifteenth Omnibus Objection and (I) Disallowing and Expunging No Liability Claims and Duplicate Debt Claims, (II) Reclassifying Misclassified Claims, and (III) Reclassifying and Redesignating Misclassified Wrong Debtor Claims (Substantive) (Docket No. 2323, 09/13/12).

    D.    [Second] Order Granting Debtors Fifteenth Omnibus Objection and (I) Disallowing and Expunging No Liability Claims and Duplicate Debt Claims, (II) Reclassifying Misclassified Claims and (III)Reclassifying and Redesignating Misclassified Wrong Debtor Claims (Substantive) (Docket No. 2502, 10/19/12).

    E.    [Third] Order Granting Debtors' Fifteenth Omnibus Objection and (I) Disallowing and Expunging No Liability Claims and Duplicate Debt Claims, (II) Reclassifying Misclassified Claims, and (III) Reclassifying and Redesignating Misclassified Wrong Debtor Claims (Substantive) (Docket No. 2978, 12/19/12).

F.  Notice of Rescheduled Hearing from May 7, 2013, at 3:00 p.m. to May 10, 2013, at 2:00 p.m. (Docket No. 3322, 04/12/13).

Status: The requested relief has previously been entered except with respect to Terry J. Vanden Berg. With respect to Terry J. Vanden Berg, this matter will be continued to the omnibus hearing scheduled for November 13, 2013, at 2:00 p.m.

3.  Debtors' Twenty-First Omnibus Objection, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 to Claims (Substantive) (Docket No. 2560, 10/26/12).

    Response Deadline: November 20, 2012, at 4:00 p.m.

    Responses:

    A.  Millis Transfer, Inc.'s Response to Debtors' Twenty-First (Substantive) Omnibus Objection (Docket No. 2717, 11/20/12).

    Related Documents:

    A.  Corrected Notice of Submission of Proofs of Claim in Connection with Debtors' Twenty-First and Twenty-Second Omnibus Objection to Claims (Substantive) (Docket No. 2687, 11/15/12).

    B.  Order Granting Debtors' Twenty-First Omnibus Objection and (I) Disallowing and Expunging (A) No Liability Claims and (B) No Liability Tax Claims, (II) Reclassifying Misclassified Claims, (III) Reclassifying and Redesignating Misclassified Wrong Debtor Claims, (IV) Reducing Overstated Claims, (V) Reducing and Redesignating Overstated Wrong Debtor Claims, and (VI) Reducing and Reclassifying Overstated Misclassified Claims (Substantive) (Docket No. 2922, 12/13/12).

    C.  Second Order Granting Debtors' Twenty First Omnibus Objection and (I) Disallowing and Expunging (A) No Liability Claims and (B No Liability Tax Claims, (II) Reclassifying Misclassified Claims, (III) Reclassifying and Redesignating Misclassified Wrong Debtor Claims, (IV) Reducing Overstated Claims, (V) Reducing and Redesignating Overstated Wrong Debtor Claims, and (VI) Reducing and Reclassifying Overstated Misclassified Claims (Substantive)(Docket No. 2979, 12/19/12).

    D.  Notice of Rescheduled Hearing from May 7, 2013, at 3:00 p.m. to May 10, 2013, at 2:00 p.m. (Docket No. 3322, 04/12/13).

    E.  [signed] Order Resolving (I) Debtors' Twenty-First Omnibus Objection, (II) Debtors' Twenty-Second Omnibus Objection, and (III) 503(B)(9) Notice as Pertaining to Claims Filed by M.L. Smith, Jr., LLC (Entered September 16, 2013, Docket No. 4346)

<u>Status:</u>  The requested relief has previously been entered except with respect to (a) response A. of Millis Transfer, Inc., and (b) Andritz, Inc.  With respect to Millis Transfer, Inc., and Andritz, Inc., this matter will be continued to the omnibus hearing scheduled for November 13, 2013, at 2:00 p.m.

4. Thirty-Sixth Omnibus (Substantive) Objection to Claims by Litigation Trustee Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Docket No. 4352, 9/16/13).

   <u>Response Deadline:</u>  September 30, 2013, at 4:00 p.m.

   <u>Responses:</u>  Informal responses received from National Starch LLC, Corn Products International Inc. and General Chemical Performance Products LLC.

   **A.    Objection of Hydrite Chemical Co. (Docket No. 4391, 10/11/13)**

   <u>Related Documents:</u>

   A. Certification of Counsel Regarding Order Sustaining Thirty-Sixth Omnibus (Substantive) Objection to Claims by Litigation Trustee Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Docket No. 4384, 10/7/13).

   B. [signed] Order Sustaining Thirty-Sixth Omnibus (Substantive) Objection to Claims by Litigation Trustee Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered October 8, 2013; Docket No. 4385).

