IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> **NEWPAGE CORPORATION,** *et al.*,[1] <br><br> Reorganized Debtors. | **Chapter 11** <br><br> **Case No. 11-12804 (KG)** <br><br> **Jointly Administered** |
| **PIRINATE CONSULTING GROUP LLC, AS LITIGATION TRUSTEE OF THE NP CREDITOR LITIGATION TRUST,** <br><br> **PLAINTIFF,** <br><br> VS. <br><br> **DEFENDANTS LISTED ON <u>SCHEDULES 1</u> AND <u>2</u> ATTACHED HERETO.** | Adv. No.: *See* <u>Schedules 1</u> and <u>2</u> <br><br> RE: D.I. 4405 |

**CERTIFICATION OF COUNSEL REGARDING ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY PROCEEDINGS WITH TOTAL AMOUNT IN CONTROVERSY GREATER THAN $75,000 COMMENCED BY LITIGATION TRUSTEE PURSUANT TO SECTIONS 502, 547 AND 550 OF THE BANKRUPTCY CODE**

M. Blake Cleary, of Young Conaway Stargatt & Taylor, LLP, co-counsel for the plaintiff in the above-captioned adversary proceedings (the "<u>Adversary Proceedings</u>") solely as to Adversary Proceedings listed on Schedule 1, and Frederick B. Rosner, of The Rosner Law Group

---

[1] The Reorganized Debtors in these Chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, as applicable, are: Chillicothe Paper Inc. (6154), Escanaba Paper Company (5598), Luke Paper Company (6265), NewPage Canadian Sales LLC (5384), NewPage Consolidated Papers Inc. (8330), NewPage Corporation (6156), NewPage Energy Services LLC (1838), NewPage Group Inc. (2465), NewPage Holding Corporation (6158), NewPage Port Hawkesbury Holding LLC (8330), NewPage Wisconsin System Inc. (3332), Rumford Paper Company (0427), Upland Resources, Inc. (2996), and Wickliffe Paper Company LLC (8293). The Reorganized Debtors' corporate headquarters is located at 8540 Gander Creek Drive, Miamisburg, OH 45342.

LLC, co-counsel for the plaintiff in the above-captioned Adversary Proceedings solely as to Adversary Proceedings listed on Schedule 2, hereby certify as follows:

1. In August and September, 2013, PIRINATE Consulting Group, LLC, the Litigation Trustee (the "Litigation Trustee")[2] of the NP Creditor Litigation Trust (the "Litigation Trust") appointed in the chapter 11 cases of NewPage Corporation and its affiliated reorganized debtors (collectively, the "Reorganized Debtors," and prior to the Effective Date, the "Debtors"), initiated adversary proceedings by filing complaints against various defendants listed in Schedules 1 and 2 (the "Defendants").

2. On September 13, 2013, the Plaintiff filed a procedures motion (the "Procedures Motion") seeking entry of streamlined procedures orders to govern all Adversary Proceedings. [D.I. 4343]. The Procedures Motion sought two separate orders: (i) one for Avoidance Actions with claims less than or equal to $75,000; and (ii) one for Avoidance Actions with claims greater than $75,000.

3. The Procedures Motion also provided a process for Defendants to vote for two additional mediators to the mediation panel, as well as a procedure for Defendants listed on the order for cases with amounts in controversy less than or equal to $75,000 to move to the procedures order for cases with amount in controversy over $75,000. Defendants were allowed to vote for a mediator and/or switch procedure orders up to and through October 23, 2013.

4. A hearing was held on the Procedures Motion on October 16, 2013, at which time certain objections were heard and resolved by the objecting parties and Plaintiff.

5. At the hearing, the Court entered the *Order Establishing Streamlined Procedures Governing Adversary Proceedings With Total Amount In Controversy Greater Than $75,000*

---

[2] Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them as in the Procedures Motion.

*Commenced by the Litigation Trustee Pursuant to Sections 502, 547 and 550 of the Bankruptcy Code* (the "<u>Procedures Motion</u>"). [D.I. 4405]. The Court further directed that, upon the close of the voting period, counsel for Plaintiff would file a certification of counsel containing the final mediator list with the added mediators, as well as a final list of Defendants governed by each procedures order.

6.  Pursuant to the Court's directives, attached hereto as <u>Exhibit D</u> is the finalized list of mediators. Also attached hereto are finalized <u>Schedules 1</u> and <u>2</u>, which contain all Defendants subject to the Procedures Order governing cases that with amounts in controversy greater than $75,000 and those cases under $75,000 that elected to move to this Procedures Order.

[*Remainder of Page Intentionally Left Blank*]

Dated: October 24, 2013
Wilmington, Delaware

| THE ROSNER LAW GROUP LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Frederick B. Rosner<br>Frederick B. Rosner (DE 3995)<br>Scott J. Leonhardt (DE 4885)<br>Julia B. Klein (DE 5189)<br>824 Market Street, Suite 810<br>Wilmington, DE 19801<br>Telephone: (302) 777-1111<br>E-Mail: rosner@teamrosner.com<br>E-Mail: leonhardt@teamrosner.com<br>E-Mail: klein@teamrosner.com<br><br>-and-<br><br>**ASK LLP**<br>Joseph L. Steinfeld, Jr.<br>Gary D. Underdahl<br>Kara E. Casteel,<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN 55121<br>Telephone: (651) 406-9665  ext. 846<br>Fax: (651) 406-9676<br>E-Mail: kcasteel@askllp.com<br><br>-and-<br><br>Edward E. Neiger, Esq.<br>Brigette G. McGrath, Esq.<br>151 West 46th Street, 4th Fl.<br>New York, NY 10036<br>Telephone: (212) 267-7342<br>Fax: (212) 918-3427<br><br>*Co-Counsel To The Litigation Trustee Solely As To Adversary Proceedings Listed On Schedule 2* | /s/  M. Blake Cleary<br>M. Blake Cleary (No. 3614)<br>Michael S. Neiburg (No. 5275)<br>Andrew L. Magaziner (No. 5426)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br><br>-and-<br><br>**PAUL HASTINGS LLP**<br>Luc A. Despins<br>Robert E. Winter<br>Christopher Fong<br>875 15th Street, NW<br>Washington, DC 20005<br>Telephone: (202) 551-1700<br><br><br>*Co-Counsel To The Litigation Trustee Solely As To Adversary Proceedings Listed On Schedule 1* |