IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*<br><br>NEWPAGE CORPORATION, *et al.*,[1]<br><br>      **Reorganized Debtors.** | **Chapter 11**<br><br>**Case No. 11-12804 (KG)**<br><br>**Jointly Administered** |
| **PIRINATE CONSULTING GROUP LLC, AS LITIGATION TRUSTEE OF THE NP CREDITOR LITIGATION TRUST,**<br><br>      **PLAINTIFF,**<br><br>VS.<br><br>**DEFENDANTS LISTED ON SCHEDULE 2 ATTACHED HERETO.** | |

## CERTIFICATE OF SERVICE

I Kara E. Casteel, Esquire, hereby certify that on October 28, 2013 a copy of the ***ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY PROCEEDINGS WITH TOTAL AMOUNT IN CONTROVERSY GREATER THAN $75,000 COMMENCED BY LITIGATION TRUSTEE PURSUANT TO SECTIONS 502, 547 AND 550 OF THE BANKRUPTCY CODE, SCHEDULE 2 AND EXHIBIT "D"*** were caused to be

---

1      The Reorganized Debtors in these Chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, as applicable, are: Chillicothe Paper Inc. (6154), Escanaba Paper Company (5598), Luke Paper Company (6265), NewPage Canadian Sales LLC (5384), NewPage Consolidated Papers Inc. (8330), NewPage Corporation (6156), NewPage Energy Services LLC (1838), NewPage Group Inc. (2465), NewPage Holding Corporation (6158), NewPage Port Hawkesbury Holding LLC (8330), NewPage Wisconsin System Inc. (3332), Rumford Paper Company (0427), Upland Resources, Inc. (2996), and Wickliffe Paper Company LLC (8293). The Reorganized Debtors' corporate headquarters is located at 8540 Gander Creek Drive, Miamisburg, OH 45342.

served on the following via First Class Mail to the persons on the attached service list.

Dated: October 28, 2013

**ASK LLP**

*/s/ Kara E. Casteel*
Joseph L. Steinfeld, Jr.
Gary D. Underdahl
Kara E. Casteel,
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665  ext. 846
Fax: (651) 406-9676
E-Mail: kcasteel@askllp.com

-and-

Edward E. Neiger, Esq.
Brigette G. McGrath, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427

-and-

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
Julia B. Klein (DE 5189)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
E-Mail: rosner@teamrosner.com
E-Mail: leonhardt@teamrosner.com
E-Mail: klein@teamrosner.com

*Co-Counsel  To  The  Litigation  Trustee
Solely As To Adversary Proceedings Listed
On Schedule 2*

## SCHEDULE 2

| Defendant Name | Adv. Pro. Number |
|---|---|
| 3V Inc. | 13-51603 |
| A.M. Express, Inc. | 13-51627 |
| ABB Inc. dba ABB Automation, Inc. | 13-52157 |
| ABB Inc. dba Lorentzen & Wettre USA Inc. | 13-51685 |
| ABB, Inc.; and Cimperman Sales, Inc. | 13-52108 |
| Advanced Industrial Resources, LLC aka Advanced Industrial Resources Inc. | 13-51607 |
| AECOM, Inc. | 13-51611 |
| Airgas Safety, Inc. | 13-51411 |
| Airgas, Inc. | 13-51747 |
| Alfa Laval Inc. | 13-51901 |
| Alpine Machine Co., Inc. | 13-51623 |
| American Express Travel Related Services Company, Inc. | 13-51633 |
| Andrews Logging, LLC | 13-52072 |
| APi Group, Inc. dba APi Construction | 13-51558 |
| Appalachia Coal Sales Company, Inc. dba Massey Industrial Sales | 13-51548 |
| Arkema, Inc. | 13-51458 |
| AstenJohnson Inc. dba AstenJohnson Advanced Fabrics | 13-51891 |
| AstenJohnson Inc. dba Paperchine Inc. | 13-52117 |
| AT&T Corp. | 13-51418 |
| Atlantic Scaffolding Company, LLC | 13-51642 |
| Auburndale Recycling Center, Inc. | 13-51646 |
| B & B Electrical Contractors, Inc. | 13-51465 |
| Bancroft Contracting Corporation | 13-52078 |
| Bastech, LLC | 13-51463 |
| Berger Freight Company, LLC | 13-51926 |
| Bielomatik Jagenberg, Inc. | 13-51467 |
| Blue Line Logistics, Inc. | 13-51471 |
| BNSF Railway Company fdba Burlington Northern Santa Fe Corporation | 13-52034 |
| Boise White Paper, L.L.C. dba Boise Cascade Midwest Woodlands | 13-52045 |
| Bosk Corporation | 13-51561 |
| Brenntag Mid-South, Inc. | 13-51472 |
| BTG IPI, LLC | 13-51663 |
| Buckman Laboratories, Inc. | 13-51664 |
| Burns Industrial Equipment, Inc. | 13-51666 |

| Defendant Name | Adv. Pro. Number |
|---|---|
| C.H. Robinson Worldwide, Inc. | 13-52170 |
| Calender Technical Services, LLC | 13-51667 |
| Canusa Hershman Recycling, LLC | 13-51669 |
| Carl Belt, Inc. | 13-51475 |
| Carolina Starches, LLC | 13-51477 |
| CEM Machine, Inc. | 13-51672 |
| Central Maine Power Company | 13-52035 |
| Challenger Motor Freight, Inc. | 13-51486 |
| Chaput Land Surveys LLC | 13-51937 |
| Chisano Marketing Communications, Inc. | 13-51674 |
| Clariant Corporation | 13-51490 |
| Clean Harbors Environmental Services, Inc. | 13-51676 |
| Clise Coal Company, Inc. | 13-52054 |
| Collier Electrical Service, Inc. | 13-51495 |
| Community Energy Co., Inc and CE Limited Liability Company | 13-51420 |
| Community Insurance Company dba Anthem Blue Cross and Blue Shield | 13-51636 |
| Consolidated Graphics, Inc. | 13-51505 |
| CPM Colchester LLC | 13-51693 |
| Crane Pro Services dba Konecranes, Inc. | 13-51416 |
| CSX Transportation, Inc. | 13-51565 |
| D. & G. Machine Products, Inc. | 13-51689 |
| Dale Swift dba Swift Environmental | 13-51476 |
| David J. Prystash | 13-51510 |
| deBoer Transportation, Inc. | 13-52060 |
| Decatur Industrial Electric, Inc. dba Mt. Vernon Electric, Inc. | 13-51496 |
| DeLack Logging, Inc. | 13-52063 |
| Deublin Company | 13-51902 |
| Diamond Power International, Inc. | 13-51905 |
| Domtar (Canada) Paper Inc. dba Domatar Inc. - Dryden Chinook | 13-51695 |
| Domtar Paper Company, LLC | 13-51698 |
| Dorshorst Trucking & Excavating, LLC | 13-52066 |
| Dresser-Rand Group Inc. dba Dresser Rand Co. | 13-51701 |
| Eastern Elevator Service and Sales Company | 13-51704 |
| Eaton Corporation | 13-51421 |
| ECC Corrosion, Inc. | 13-51519 |
| Edwards Transportation Co. | 13-51520 |
| Electroline Data Communications Inc. | 13-51424 |
| Elite Carriers, LLC | 13-52069 |

| Defendant Name | Adv. Pro. Number |
|---|---|
| Entech, Inc. | 13-51710 |
| Enterprise Systems Group LLC | 13-51715 |
| Ernst & Young LLP | 13-52071 |
| Exxon Mobil Corporation | 13-51426 |
| F. W. Webb Company, dba Kennebec Supply | 13-51526 |
| Fasken Martineau Dumoulin | 13-52085 |
| Fastenal Company | 13-51428 |
| FastLane Americas | 13-51568 |
| FCC Environmental, LLC | 13-51523 |
| FCX Performance, Inc. | 13-51525 |
| FedEx Corporation dba Federal Express | 13-51527 |
| Ferguson Enterprises, Inc. | 13-51530 |
| Ferguson Enterprises, Inc. | 13-51569 |
| Field System Machining, Inc. | 13-51718 |
| Fisher International, Inc. | 13-52087 |
| FLSmidth , Inc. and FL Smidth Salt Lake City, Inc. | 13-51954 |
| Forest Pharmaceuticals, Inc. | 13-51535 |
| Forestweb, Inc. | 13-51720 |
| Formosa Plastics Corporation, U.S.A. | 13-51533 |
| FP-Pigments, Inc. | 13-51536 |
| Frank L. Sosnin | 13-51722 |
| Franklin Freight Brokerage, Inc. | 13-51724 |
| Gardner Denver Nash LLC | 13-51570 |
| Garland Lumber Company, Inc. | 13-52097 |
| General Electric International, Inc. | 13-51571 |
| General Supply & Services Inc. dba GEXPRO | 13-51572 |
| GL&V USA Inc. | 13-51573 |
| Global Petroleum Corp. | 13-51729 |
| Gonzalez Saggio & Harlan LLP | 13-51540 |
| GRAPHICA, LLC | 13-52178 |
| Graymont Western Lime, Inc. | 13-51731 |
| Greer Industries, Inc. dba Greer Lime Company | 13-51543 |
| GTL Transportation, Inc. | 13-51732 |
| Gustavo Preston Company, Inc. | 13-51733 |
| Hamon Custodis, Inc. | 13-52160 |
| Hanjin Shipping Co., Ltd. | 13-51734 |
| Hankins Forest Products, Inc. | 13-52104 |
| Henry A. Petter Supply Company LLC dba Petter Supply Co. LLC | 13-51922 |