   C. **Certification of Counsel Regarding Amended Order Sustaining Thirty-Sixth Omnibus (Substantive) Objection to Claims by Litigation Trustee Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007 (Filed October 15, 2013; Docket No. 4397).**

   <u>Status:</u>  The requested relief has previously been granted except with respect to National Starch LLC, Corn Products International Inc., and General Chemical Performance Products LLC.  With respect to National Starch LLC, Corn Products International Inc., and General Chemical Performance Products LLC this matter will be continued to the omnibus hearing scheduled for November 13, 2013, at 2:00 p.m.  **The Litigation Trustee has filed a certification of counsel addressing Item A, the response of Hydrite Chemical Co., and the Objection is bring adjourned with respect to claims held by Hydrite Chemical Co. to the omnibus hearing scheduled for November 13, 2013 ,at 2:00 p.m. (ET).  No hearing is required.**

**CONTINUED PRETRIAL MATTER:**

5.  Amended Complaint re: *MeadWestvaco Corporation, et al. v. New Page Corporation, et al.* (A-12-50775, Docket No. 13, 09/05/12).

    Response Deadline: November 4, 2013, at 4:00 p.m.

    Related Documents:

    A.  Complaint re: *MeadWestvaco Corporation, et al. v. New Page Corporation, et al.* (A-12-50775, Docket No. 1, 06/21/12).

    B.  [signed] Order Further Extending Defendants' Time to Respond to Amended Complaint (Entered September 5, 2013, A-12-50775, Docket No. 53).

    Status: This matter is continued to November 13, 2013, at 2:00 p.m.

**MATTERS WITH CERTIFICATION OF NO OBJECTION AND CERTIFICATION OF COUNSEL TO BE FILED:**

6.  Debtors' Thirty-Fifth Omnibus Objection to Claims of Precision Machine, Inc. and Collier Electric, Inc. (Substantive) (Docket No. 4349, 9/16/13).

    Response Deadline: October 9, 2013, at 4:00 p.m.

    Responses: None to date.

    Related Documents:

    A.  Notice of Submission of Proofs of Claim in Connection with Debtors' Thirty-Fifth Omnibus Objection to Claims of Precision Machine, Inc. and Collier Electric, Inc. (Substantive) and Reorganized Debtors' Objection to the Asserted Priority Claim in Claim 2634 filed by Wisconsin Department of Revenue (Docket No. 4379, 10/02/13)

    B.  Certification of No Objection (Docket No. **4393, 10/11/13**)

    Status: The Reorganized Debtors **have filed** a Certification of No Objection with the Court.

7.  Reorganized Debtors' Objection, Pursuant to Sections 105 and 502 of the Bankruptcy Code and Bankruptcy Rule 3007, to the Asserted Priority Claim in Claim 2634 filed by Wisconsin Department of Revenue (Docket No. 4350, 9/16/13).

    Response Deadline: October 9, 2013, at 4:00 p.m.

    Responses: None to date.

5

Related Documents:

A. Notice of Submission of Proofs of Claim in Connection with Debtors' Thirty-Fifth Omnibus Objection to Claims of Precision Machine, Inc. and Collier Electric, Inc. (Substantive) and Reorganized Debtors' Objection to the Asserted Priority Claim in Claim 2634 filed by Wisconsin Department of Revenue (Docket No. 4379, 10/02/13)

B. Certification of Counsel with Respect to Revised Order (Docket No.**4394, 10/11/13**)

Status: The Reorganized Debtors **have filed** a Revised Order under Certification Counsel.

## CONTESTED MATTERS:

8. Motion of Litigation Trustee for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Commenced by Litigation Trustee Pursuant to Sections 502, 547 and 550 of the Bankruptcy Code (Docket No. 4343, 9/13/13).

Response Deadline: September 27, 2013, at 4:00 p.m.

Responses:

A. Objection of Formosa Plastics Corporation, U.S.A., SupplyFORCE.com, LLC, SKF USA Inc. and BNSF Railway Company (Docket No. 4372, 9/27/13).

B. Sanabe & Associates, LLC's Joinder in Objection of Formosa Plastics Corporation, U.S.A., SupplyFORCE.com, LLC, SKF USA Inc. and BNSF Railway Company (Docket No. 4374, 9/27/13)

   **Status: This Objection has been resolved.**

C. Paprima Industries Inc.'s Limited Objection and Partial Joinder in Objection of Formosa Plastics Corporation, U.S.A., *et al.* (Docket No. 4375, 9/27/13)

   **Status: This Objection has been resolved.**

D. Objection of Niagara Logistics, Inc., Northern Machining & Repair, Inc., Bosk Corporation and A.M. Express, Inc. (Docket No. 4376, 9/27/13)

E. **Objection of Z&R Electrical Service, Inc. and MH Equipment Corporation (Docket No. 7, A-13-51662, 9/27/13) and (Docket No. 5, A-13-51953, 9/27/13)**

**Related Documents:**

A.  **Notice of Withdrawal of Sanabe & Associates, LLC's Joinder in Objection of Formosa Plastics Corporation, U.S.A., SupplyFORCE.com, LLC, SKF USA Inc. and BNSF Railway Company (Docket No. 4392, 10/11/13).**

Status: This matter is going forward.

Dated: October 14, 2013
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Michael R. Seidl*

Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor.
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302.652.4100
Facsimile: 302.652.4400

-and-

Martin J. Bienenstock
Judy G.Z. Liu
Philip M. Abelson
PROSKAUER ROSE LLP
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY 10036-8299
Telephone: 212.969.3000
Facsimile: 212.969.2900

Co-Attorneys for the Reorganized Debtors

DOCS_DE:189975.1 59998/001