| Defendant Name | Adv. Pro. Number |
|---|---|
| Here To Help, LLC dba Here To Help Inc. | 13-51737 |
| Herff Jones, Inc. | 13-51549 |
| Hess Corporation fka Amerada Hess Corp. | 13-51629 |
| Hick's Logging, LLC | 13-52110 |
| Honeywell International Inc. dba Honeywell Inc. | 13-51576 |
| Hooper Sawmill, LLC | 13-52118 |
| Horizon Solutions LLC and supplyFORCE | 13-51593 |
| Hydraulic Component Services, Inc. | 13-51745 |
| Hydroblasters, Inc. | 13-51544 |
| IHS, Inc. dba Dolphin Software Inc. | 13-51692 |
| Illinois Central Railroad Company | 13-51876 |
| Imerys Canada Inc. | 13-52123 |
| Imerys Pigments, Inc. | 13-52126 |
| IMERYS Talc America, Inc. | 13-52131 |
| Imerys Talc Canada Inc. | 13-52135 |
| Industrial Process Equipment Company dba Industrial Process Equipment Group | 13-51746 |
| Industrial Pump Services LLC | 13-51966 |
| Industrial Pump Services of North Carolina, Inc. | 13-51743 |
| Ingredion, Inc. | 13-51539 |
| International Business Machines Corporation dba IBM | 13-51541 |
| International Dunnage, LLC | 13-51741 |
| Invensys Systems, Inc. | 13-51537 |
| IPFS Corporation fka Premium Financing Specialists, Inc. | 13-52044 |
| Irow Waste Services, LLC dba Industrial Recyclers of WI | 13-51740 |
| ITT Corporation dba ITT Standard | 13-51739 |
| Jeff Foster Trucking, Inc. | 13-51578 |
| Jeffrey Rader Corporation | 13-51738 |
| Jerich USA, Inc. | 13-51736 |
| John Calvitti Company dba John Calvitti Co. Inc. | 13-51730 |
| Johnson Packings & Industrial Products, Inc. | 13-51728 |
| Kaman Industrial Technologies Corporation | 13-52036 |
| Kennametal Inc. | 13-51581 |
| Kenneth Little dba Little Logging | 13-52092 |
| Kenway Corp. | 13-51721 |
| KN Rubber, LLC fdba National Rubber Technologies Corporation | 13-51675 |
| Knight Transportation, Inc. | 13-51521 |
| L & S Electric, Inc. | 13-51584 |
| Liaison Technologies, Inc. | 13-51938 |

| Defendant Name | Adv. Pro. Number |
|---|---|
| Lindberg Logging, Inc. | 13-52090 |
| Livingston International, Inc. | 13-52093 |
| Lynch Logistics, Inc. dba Central Maine Transport | 13-51935 |
| M.L. Smith, Jr., L.L.C. fka M.L. Smith, Jr., Inc. | 13-51499 |
| Main Freight, Inc. | 13-51942 |
| Mainstream Commercial Divers, Inc. | 13-51717 |
| Mathy Construction Company dba Milestone Construction | 13-51513 |
| McKevitt Trucking Ltd. | 13-51947 |
| MeadWestvaco Corporation | 13-52037 |
| Metro Canada Logistics, Inc. | 13-52038 |
| Metso Automation USA, Inc. | 13-52182 |
| Metso Minerals Industries, Inc. | 13-51700 |
| Midwest Converting, Inc. | 13-51696 |
| Mielke Electric Works, Incorporated | 13-51694 |
| Mihalko Land and Logging Co., Inc. | 13-52214 |
| Milan Lumber Company, LLC | 13-52103 |
| Millennium Power Services, Inc. | 13-51506 |
| Miller Mechanical Services, Inc. | 13-51501 |
| Millis Transfer, Inc. | 13-52105 |
| Miron Construction Co., Inc. | 13-52109 |
| Mitsui O S K Lines, Inc. | 13-51687 |
| Mode Transportation, LLC | 13-51429 |
| Monarch Welding & Engineering, Inc. | 13-51684 |
| Monson Companies, Inc. | 13-51683 |
| Motion Industries, Inc. | 13-51431 |
| Mott's Bp & Bulk Plant dba Motts Bp Service Station | 13-51586 |
| National Council for Air and Stream Improvement, Inc. dba NCASI | 13-51601 |
| National Fiber Supply L.L.C. | 13-51423 |
| Neil E. Schallock Trucking, L.L.C. | 13-52040 |
| Nekoosa Corporation | 13-51439 |
| Nextera Energy Resources, LLC aka Gulf Island Pond Oxygenation | 13-51551 |
| NMHG Financial Services, Inc. | 13-51589 |
| Nordic Construction Services, LLC | 13-51616 |
| NorFalco, Inc. | 13-51454 |
| Northern Machining & Repair, Inc. | 13-51468 |
| Novaspect Holdings, Inc. fdba Able Technology and Field Services | 13-51557 |
| Novaspect, Inc. | 13-51591 |
| Novo Nordisk, Inc. | 13-51474 |

| Defendant Name | Adv. Pro. Number |
|---|---|
| NWL Transformers Company dba CE Power Solutions of Florida | 13-51668 |
| Oester Trucking, Inc. | 13-51974 |
| Olin Corporation dba Olin Chlor Alkali Products | 13-52114 |
| Orlandi, Inc. | 13-51481 |
| Ossipee Chipping, Inc. | 13-52116 |
| Otis Elevator Company | 13-52216 |
| Ovalstrapping, Incorporated dba Oval International | 13-51625 |
| Paschall Truck Lines, Inc. | 13-51631 |
| Per Mar Security and Research Corp. dba Per Mar Security Services | 13-51979 |
| Perficient, Inc. | 13-51640 |
| Peterson Industrial Scaffolding, Inc. | 13-51500 |
| Phasor Engineering Services, LLC | 13-51502 |
| Pitney Bowes Inc. | 13-51434 |
| PRC Acquisition Company, Inc. dba PRC Industrial Supply Inc. | 13-51656 |
| Priem Forest Products | 13-52124 |
| Priority Express Transportation | 13-51508 |
| PRM Corporation | 13-51984 |
| Progress Rail Services Corporation | 13-51665 |
| PROS, Inc. and PROS Revenue Management, L.P. | 13-51545 |
| PSC Industrial Outsourcing, Inc. | 13-51517 |
| Quality Supplier | 13-51522 |
| R & J Transport, Inc. | 13-51705 |
| R. C. McLucas Trucking, Inc. | 13-52125 |
| R2 Logistics, Inc. | 13-51528 |
| Redford Truck Line, Inc. | 13-51546 |
| Robert Transport | 13-51709 |
| Rochester Institute of Technology | 13-52000 |
| Roehl Transport, Inc. | 13-52133 |
| Ron Olynick, LLC dba Ronald Olynick LLC | 13-52136 |
| Rose Marie, Incorporated | 13-51553 |
| Rosemount Inc. | 13-51924 |
| Sanabe & Associates, LLC | 13-51714 |
| Sedgwick Claims Management Services, Inc. | 13-51555 |
| Sekisui Specialty Chemicals America, LLC | 13-51556 |
| Service Equipment & Repair Company, L.L.C. dba SERCO | 13-51575 |
| Shell Energy North America (US), L.P. dba Shell Energy North America LP | 13-52150 |
| Siemens Industry, Inc. | 13-51596 |
| SKF USA Inc. dba SKF Reliability Systems | 13-51927 |

| Defendant Name | Adv. Pro. Number |
|---|---|
| Smp Resources Inc. | 13-52152 |
| Southern Maintenance Contractor, LLC | 13-51582 |
| Southern Specialty Services, Inc. | 13-51583 |
| Specialty Minerals Inc. | 13-52047 |
| Stantec Consulting Services Inc. | 13-51585 |
| Stikeman Elliott, LLP | 13-52156 |
| Stowe Woodward LLC | 13-52061 |
| Strategic Analysts, LLC | 13-52016 |
| Subsurface Exploration Services, LLC | 13-51482 |
| Sullivan Consolidation, Inc. | 13-51588 |
| Sulzer Process Pumps (US) Inc. | 13-51590 |
| SupplyFORCE.com, LLC; and State Electric Supply Company | 13-51873 |
| T Square of North America, Inc. dba T Square, Inc. | 13-51614 |
| T.R. Dillon Logging, Inc. | 13-52169 |
| Target Corporation | 13-52161 |
| Ted Berry Company, Inc. | 13-51469 |
| Texpar Energy, L.L.C. | 13-51461 |
| The Babcock & Wilcox Company | 13-51560 |
| The Dow Chemical Company | 13-51566 |
| The ESS Group, Inc. dba Colonial Chemical Company | 13-51679 |
| The Sinclair Group, Ltd. | 13-51597 |
| Thermo Fisher Scientific Inc. | 13-51890 |
| Thomas N & E Jean Richards dba Thomas N. Richards & Son Logging | 13-52166 |
| Timco Products, Inc. | 13-52014 |
| Tom Joy and Son, Inc. | 13-52018 |
| Tomar, Inc. | 13-51459 |
| Towers Watson Delaware Inc. | 13-51604 |
| Transport Besner Inc. | 13-51606 |
| Trask-Decrow Machinery, Inc. | 13-51608 |
| Triangle Enterprises, Inc. | 13-51612 |
| Trico Mechanical Contractors, Inc. | 13-51457 |
| Tushaus Computer Services LLC aka Tushaus Computer Services Inc. | 13-51600 |
| U.S. Security Associates, Inc. | 13-51453 |
| United States Cellular Corporation dba U.S. Cellular | 13-51618 |
| Univar USA Inc. | 13-52193 |
| Valley Roller Company, Inc. | 13-51620 |
| Veolia Environmental Services North America LLC | 13-51445 |

| Defendant Name | Adv. Pro. Number |
|---|---|
| Verizon Wireless, Inc. | 13-51447 |
| Viking Electric Supply, Inc. and Hagemeyer North America, Inc. | 13-51748 |
| Volk Packaging Corporation | 13-52194 |
| Walker Industrial Services Inc. | 13-52026 |
| Walter N. Yoder & Sons, Inc. | 13-51446 |
| Waste Management of Minnesota, Inc. dba Waste Management of Northern MN | 13-51444 |
| Wayne Transportation, LLC | 13-51441 |
| Webcrafters, Inc. | 13-51438 |
| Wells Fargo Securities, LLC | 13-51635 |
| Westaff (USA), Inc. | 13-52029 |
| Western Express, Inc. | 13-51641 |
| Whertec, Inc. | 13-51647 |
| William T. Gardner & Sons, Inc. aka W. T. Gardner & Sons, Inc. | 13-52082 |
| Williams Parts & Supply Co. | 13-51652 |
| Wisconsin Central Ltd. | 13-51432 |
| Wisconsin Energy Corporation dba WE Energies | 13-51628 |
| World Data Products, Inc. | 13-51661 |
| Wow Logistics Company | 13-51425 |
| WTG-TTS, LLC dba WTG Logistics-USD | 13-51419 |
| WTNN, Inc. dba West Tennessee Railroad Corp. | 13-52079 |
| Xerox Corporation | 13-52033 |
| Zampell Refractories, Inc. | 13-51417 |

Enrique Santacana, President
**ABB Inc. dba ABB Automation, Inc.**
12040 Regency Parkway
Cary, NC 27518

George Spathis
Horwood Marcus & Berk Chartered
500 West Madison Suite 3700
Chicago, IL 60661
(Counsel for **Novaspect Holdings, Inc. fdba
Able Technology and Field Services**)

Kathleen Miller, Esq.
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, 10th Floor
Wilmington, DE 19899
(Counsel for **Airgas, Inc.**)

Kathleen Miller, Esq.
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, 10th Floor
Wilmington, DE 19899
(Counsel for **Airgas Safety, Inc.**)

Ryan Murphy
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
(Counsel for **APi Group, Inc. dba APi
Construction**)

Dan Cappell, President
**AstenJohnson Inc. dba AstenJohnson
Advanced Fabrics**
4399 Corporate Rd.
Charleston, SC 29405

Joshua Raymond, Esq.
Trenk, DiPasquale, Webster, Della Fera &
Sodono, P.C.
347 Mount Pleasant Ave. Suite 300
West Orange, NJ 07052
(Counsel for **AT&T Corp.**)

E. James Ferland, Chief Executive Officer
**The Babcock & Wilcox Company**
13024 Ballantyne Corporate Place, Suite 700
Charlotte, NC 28277

Robert Bosk, Jr., President
**Bosk Corporation**
2020 North 19th Street
Escanaba, MI 49829

Evelyn Meltzer, Esq.
Pepper Hamilton LLP
1313 N. Market St. Ste 5100
Wilmington, DE 19801
(Local Counsel for **BNSF Railway Company
fdba Burlington Northern Santa Fe
Corporation**)

Edward Toole, Jr.
Pepper Hamilton LLP
3000 Two Logan Square
Philadelphia, PA 19103
(Counsel for **BNSF Railway Company fdba
Burlington Northern Santa Fe
Corporation**)

Ryan Kelley
Pierce Atwood LLP
254 Commercial Street
Portland, ME 04101
(Counsel for **Central Maine Power
Company**)

Joseph Huston, Esq.
Stevens & Lee, P.C.
1105 North Market Street, Suite 700
Wilmington, DE 19801
(Local Counsel for **Community Energy Co.,
Inc. and CE Limited Liability Company**)

Ted Small
Isaacson & Raymond, P.A.
75 Park Street, P.O. Box 891
Lewiston, ME 04243
(Counsel for **Community Energy Co., Inc.
and CE Limited Liability Company**)

Michael J. Ward, Chief Executive Officer
**CSX Transportation, Inc.**
500 Water St.
Jacksonville, FL 32202

Ron Kelner, President
**Deublin Company**
2050 Norman Dr. W.
Waukegan, IL 60085

Matthew Rifino
McCarter & English, LLP
405 North King Street, 8th Floor
Wilmington, DE 19801
(Counsel for **Diamond Power International, Inc.**)

Scott Freedman, Esq.
Dilworth Paxson LLP
457 Haddonfield Road, Libertyview-Suite 700
Cherry Hill, NJ 08002
(Counsel for **The Dow Chemical Company**)

Alexander M. Cutler, Chief Executive Officer
**Eaton Corporation**
1000 Eaton Boulevard
Cleveland, OH 44122

Theresa Brown-Edwards
Darby | Brown-Edwards, LLC
1105 North Market Street, Suite 1600
Wilmington, DE 19801
(Local Counsel for **Electroline Data Communications Inc.**)

Charles Koehler
Herrling Clark Law Firm Ltd.
800 North Lynndale Drive
Appleton, WI 54914
(Counsel for **Electroline Data Communications Inc.**)

Brian Farnan
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(Local Counsel for **Exxon Mobil Corporation**)

Charles Beckham, Jr.
Haynes and Boone, LLP
1221 Avenue of the Americas 26th Fl.
New York, NY 10020
(Counsel for **Exxon Mobil Corporation**)

Williard D. Oberton, Chief Executive Officer
**Fastenal Company**
2001 Theurer Blvd.
Winona, MN 55987

Fernando Levi, President
**FastLane Americas**
310-1350 Mazurette Street  CANADA
Montreal, QB  H4N 1H2

Frank Roach, President
**Ferguson Enterprises, Inc.**
12500 Jefferson Avenue
Newport News, VA 23602

Andrew Cashman
Schmiedeskamp, Robertson, Neu & Mitchell LLP
525 Jersey Street, P.O. Box 1069
Quincy, IL 62306
(Counsel for **Gardner Denver Nash LLC**)

Glenn Reisman, Esq.
Glenn Reisman, Esq.
2 Corporate Drive, Suite 234
Shelton, CT 06484
(Counsel for **General Electric International, Inc.**)

William Hazeltine, Esq.
Sullivan Hazeltine Allinson LLC
901 North Market St. Suite 1300
Wilmington, DE  19801
(Counsel for **General Supply & Services Inc. dba GEXPRO**)

Ingrid Palermo, Esq.
Bond, Schoeneck and King, PLLC
350 Linden Oaks, Suite 310
Rochester, NY  14625
(Counsel for **GL&V USA Inc.**)

David Cote, Chief Executive Officer
**Honeywell International Inc. dba Honeywell Inc.**
101 Columbia Road
Morristown, NJ  07962

Jeff Foster, Chief Executive Officer
**Jeff Foster Trucking, Inc.**
313 Winter St.
Superior, WI  54880

Sharyn Zuch, Esq.
Wiggin & Dana, LLP
185 Asylum Street
Hartford, CT  06103
(Counsel for **Kaman Industrial Technologies Corporation**)

Luke Sizemore
Reed Smith LLP
225 Fifth Avenue, Reed Smith Centre
Pittsburgh, PA  15222
(Counsel for **Kennametal Inc.**)

Tom Sothard, President
**Crane Pro Services dba Konecranes, Inc.**
4401 Gateway Boulevard
Springfield, OH  45502

Matthew Austria, Esq.
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE  19899
(Counsel for **L & S Electric, Inc.**)

James A. Buzzard, President
**MeadWestvaco Corporation**
501 South 5th St.
Richmond, VA  23219

Hanif Nanji, President
**Metro Canada Logistics, Inc.**
1002 Sherbrooke Street West, Suite 2000
Montreal, QC  H3A 3L6

Greg Terzinski, RegAgt/Officer
**Mihalko Land and Logging Co., Inc.**
3915 Hwy 55 South
Crandon, WI  54520

Robert Cope, Esq.
Grove, Jaskiewicz and Cobert
1101 17th Street NW
Washington, DC  20036
(Counsel for **Mode Transportation, LLC**)

Kimberly Robinson, Esq.
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison St., Suite 3900
Chicago, IL  60606
(Counsel for **Motion Industries, Inc.**)

Jimmy Mott, Owner
**Mott's Bp & Bulk Plant dba Motts Bp Service Station**
690 Elm St.
Bardwell, KY  42023

John Cirilli
Cirilli Law Offices, S.C
116 E. Davenport Street
Rhinelander, WI  54501
(Counsel for **Neil E. Schallock Trucking, L.L.C.**)

Jonathan Kipp, Vice President
**NMHG Financial Services, Inc.**
201 Merritt 7
Norwalk, CT  06851

Terry Voigt, President
**Novaspect, Inc.**
1124 Tower Rd.
Schaumburg, IL  60173

Pedro Sainz de Baranda y Riva, President
**Otis Elevator Company**
10 Farm Springs Road
Farmington, CT  06032

Mary Augustine
Bifferato Gentilotti, LLC
1013 Centre Road Suite 102
Wilmington, DE  19805
(Counsel for **Henry A. Petter Supply
Company LLC dba Petter Supply Co.
LLC)**

Marc Lauten, President
**Pitney Bowes Inc.**
One Elmcroft Road
Stamford, CT  06926

Michael Gallagher, President
**IPFS Corporation fka Premium Financing
Specialists, Inc.**
1055 Broadway Bouelvard, 11th Floor
Kansas City, MO  64105

Michael Fielding, Esq.
Husch Blackwell Sanders LLP
4801 Main Street, Suite 1000
Kansas City, MO  64112
(Counsel for **Rosemount Inc.**)

Angela Miller, Esq.
Phillips, Lytle, Hitchcock, Blaine & Huber
LLP
3400 HSBC Center
Buffalo, NY  14203
(Counsel for **Siemens Industry, Inc.**)

Poul Jeppesen, President
**SKF USA Inc. dba SKF Reliability Systems**
890 Forty Foot Rd.
Lansdale, PA  19446

Michael Cipolla, Vice President
**Specialty Minerals Inc.**
622 Third Avenue, 38th Floor
New York, NY  10017

Theodore D. Orban, Officer
**Stowe Woodward LLC**
8537 Six Forks Road, Suite 300
Raleigh, NC  27615

Jillian Nolan Snider, Esq.
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA  15222
(Counsel for **Thermo Fisher Scientific Inc.**)

Dorothy Dey
Beck, Chaet, Bamberger & Polsky, S.C.
Two Plaza East, Ste 1085; 330 E. Kilbourn
Ave
Milwaukee, WI  53202
(Counsel for **Tushaus Computer Services
LLC aka Tushaus Computer Services Inc.**)

Dale Barney, Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ  07102
(Counsel for **Veolia Environmental Services
North America LLC)**

Steven Maniloff, Esq.
Mongomery McCracken
123 South Broad Street, 28th Floor
Philadelphia, PA  19109
(Local Counsel for **Verizon Wireless, Inc.**)

Darryl Laddin, Esq.
Arnall Golden Gregory LLP
2800 One Atlantic Center, 1201 W Peachtree St
Atlanta, GA 30309
(Counsel for **Verizon Wireless, Inc.**)

Greg Hames, President
**Viking Electric Supply, Inc. and
Hagemeyer North America, Inc.**
451 Industrial Boulevard NE
Minneapolis, MN 55413

John Centioni, President
**3V Inc.**
888 Woodstock Street
Georgetown, SC 29440

Enrique Santacana, President
**ABB, Inc.; and Cimperman Sales, Inc.**
12040 Regency Parkway
Cary, NC 27518

Evan Altman
Law Office of Evan M. Altman
8325 Dunwoody Place, Building 2
Atlanta, GA 30350
(Counsel for **Advanced Industrial
Resources, LLC aka Advanced Industrial
Resources Inc.**)

R. Grant Dick, IV, Esq.
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
Wilmington, DE 19899
(Counsel for **AECOM, Inc.**)

Brian Anderson
Nexsen Pruet Adams Kleemeier
701 Green Valley Road, Suite 100
Greensboro, NC 27408
(Counsel for **Alfa Laval Inc.**)

Raymond L. LaBrecque, RegAgt/Principal
**Alpine Machine Co., Inc.**
355 Goebel St.
Berlin, NH 03570

Patrick A. Barron, RegAgt/President
**A.M. Express, Inc.**
1401 N. 26th St.
Escanaba, MI 49829

Steven White
Stradley Ronon Stevens & Young, LLP
2005 Market St. Suite 2600
Philadelphia, PA 19103
(Counsel for **Hess Corporation fka
Amerada Hess Corp.**)

Darryl Laddin, Esq.
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
(Local Counsel for **American Express
Travel Related Services Company, Inc.**)

Janis LeMieux
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
(Counsel for **American Express Travel
Related Services Company, Inc.**)

Thomas Smith
Law Offices of Thomas F. Smith, P.A.
Nineteen Main Street
Harrison, ME 04040
(Counsel for **Andrews Logging, LLC**)

Erin Hoeflinger, President
**Community Insurance Company dba
Anthem Blue Cross and Blue Shield**
1351 William Howard Taft Road, MD2-828
Cincinnati, OH 45206

Bernard Roche, President
**Arkema, Inc.**
900 1st Avenue
King of Prussia, PA 19406-1308

Cassandra Sepanik
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
(Counsel for **Atlantic Scaffolding Company, LLC**)

David Jacoboski, Officer
**Auburndale Recycling Center, Inc.**
10453 S. George Ave.
Auburndale, WI 54412

Mark Bancroft, President
**Bancroft Contracting Corporation**
23 Phillips Rd.
South Paris, ME 04281

Robert W. Closs, President
**Bastech, LLC**
3035 Power Avenue, Suite 3
Jacksonville, FL 32207-8033

Daniel McGarry, Esq.
Whyte Hirschboeck Dudek S.C.
P.O. Box 1379
Madison, WI 53701
(Counsel for **B & B Electrical Contractors, Inc.**)

Charles Hertel
Dempsey Law Firm, LLP
US Bank Plaza, P.O. Box 886
Oshkosh, WI 54903
(Counsel for **Berger Freight Company, LLC**)

Denise Polivy, Esq.
Baker O'Sullivan & Bliss PC
100 Great Meadow Road
Wethersfield, CT 06109
(Counsel for **Bielomatik Jagenberg, Inc.**)

Jackie Williams
Manty & Associates, P.A.
510 First Avenue North
Minneapolis, MN 55403
(Counsel for **Blue Line Logistics, Inc.**)

Steve Frinsko
Boise Inc.
1111 West Jefferson Street, Suite 200
Boise, ID 83799
(Counsel for **Boise White Paper, L.L.C. dba Boise Cascade Midwest Woodlands**)

Joel R. Hopper, President
**Brenntag Mid-South, Inc.**
1405 Highway 136 West
Henderson, KY 42420

Duncan Gooding, Officer
**BTG IPI, LLC**
1375 Plane Site Boulevard
De Pere, WI 54115

Steven Douglass, Esq.
Harris Shelton Hanover Walsh, PLLC
2700 One Commerce Square
Memphis, TN 38103
(Counsel for **Buckman Laboratories, Inc.**)

Jill Bradley, Esq.
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222
(Counsel for **Burns Industrial Equipment, Inc.**)

Jesse Burbage
Burbage & Weddell, L.L.C.
1175 Peachtree Street, N.E., Suite 1825
Atlanta, GA 30361
(Counsel for **Calender Technical Services, LLC**)

Jonathan Sloan, President
**Canusa Hershman Recycling, LLC**
45 Northeast Industrial Road
Branford, CT 06405

Carl O. Belt, RegAgt/Officer
**Carl Belt, Inc.**
11521 Milnor Avenue SW
Cumberland, MD 21501-1210

Robert Cheatham, Principal
**Carolina Starches, LLC**
7675 Southrail Road
North Charleston, SC  29420-9001

Jeffrey Dove, Esq.
Menter, Rudin & Trivelpiece, PC
308 Maltbie Street, Suite 200
Syracuse, NY  13204
(Counsel for **CEM Machine, Inc.**)

Ray Lynch, President
**Lynch Logistics, Inc. dba Central Maine
Transport**
78 Rice Street
Bangor, ME  04401

Brad Bebbington, Vice President
**Challenger Motor Freight, Inc.**
300 Maple Grove Road
Cambridge, ON  N3E 1B7

Ira Thomsen
Law Offices of Ira H. Thomsen
140 North Main Street, Suite A
Springboro, OH  45066
(Counsel for **Chisano Marketing
Communications, Inc.**)

John Wiehoff, Chief Executive Officer
**C.H. Robinson Worldwide, Inc.**
14701 Charlson Road, Suite 1400
Eden Prairie, MN  55347

Kenneth L. Golder, President
**Clariant Corporation**
4000 Monroe Road
Charlotte, NC  28205-7706

Alan S. McKim, Chief Executive Officer
**Clean Harbors Environmental Services,
Inc.**
42 Longwater Drive
Norwell, MA  02061

Charles Clise, Owner
**Clise Coal Company, Inc.**
12304 Upper Georges Creek Road SW
Frostburg, MD  21532

Kevin Collins
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE  19801
(Counsel for **Collier Electrical Service, Inc.**)

John Weaver, Jr., Esq.
Capehart & Scatchard, P.A.
831 NOrth Tatnall Street, Suite 200
Wilmington, DE  19801
(Local Counsel for **The ESS Group, Inc. dba
Colonial Chemical Company**)

William Wright
Capehart & Scatchard, P.A.
8000 Midatlantic Drive, Suite 300 South
Mount Laurel, NJ  08054
(Counsel for **The ESS Group, Inc. dba
Colonial Chemical Company**)

Evelyn Breithaupt
Thompson & Knight LLP
333 Clay Street, Suite 3300
Houston, TX  77002
(Counsel for **Consolidated Graphics, Inc.**)

Caroline Reckler, Esq.
Latham & Watkins LLP
140 Scott Dr.
Menlo Park, CA  94025
(Counsel for **David J. Prystash**)

Gregory Ostendorf, Esq.
Scopelitis, Garvin, Light, Hanson & Feary,
P.C.
10 W. Market Street, Suite 1500
Indianapolis, IN  46204
(Counsel for **deBoer Transportation, Inc.**)

Neil DeLack, President
**DeLack Logging, Inc.**
1029 Laurel Street
Littlefork, MN  56653

F. Bruce Sleeper
Jensen Baird Gardner & Henry
P.O. Box 4510
Portland, ME  04112
(Counsel for **D. & G. Machine Products, Inc.**)

Jerre L. Stead, Chief Executive Officer
**IHS, Inc. dba Dolphin Software Inc.**
321 Inverness Drive South
Englewood, CO  80112

Michael Murav
Lazarus & Lazarus
240 Madison Avenue
New York, NY  10018
(Counsel for **Domtar (Canada) Paper Inc. dba Domatar Inc. - Dryden Chinook**)

Michael Murav
Lazarus & Lazarus
240 Madison Avenue
New York, NY  10018
(Counsel for **Domtar Paper Company, LLC**)

Thomas J. Dorshorst, RegAgt/Owner
**Dorshorst Trucking & Excavating, LLC**
6272 Main St.
Auburndale, WI  54412

Kathleen Murphy, Esq.
Buchanan Ingersoll & Rooney PC
1105 North Market Street, Suite 1900
Wilmington, DE  19801
(Counsel for **Dresser-Rand Group Inc. dba Dresser Rand Co.**)

Daniel Hogan, Esq.
Attorney at Law
1311 Delaware Avenue
Wilmington, DE  19806
(Counsel for **Eastern Elevator Service and Sales Company**)

Daniel Kerrick, Esq.
Ciconte, Wasserman & Scerba, LLC
1300 King Street
Wilmington, DE  19899
(Counsel for **ECC Corrosion, Inc.**)

Ann Kashishian
Cousins Chipman & Brown, LLP
1007 North Orange Street, Suite 1110
Wilmington, DE  19801
(Local Counsel for **Edwards Transportation Co.**)

Tabatha Johnson Thurman
Law Office of Tabatha Johnson Thurman
113 Court Street
Charleston, MO  63834
(Counsel for **Edwards Transportation Co.**)

Jeremy Welch
Ruder Ware, L.L.S.C.
500 First Street, Suite 8000
Wausau, WI  54402
(Counsel for **Elite Carriers, LLC**)

Sally Veghte, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE  19801
(Local Counsel for **Entech, Inc.**)

David Swihart
Yoder, Ainlay, Ulmer & Buckingham, LLP
PO Box 575, 130 North Main Street
Goshen, IN  46527
(Counsel for **Entech, Inc.**)

Roy Vande Hey, President
**Enterprise Systems Group LLC**
2305 Kelbe Dr.
Little Chute, WI  54140

Elizabeth Pillon
Stikeman Elliott LLP
5300 Commerce Court West
Toronto, ON  M5L 1B9
(Counsel for **Ernst & Young LLP**)

Aubrey Kauffman
Fasken Martineau
333 Bay Street, Suite 2400
Toronto, ON  M5H 2T6
(Counsel for **Fasken Martineau Dumoulin**)

Paul Taylor, Chief Executive Officer
**FCC Environmental, LLC**
523 Sam Houston Parkway East
Houston, TX  77060

Charles Simon, Chief Executive Officer
**FCX Performance, Inc.**
100 South 5th Street, Suite 1075
Minneapolis, MN  55402

Frederick Smith, President
**FedEx Corporation dba Federal Express**
942 S. Shady Grove Road
Memphis, TN  38120

Frank W. Roach, President
**Ferguson Enterprises, Inc.**
12500 Jefferson Ave.
Newport News, VA  23602

Desen Radokovic, President
**Field System Machining, Inc.**
720 Schneider Dr.
South Elgin, IL  60177

Jonathan Hawkins
Thompson Hine LLP
10050 Innovation Drive Suite 400
Dayton, OH  45342
(Counsel for **Fisher International, Inc.**)

Robert Szwajkos, Esq.
Curtin & Heefner LLP
250 NOrth Pennsylvania Avenue; Box 217
Morrisville, PA  19067
(Counsel for **FLSmidth, Inc. and FL Smidth Salt Lake City, Inc.**)

Officer, Managing Agent, Or General Agent
**Forestweb, Inc.**
11845 West Olympic Boulevard, Suite 500W
Los Angeles, CA  90064-5079

Y.T. Wang, Principal
**Formosa Plastics Corporation, U.S.A.**
9 Peach Tree Hill Road
Livingston, NJ  07039

W. Patrick Downes
Dornbush Schaeffer Strongin & Venaglia, LLP
747 Third Avenue
New York, Ny  10017
(Counsel for **Forest Pharmaceuticals, Inc.**)

Gerhard Scherer, Secretary
**FP-Pigments, Inc.**
3 Southern Industrial Boulevard
Rome, GA  30165

Gary Leibowitz
Cole Schotz
300 E. Lombard Street, Suite 2000
Baltimore, MD  21202
(Counsel for **Frank L. Sosnin**)

Kate Deringer Sallie
Rhoads & Sinon LLP
One S. Market Sq., 12th Floor
Harrisburg, PA  17101
(Counsel for **Franklin Freight Brokerage, Inc.**)

Roger L. Garland, Jr., RegAgt/Principal
**Garland Lumber Company, Inc.**
636 E. Conway Rd.
North Conway, NH  03860

Kelly Conlan, Esq.
Connolly Bove Lodge & Hutz, LLP
1007 N. Orange Street, 8th Floor
Wilmington, DE  19801
(Counsel for **Global Petroleum Corp.**)

James Hays
Gonzalez Saggio & Harlan LLP
3353 Peachtree Road, NE, Suite 920 North
Atlanta, GA  30326
(Counsel for **Gonzalez Saggio & Harlan LLP**)

Patricia Friesinger
Coolidge Wall Co., L.P.A.
33 West First St., Suite 600
Dayton, OH  45402
(Counsel for **GRAPHICA, LLC**)

Officer, Managing Agent, Or General Agent
**Graymont Western Lime, Inc.**
206 North 6th Avenue
Westbend, WI  53095-0057

Justin Alberto
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19899
(Counsel for **Greer Industries, Inc. dba Greer Lime Company**)

Ron Clowes, President
**GTL Transportation, Inc.**
115 Trider Circle
Dartmouth, NS  B3B 1V6

James L. Robo, President
**Nextera Energy Resources, LLC aka Gulf Island Pond Oxygenation**
700 Universe Boulevard
Juno Beach, FL  33408

John McLaughlin
Berluti & McLaughlin, LLC
44 School Street, 9th Floor
Boston, MA  02108
(Counsel for **Gustavo Preston Company, Inc.**)

Rick Steinberg, Esq.
Nowell Amoroso Klein Bierman, P.A.
155 Polify Road
Hackensack, NJ  07601
(Counsel for **Hanjin Shipping Co., Ltd.**)

David L. Hankins, President
**Hankins Forest Products, Inc.**
15881 Hwy 4 East
Ripley, MS  38663

Robert Paye
Geppert, McMullen, Paye & Getty
21 Prospect Square
Cumberland, MD  21502
(Counsel for **Here To Help, LLC dba Here To Help Inc.**)

David Powlen, Esq.
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE  19801
(Counsel for **Herff Jones, Inc.**)

Forrest P. Hicks, II, RegAgt/Principal
**Hick's Logging, LLC**
756 Presidential Highway
Jefferson, NH  03583

Tony Hooper, President
**Hooper Sawmill, LLC**
3445 Highway 138
Toone, TN  38381-8077

John L. Greenwood, RegAgt/President
**Hydraulic Component Services, Inc.**
1760 S. Springdale Rd.
New Berlin, WI  53146

Theresa Brown-Edwards
Darby | Brown-Edwards, LLC
1105 North Market Street, Suite 1600
Wilmington, DE  19801
(Local Counsel for **Hydroblasters, Inc.**)

Michael Menghini
Herrling Clark Law Firm Ltd.
800 North Lynndale Drive
Appleton, WI  54914
(Counsel for **Hydroblasters, Inc.**)

Mark Fraze, Esq.
IBM Corporation; Office of Counsel, U.S.
Western Region
425 Market Street, 19th Floor
San Francisco, CA  94105
(Counsel for **International Business
Machines Corporation dba IBM**)

Joanne Lamoureux, Officer
**Imerys Canada Inc.**
3450 Boul Gene-H Kruger Bureau 210
Trois-Rivieres, QC  G9A 4M3

Richard Ryan, Chief Executive Officer
**Imerys Pigments, Inc.**
100 Mansell Court East, Suite 300
Roswell, GA  30076

Jeffrey C. Hicks, Officer
**IMERYS Talc America, Inc.**
100 Mansell Court East, Suite 300
Roswell, GA  30076

Mike Francoeur, Officer
**Imerys Talc Canada Inc.**
100 Water Tower Road
Timmins, ON  P4N 7J5

Philip Derrow, President
**Industrial Process Equipment Company
dba Industrial Process Equipment Group**
2800 Locust St.
Saint Louis, MO  63103-1397

Billy Seguin, President
**Industrial Pump Services of North
Carolina, Inc.**
1980 Wood Treatment Rd.
Leland, NC  28451

Jeremy Welch
Ruder Ware, L.L.S.C.
500 First Street, Suite 8000
Wausau, WI  54402
(Counsel for **Irow Waste Services, LLC dba
Industrial Recyclers of WI**)

Ilene Gordon, President
**Ingredion, Inc.**
5 Westbrook Corporate Center
Westchester, IL  60154

Jeffrey Medio
Archer & Greiner
One Centennial Square
Haddonfield, NJ  08033
(Counsel for **International Dunnage, LLC**)

Kevin Collins
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE  19801
(Counsel for **Invensys Systems, Inc.**)

Steven R. Loranger, President
**ITT Corporation dba ITT Standard**
1133 Westchester Ave.
White Plains, NY  10604

Tony Lubiani, President
**Jeffrey Rader Corporation**
215 Parkway East, Suite A
Duncan, SC  29334

Herbert Jerich, Chief Executive Officer
**Jerich USA, Inc.**
1 Industrial Rd., Ste. 102
Dayton, NJ  08810

Richard B. Calvitti, President
**John Calvitti Company dba John Calvitti Co. Inc.**
3200 Scotts Lane
Philadelphia, PA 19129

Robert Diettrich, Esq.
Davis, Malm & D'Agostine, P.C.
1 Boston Place
Boston, MA 02108
(Counsel for **F. W. Webb Company, dba Kennebec Supply**)

Kenneth Priest, President
**Kenway Corp.**
681 Riverside Dr.
Augusta, ME 04330

Bradley Cosman, Esq.
Squire, Sanders & Dempsey (US) LLP
1 East Washington Street, Suite 2700
Phoenix, AZ 85004
(Counsel for **Knight Transportation, Inc.**)

Robert Renner, Chief Executive Officer
**Liaison Technologies, Inc.**
3157 Royal Dr., Suite 200
Alpharetta, GA 30022

Steven L. Lindberg, RegAgt/Principal
**Lindberg Logging, Inc.**
2890 Hwy 217
Ray, MN 56669

Kenneth Little, Owner
**Kenneth Little dba Little Logging**
5049 Industrial Avenue
Littlefork, MN 56653

Peter Luit, President
**Livingston International, Inc.**
150 Pierce Rd., Suite 500
Itasca, IL 60143-1222

Kelly McDonald
Murray, Plump & Murray
75 Pearl Street, P.O. Box 9785
Portland, ME 04104
(Counsel for **Main Freight, Inc.**)

Craig Fortenbery, RegAgt/Principal
**Mainstream Commercial Divers, Inc.**
322 C.C. Lowry Dr.
Murray, KY 42071

John M. McKevitt, Owner
**McKevitt Trucking Ltd.**
1200 Carrick St.
Thunder Bay, ON P7B 5P9

John Quinlivan, Chief Executive Officer
**Metso Automation USA, Inc.**
44 Bowditch Drive
Shrewsbury, MA 01545

Isaac Gabriel
Quarles & Brady Streich Lang LLP
Two North Central Avenue
Phoenix, AZ 85004
(Counsel for **Metso Minerals Industries, Inc.**)

Robert Srebalus, President
**Midwest Converting, Inc.**
6634 W. 68th St.
Bedford Park, IL 60638

Warren F. Mielke, Chief Executive Officer
**Mielke Electric Works, Incorporated**
2606 W. Michigan St.
Duluth, MN 55806

Jeremy Fischer
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101
(Counsel for **Milan Lumber Company, LLC**)

John Strock
Fox Rothschild LLP
919 N. Market St. Ste. 1300
Wilmington, DE 19801
(Counsel for **Millennium Power Services, Inc.**)

Jeffrey Carbino
Law Office of Jeffrey Carbino
3712 Highland Avenue
Drexel Hill, PA 19026
(Counsel for **Miller Mechanical Services, Inc.**)

Eric Ristau
Eustice, Laffey, Sebranek & Auby, S.C.
100 Wilburn Road, Suite 202
Sun Prairie, WI 53590
(Counsel for **Millis Transfer, Inc.**)

Denis Bartell, Esq.
DeWitt, Ross & Stevens S.C.
Two East Mifflin Street
Madison, WI 53703
(Counsel for **Miron Construction Co., Inc.**)

Grace Hae Woen Bae
MOL (America) Inc.
10 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
(Counsel for **Mitsui O S K Lines, Inc.**)

Stephanie S. Smith, RegAgt/Principal
**M.L. Smith, Jr., L.L.C. fka M.L. Smith, Jr., Inc.**
2338 Highway 33
Ruston, LA 71270

Jerry Ellis, Esq.
Couzens, Lansky, Fealk, Ellis, P.C.
39395 West Twelve Mile Road, Suite 200
Farmington Hill, MI 48331
(Counsel for **Monarch Welding & Engineering, Inc.**)

Stephen P. Barney, President
**Monson Companies, Inc.**
154 Pioneer Drive
Leominster, MA 01453-3474

P. Trent Thompson, RegAgt/President
**Decatur Industrial Electric, Inc. dba Mt. Vernon Electric, Inc.**
1650 East Garfield Avenue
Decatur, IL 62526

Robert E. Rosenblum, Principal
**National Fiber Supply L.L.C.**
303 W. Madison St., Suite 1650
Chicago, IL 60606

Jeff Dorner, Owner
**KN Rubber, LLC fdba National Rubber Technologies Corporation**
35 Cawthra Ave.
Toronto, ON M6N 5B3

Ronald A. Yeske, RegAgt/Principal
**National Council for Air and Stream Improvement, Inc. dba NCASI**
79 Alexander Dr., Bldg. 4401
Research Triangle Pa, NC 27709

Terrence Byrne
Byrne & Krautkramer Law Office
115 Forest Street, P. O. Box 1566
Wausau, WI 54402
(Counsel for **Nekoosa Corporation**)

Christopher J. Hansen, RegAgt/Officer
**Nordic Construction Services, LLC**
10 Seventh Ave.
Berlin, NH 03570

Paul Shaw, President
**NorFalco, Inc.**
6000 Lombardo Center, The Genesis Bldg., Suite 650
Seven Hills, OH 44131

Jon Liss, RegAgt/Principal
**Northern Machining & Repair, Inc.**
1701 North 26th Street
Escanaba, MI  49829

Jerzy Gruhn, President
**Novo Nordisk, Inc.**
100 College Road West
Princeton, NJ  08540

William H. Oester, President
**Oester Trucking, Inc.**
10268 Mason Dixon Hwy
Salisbury, PA  15558

Joseph D. Rupp, President
**Olin Corporation dba Olin Chlor Alkali
Products**
190 Carondelet Plaza, Suite 1530
Clayton, MO  63105

Debra Cohen, Esq.
Halperin Battaglia Raicht, LLP
40 Wall Street, 37th Floor
New York, NY  10005
(Counsel for **Orlandi, Inc.**)

Marco Carrier, President
**Ossipee Chipping, Inc.**
400 Route 25
Center Ossipee, NH  03814

Jack White, President
**Ovalstrapping, Incorporated dba Oval
International**
206 Firman St.
Hoquiam, WA  98550

Laurie Wicks, President
**AstenJohnson Inc. dba Paperchine Inc.**
1155 Prairie Hill Rd.
Rockton, IL  61072

Gregory Ostendorf, Esq.
Scopelitis, Garvin, Light, Hanson & Feary,
P.C.
10 W. Market Street, Suite 1500
Indianapolis, IN  46204
(Counsel for **Paschall Truck Lines, Inc.**)

Mike Duffy, President
**Per Mar Security and Research Corp. dba
Per Mar Security Services**
1910 E. Kimberly Rd.
Davenport, IA  52808

Kathleen Kraft, Esq.
Thompson Coburn LLC
1909 K Street, N.W., Suite 600
Washington, DC  20006
(Counsel for **Perficient, Inc.**)

Victor Essen, II
Rynearson, Suess, Schnurbusch & Champion,
L.L.C.
500 N. Broadway, Suite 1550
St. Louis, MO  63102
(Counsel for **Peterson Industrial
Scaffolding, Inc.**)

Timothy Miltenberger, Esq.
Coan, Lewendon, Gulliver & Miltenberger,
LLC
495 Orange St.
New Haven, CT  06511
(Counsel for **Phasor Engineering Services,
LLC**)

Richard Hall, President
**PRC Acquisition Company, Inc. dba PRC
Industrial Supply Inc.**
21 W. Commercial St.
Portland, ME  04112

Tim Parks, Owner
**Priority Express Transportation**
1515 S. Breiel Boulevard #B
Middletown, OH  45044-6710

Haley Mathews Jonas
The Henderson Law Firm
1201 Harding Place
Charlotte, NC 28204
(Counsel for **PRM Corporation**)

William P. Ainsworth, President
**Progress Rail Services Corporation**
1600 Progress Dr.
Albertville, AL 35950

Justin Alberto
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
(Counsel for **PROS, Inc. and PROS
Revenue Management, L.P.**)

R. Dwane Ruiz, President
**PSC Industrial Outsourcing, Inc.**
5151 San Felipe, Suite 1600
Houston, TX 77056

Rick Amoruso, President
**Quality Supplier**
Old Waxler Road
Keyser, WV 26726

Jeremy Fischer
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101
(Counsel for **R. C. McLucas Trucking, Inc.**)

Richard Westley
Westley Law Office
7633 Ganswer Way, Suite 100
Madison, WI 53719
(Counsel for **Redford Truck Line, Inc.**)

Stephen Geria, Esq.
Parker McCay P.A.
9000 Midlantic Drive, Suite 300;P.O. Box 5054
Mount Laurel, NJ 08054
(Counsel for **NWL Transformers Company
dba CE Power Solutions of Florida**)

Brian D. Sullivan, President
**Appalachia Coal Sales Company, Inc. dba
Massey Industrial Sales**
One Alpha Place, P. O. Box 16429
Bristol, VA 24202

Enrique Santacana, President
**ABB Inc. dba Lorentzen & Wettre USA
Inc.**
12040 Regency Pkwy
Cary, NC 27518

Jonathan Shapiro
Shapiro Law Offices, LLC
104 Court Street
Middletown, CT 06457
(Counsel for **CPM Colchester LLC**)

Donald Ransom, Esq.
Casarino Christman Shalk Ransom & Doss, P.A.
405 N. King Street, Suite 300
Wilmington, DE 19801
(Local Counsel for **R & J Transport, Inc.**)

Michael Lambert
Kummer, Lambert, Fox & Glandt, LLP
927-A South 8th Street
Manitowoc, WI 54221
(Counsel for **R & J Transport, Inc.**)

Claude Robert, President
**Robert Transport**
cp 39
Rougemont, QC J0L 1M0

William W. Destler, President
**Rochester Institute of Technology**
1 Lamb Memorial Dr.
Rochester, NY 14623

Craig Helmreich, Esq.
Scopelitis, Garvin, Light, Hanson & Feary
10 W. Market Street, Ste 1500
Indianapolis, IN 46204
(Counsel for **Roehl Transport, Inc.**)

Tanya Bruder
Spangler Nodolf Bruder & Klinkhammer, LLC
4410 Golf Terrace, Suite 120
Eau Claire, WI  54702
(Counsel for **Ron Olynick, LLC dba Ronald Olynick LLC**)

Matthew Austria, Esq.
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE  19899
(Counsel for **Rose Marie, Incorporated**)

Jonathan I. Mishkin, Partner
**Sanabe & Associates, LLC**
1120 Avenue of the Americas, 4th Floor
New York, NY  10036

David A. North, President
**Sedgwick Claims Management Services, Inc.**
1100 Ridgeway Loop Road, 2nd Floor
Memphis, TN  38120-4053

Brian Farnan
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
(Counsel for **Sekisui Specialty Chemicals America, LLC**)

Robert W. Brown, Principal
**Service Equipment & Repair Company, L.L.C. dba SERCO**
2122 Flanacher Rd.
Zachary, LA  70791

Lauren Wygant Woodard
Shell Oil Company
910 Louisiana Street, OSP 45088C
Houston, TX  77002
(Counsel for **Shell Energy North America (US), L.P. dba Shell Energy North America LP**)

Dan Bowes, Principal
**Smp Resources Inc.**
75 Huron St.
Sault Ste Marie, ON  P6A 5P4

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1105 N. Market Street, Suite 1050
Wilmington, DE  19899
(Local Counsel for **Southern Maintenance Contractor, LLC**)

Patrick Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 30th Floor
Pittsburgh, PA  15219
(Counsel for **Southern Maintenance Contractor, LLC**)

Edward James, Chief Executive Officer
**Southern Specialty Services, Inc.**
8424 Wallace Tatum Road
Cumming, GA  30028

William Edwards
Stantec Consulting Services, Inc.
5 Dartmouth Drive, Suite 1
Auburn, NH  03032
(Counsel for **Stantec Consulting Services Inc.**)

Jean Anne McLeod, Principal
**Stikeman Elliott, LLP**
5300 Commerce Court West, 199 Bay Street
Toronto, ON  M5L 1B9

John Cloud
Rogers & Greenberg L.L.P.
2160 Kettering Tower
Dayton, OH  45423
(Counsel for **Strategic Analysts, LLC**)

Vladimir Wojnar, Principal
**Subsurface Exploration Services, LLC**
2900 Lowell Drive
Green Bay, WI  54311-8305

Angelina Pargoff Staffor
Doherty, Wallace, Pillsbury and Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA 01144
(Counsel for **Sullivan Consolidation, Inc.**)

Richard Bernard
Foley & Lardner LLP
90 Park Ave.
New York, NY 10016
(Counsel for **Sulzer Process Pumps (US) Inc.**)

John Mueller, Esq.
Harter Secrest & Emery LLP
12 Fountain Plaza, Suite 400
Buffalo, NY 14202
(Counsel for **Horizon Solutions LLC and supplyFORCE**)

John Eggleton, President
**SupplyFORCE.com, LLC; and State Electric Supply Company**
650 Park Avenue, Suite 200
King of Prussia, PA 19406

Dale Swift, Owner
**Dale Swift dba Swift Environmental**
1080 State Route 94 E
Murray, KY 42071-9448

Gregg Steinhafel, President
**Target Corporation**
1000 Nicollet Mall
Minneapolis, MN 55403

Peter Cary
MittelAsen, LLC
85 Exchange Street
Portland, ME 04101
(Counsel for **Ted Berry Company, Inc.**)

Robert Ploetz, Vice President
**Texpar Energy, L.L.C.**
920 10th Avenue North
Onalaska, WI 54650

Annie Catmull
Hoover Slovacek LLP
5847 San Felipe, Suite 2200
Houston, TX 77057
(Counsel for **The Sinclair Group, Ltd.**)

Joshua Dow
Pearce & Dow, LLC
Two Monument Square, Suite 901
Portland, ME 04112
(Counsel for **Thomas N & E Jean Richards dba Thomas N. Richards & Son Logging**)

Tim Robinson
Dinsmore & Shohl LLP
191 West Nationwide Road, Suite 300
Columbus, OH 43215
(Counsel for **Timco Products, Inc.**)

Daryl Joy, RegAgt/Owner
**Tom Joy and Son, Inc.**
970 Frontage Road
Peshtigo, WI 54157

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1105 N. Market Street, Suite 1050
Wilmington, DE 19899
(Local Counsel for **Tomar, Inc.**)

Patrick Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 30th Floor
Pittsburgh, PA 15219
(Counsel for **Tomar, Inc.**)

Jacob Thomson
Towers Watson
Centre Square East, 1500 Market Street
Philadelphia, PA 19102
(Counsel for **Towers Watson Delaware Inc.**)

Russ Watterson
TransForce, Inc.
6143 South Willow Drive, Suite 320
Greenwood Village, CO 80111
(Counsel for **Transport Besner Inc.**)

Maria Sawczuk
Stevens & Lee, P.C.
1105 North Market Street, Suite 700
Wilmington, DE 19801
(Local Counsel for **Trask-Decrow
Machinery, Inc.**)

Richard Abbondanza
Hopkinson & Abbondanza, PA
511 Congress Street
Portland, ME 04101
(Counsel for **Trask-Decrow Machinery,
Inc.**)

Dean Beaupain
Law Offices of Dean A. Beaupain, LLC
780 Central Street - P.O. Box 480
Millinocket, ME 04462
(Counsel for **T.R. Dillon Logging, Inc.**)

Brian Meldrum
Stites & Harbison
400 West Market Street, Suite 1800
Louisville, KY 40202
(Counsel for **Triangle Enterprises, Inc.**)

Mike Hodgins
Bernstein Shur
100 Middle Street
Portland, ME 04104
(Counsel for **Trico Mechanical Contractors,
Inc.**)

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1105 N. Market Street, Suite 1050
Wilmington, DE 19899
(Local Counsel for **T Square of North
America, Inc. dba T Square, Inc.**)

Patrick Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 30th Floor
Pittsburgh, PA 15219
(Counsel for **T Square of North America,
Inc. dba T Square, Inc.**)

Merrilee MacLean, Esq.
Hanson Baker
2229 112th Avenue NE, Suite 200
Bellevue, WA 98004
(Counsel for **Univar USA Inc.**)

Kenneth R. Meyers, President
**United States Cellular Corporation dba
U.S. Cellular**
8410 W. Bryn Mawr, Suite 700
Chicago, IL 60631-3486

Kathleen Miller, Esq.
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, 10th Floor
Wilmington, DE 19899
(Local Counsel for **U.S. Security Associates,
Inc.**)

Michael Levin, Esq.
Barger & Wolen LLP
10 East, 40th Street, 40th Floor
New York, NY 10016
(Counsel for **U.S. Security Associates, Inc.**)

Mike Chase, President
**Valley Roller Company, Inc.**
N257 Stoney Brook Rd.
Appleton, WI 54915

Derek Volk, President
**Volk Packaging Corporation**
11 Morin Street
Biddeford, ME 04005

Mike Walker, President
**Walker Industrial Services Inc.**
29 Pennell Street
Skowhegan, ME 04976

John W. Yoder, RegAgt/President
**Walter N. Yoder & Sons, Inc.**
McMullen Highway, P. O. Box 1337
Cumberland, MD 21502

Brian McLaughlin, Esq.
Monzack Mersky McLaughlin and Browder,
P.C.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
(Counsel for **Waste Management of
Minnesota, Inc. dba Waste Management of
Northern MN**)

Wayne Tracy, Principal
**Wayne Transportation, LLC**
4457 Menominee Street
Wisconsin Rapids, WI 54494

Carla Andres
Godfrey & Kahn, S.C.
200 South Washington Street, Suite 100
Green Bay, WI 54301
(Counsel for **Webcrafters, Inc.**)

Lauren Genvert
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
(Local Counsel for **Wisconsin Energy
Corporation dba WE Energies**)

Dale Cathell, Esq.
DLA Piper LLP (US)
6225 Smith Ave
Baltimore, MD 21209
(Counsel for **Wisconsin Energy
Corporation dba WE Energies**)

Ryan Zanin, Officer
**Wells Fargo Securities, LLC**
One Wachovia Center, 301 S. College Street
Charlotte, NC 28202

Henry Hohorst, Officer
**WTNN, Inc. dba West Tennessee Railroad
Corp.**
11 East Church Street
Sea Bright, NJ 07760

D. Stephen Sorensen, Chief Executive Officer
**Westaff (USA), Inc.**
3820 State Street
Santa Barbara, CA 93105

Paul Wieck, President
**Western Express, Inc.**
7135 Centennial Place
Nashville, TN 37209

Pete Castiglione, Chief Executive Officer
**Whertec, Inc.**
1543 Kingsley Avenue, Building #6
Orange Park, FL 32073

Kathleen Miller, Esq.
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, 10th Floor
Wilmington, DE 19899
(Counsel for **Williams Parts & Supply Co.**)

Laurie Krepto, Esq.
Montgomery, McCracken, Walker & Rhoads,
LLP
1105 North market Street, Suite 1500
Wilmington, DE 19801
(Counsel for **World Data Products, Inc.**)

Howard Kamerer, President
**Wow Logistics Company**
3040 W. Wisconsin Avenue
Appleton, WI 54914

William Gardner, President
**William T. Gardner & Sons, Inc. aka W. T.
Gardner & Sons, Inc.**
I95 Access Road
Lincoln, ME 04457

James LaMontagne, Esq.
Sheehan Phinney Bass & Green
1000 Elm Street, PO Box 3701
Manchester, NH 03105
(Counsel for **WTG-TTS, LLC dba WTG
Logistics-USD**)

Mark Ralston
Estes Okon Thorne & Carr PLLC
3500 Maple Avenue, Suite 1100
Dallas, TX 75219
(Counsel for **Xerox Corporation**)

James C. Zampell, RegAgt/President
**Zampell Refractories, Inc.**
3 Stanley Tucker Drive
Newburyport, MA 01950

Donald Chaput, RegAgt/Owner
**Chaput Land Surveys LLC**
234 West Florida Street
Milwaukee, WI 53204

Michael Barron, Esq.
Fletcher & Sippel
29 North Wacker Drive
Chicago, IL 60606
(Counsel for **Illinois Central Railroad
Company**)

Scott Mathy, President
**Mathy Construction Company dba
Milestone Construction**
920 - 10th Avenue North
Onalaska, WI 54650

Nathan Cockerham
Maki, Ledin, Bick & Olson, S.C.
1109 Tower Avenue
Superior, WI 54880
(Counsel for **Priem Forest Products**)

Michael Barron, Esq.
Fletcher & Sippel
29 North Wacker Drive
Chicago, IL 60606
(Counsel for **Wisconsin Central Ltd.**)

Calvin Annino
Annino Draper & Moore, OC
1500 Main Street, Suite 2504
Springfield, MA 01115

Arthur R. Gase, CFO
R2 Logistics, Inc.
10739 Deerwood Park Blvd.
Suite 103
Jacksonville, FL 32256